

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 07 2019 A.C

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donald Henneberg
#20181129048

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Health Care Service

**1:19-cv-07380
Judge Sara L. Ellis
Magistrate Jeffrey Cole
PC 6**

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

| CHECK ONE ONLY: | **AMENDED COMPLAINT** |

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

  A. Name: Donald Henneberg
  B. List all aliases: N/A
  C. Prisoner identification number: 2018 1129048
  D. Place of present confinement: Cook County Jail
  E. Address: P.O Box 089002, Chicago IL, 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Tom Dart
     Title: Sheriff of Cook County
     Place of Employment: Cook County Jail

  B. Defendant: _____
     Title: _____
     Place of Employment: _____

  C. Defendant: _____
     Title: _____
     Place of Employment: _____

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been locked up in Cook County for a year now, from 11/29/18 to current and have not recieved proper medical care. I wear glasses and without everything is a blurr and I have never been to the eye doctor since I got here after many attemps of putting in the proper medical slips. At first I was told to have my glasses sent in, but I only have metal frame glasses and they wouldn't allow those in. and then after putting in more medical slips I was told the eye doctor had retired and it would be months till there was another, by the nurse. And still nothing after many months and not recieving this medical treatment, be able to see properly is very important and has caused me a couple of injuries not being able to see, including slipping and falling on water leaking from a cell and didn't see the water, hurting my back and hip and falling and tripping on stairs as well twisting my ankle and still in pain and not even able to get a bottom bunk just causing more pain and injury to that area. I have been fighting to

Reviewed: 8/2013

See all this time and vision has gotten worse, I get double vision and light headed trying to focus on what I'm looking at. Because I was not given proper medical attention, this issue has caused me injury and has allowed this issue to worsen due to the lack of health care not given here. This all happened between the dates of 11/28/18 to 11/05/19 at Cook County Jail.

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking damages in the amount of one million dollars due from my injuries caused by not recieving proper medical treatment, Injuries that will effect me the rest of my life and will end my career as a operator at a refinery, not being able to climb towers or read Blueprints, effecting my life-long earning potential.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this OCT day of 17, 20 19

_____
(Signature of plaintiff or plaintiffs)

Donald Henneberg
(Print name)

2018 0129048
(I.D. Number)

Cook County Jail P.O Box 089002
Chicago IL, 60608
(Address)