THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | Case No. 1:19-cv-07380 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Sara L. Ellis |
| | ) | |
| TOM DART, et al., | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S STATUS REPORT, MOTION FOR LEAVE TO ENGAGE IN PRE-COMPLAINT DISCOVERY INCLUDING SERVICE OF RULE 45 SUBPOENAS, AND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff Donald Henneberg ("Plaintiff"), via his undersigned Court-appointed counsel, and respectfully: (1) files this Status Report in the above-captioned action (and in two other actions initiated by Plaintiff and assigned to Counsel); (2) moves for leave to engage in pre-complaint discovery, primarily consisting of service of subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."); and (3) moves that this Court grant an extension to October 15, 2020 for filing an amended Complaint (or the taking of other action as directed by this Court) after the receipt and review of documents obtained during pre-complaint discovery. In support of his Report and Motion, Plaintiff states as follows:

**A. Plaintiff's Status Report**

1. On November 7, 2019, Plaintiff filed the above-captioned *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

2. On January 14, 2020, this Court dismissed Plaintiff's complaint without prejudice for failure to state a federal claim and appointed the undersigned counsel Philip A. Miscimarra from Morgan, Lewis & Bockius LLP to represent Plaintiff in accordance with counsel's trial bar obligations under Local Rules 83.11(h) and 83.37 (N.D. Ill.). In its Order, the Court ordered that counsel shall file an amended complaint by March 13, 2020. (*See* Dkt. No. 5.)

3.     Plaintiff previously filed two other pro se complaints with this Court, which were both dismissed by this Court and assigned to the undersigned counsel, Mr. Miscimarra. *See Henneberg v. Dart et al.*, Case No. 1:19-cv-07382 (N.D. Ill.) (Ellis, J. pending); *Henneberg v. Dart et al.*, Case No. 1:19-cv-07883 (N.D. Ill.) (Ellis, J. pending).

4.     Mr. Miscimarra, along with co-counsel Allison N. Powers and Maria E. Doukas (collectively "Counsel"), filed notices of appearance on behalf of Plaintiff on March 13, 2020 in this action and Plaintiff's other Case No. 1:19-cv-07883 referenced in paragraph 3 above and on February 19, 2020 in Plaintiff's other Case No. 1:19-cv-07382 referenced in paragraph **Error! Reference source not found.** above; and Counsel filed a motion for an extension of time to May 31, 2020 for all three matters for the purpose of amending the complaint, evaluating possible consolidation of Plaintiff's three pending cases, and exploring alternatives to litigation..

5.     This Court subsequently issued successive General Orders postponing relevant Court deadlines or otherwise modifying case-handling procedures as follows: (a) on March 16, 2020, an Amended General Order was issued by Chief Judge Rebecca R. Pallmeyer in response to the COVID-19 pandemic;[1] this Amended General Order extended all deadlines by 21 days, whether set by the court or by the Rules of Civil Procedure or Local Rules; (b) on March 30, 2020, a Second Amended General Order was issued by Chief Judge Rebecca R. Pallmeyer which extended all deadlines in civil cases by an additional 28 days; (c) on April 24, 2020, a Third Amended General Order was issued by Chief Judge Rebecca R. Pallmeyer which extended all deadlines in civil cases by an additional 28 days; (d) on May 26, 2020, a Fourth Amended General Order was issued by Chief Judge Rebecca R. Pallmeyer which left then-pending deadlines unchanged in civil cases but provided for civil case hearings, bench trials and

---

[1] Chief Judge Pallmeyer's March 16, 2020 Amended General Order does not appear on the docket in the instant action (Case No. 1:19-cv-07380), but was entered on the docket in Plaintiff's cases numbered 1:19-cv-07382 and 1:19-cv-07383.

settlement conferences to be "conducted by remote means"; and (e) on July 10, 2020, a Fifth Amended General Order was issued by Chief Judge Rebecca R. Pallmeyer which left then-pending deadlines unchanged in civil cases while continuing to provide for civil case hearings, bench trials and settlement conferences to be "conducted by remote means.

6. Counsel have consulted with Plaintiff to assemble relevant information and investigate Plaintiff's complaints with a view towards preparing an amended complaint, coordinating this matter with the two other pending matters initiated by Plaintiff that have been assigned to the undersigned counsel (as referenced in paragraph **Error! Reference source not found.** above), and/or taking other appropriate action in regard to Plaintiff's claims. This work has included exchanges of written correspondence and documentation with Plaintiff (who was incarcerated until July 22, 2020 in Vandalia Correctional Center when he was released on parole), and telephone consultations with Plaintiff.

7. Counsel have determined it is necessary to engage in certain pre-complaint discovery including the service of subpoenas pursuant to Fed. R. Civ. P. Rule 45 for the purpose of obtaining documents and records that are in the possession of the Cook County Jail and/or Sheriff Tom Hart; the Cook County Health and Hospitals System; Vandalia Correctional Center; and the Illinois Department of Corrections. Therefore, as indicated more fully below, Counsel respectfully defer reporting on other potential stages of this litigation pending (i) leave from this Court for Plaintiff to engage in pre-complaint discovery including the service of Fed. R. Civ. P. 45 subpoenas on the above entities; and (ii) Counsel's preparation and filing of an amended Complaint and/or taking other appropriate action in regard to Plaintiff's claims.

**B. Motion for Leave to Engage in Pre-Complaint Discovery
Including the Service of Fed. R. Civ. P. 45 Subpoenas**

8. As noted in paragraph 7 above, Counsel have determined it is necessary, in order to conduct a meaningful evaluation of Plaintiff's potential claims, to engage in certain pre-complaint discovery in the form of the service of subpoenas pursuant to Fed. R. Civ. P. 45 for the purpose of obtaining documents and records that are in the possession of the Cook County Jail and/or Sheriff Tom Hart; the Cook County Health and Hospitals System; Vandalia Correctional Center; and the Illinois Department of Corrections. The information to be subpoenaed includes, among other things, documents and records that memorialize, reflect or are likely to assist in identifying (a) the events giving rise to Plaintiff's claims, (b) witnesses to relevant events, (c) persons or parties who may be additional potential defendants, (d) internal complaints filed or initiated by Plaintiff and the disposition of such complaints, and (e) all other files, documents and records (including medical records) possessed by the above-mentioned parties pertaining to Plaintiff.

9. Accordingly, Counsel respectfully request this Court grant leave to Plaintiff to serve subpoenas on the parties identified in paragraph 8 above directing the production of relevant documents and records to the undersigned counsel within 14 calendar days after service of the subpoenas. In conjunction with issuance of said subpoenas, counsel will also coordinate with the above-mentioned parties to facilitate their production of relevant documents and records with a view towards avoiding or eliminating, to the extent possible, potential objections.

**C. Motion for Extension to October 15, 2020 for Plaintiff's Counsel to File Amended Complaint and/or to Take Other Appropriate Action Regarding Plaintiff's Claims**

10. On January 14, 2020 this Court ordered that Counsel file an amended complaint by March 13, 2020 or advise the Court if filing such a complaint would be inconsistent with obligations imposed by Fed. R. Civ. P. 11; and as indicated in paragraph 4 above, on March 13,

2020, Counsel filed a motion to extend this deadline to May 31, 2020. However, in the interim, the Court has entered three General Orders extending all deadlines in civil cases based on complications associated with the COVID-19 pandemic; the undersigned counsel have consulted with Plaintiff by telephone and exchanges of correspondence and documents; and the undersigned counsel have determined it is necessary to subpoena and review the documents and records described in paragraph **Error! Reference source not found.** in order to conduct an adequate assessment of Plaintiff's claims and file an amended Complaint (or take other appropriate action) in regard to Plaintiff's claim.

11. Accordingly, Plaintiff requests that the Court extend the deadline, to and including October 15, 2020, for Counsel to file an amended complaint or advise the Court if filing such a complaint would be inconsistent with obligations imposed by Fed. R. Civ. P. 11.

12. This is the second extension sought by Plaintiff to file an amended complaint (as indicated in paragraphs 4 and **Error! Reference source not found.** above). However, this motion is not intended for delay, and Counsel respectfully submit that the requested extension is necessary to satisfy the Court's prior orders in this matter and the obligations imposed by Fed. R. Civ. P. 11.

WHEREFORE, for good cause shown, Plaintiff respectfully requests that the Court: (1) grant Plaintiff's motion to engage in pre-complaint discovery for the purpose of serving subpoenas to obtain relevant documents records prior to filing an amended Complaint; and (2) extend the deadline to October 15, 2020 for Plaintiff's counsel to file an amended Complaint (or take other appropriate action) after the receipt and review of documents obtained during pre-complaint discovery.

Dated: September 2, 2020

Respectfully submitted,

By: /s/ Philip A. Miscimarra

    Philip A. Miscimarra
    Tedd M. Warden
    Maria E. Doukas
    Morgan, Lewis & Bockius LLP
    77 West Wacker Dr., Suite 500
    Chicago, IL 60601-5094
    Phone: 312.324.1000
    Fax: 312.324.1001
    philip.miscimarra@morganlewis.com
    tedd.warden@morganlewis.com
    maria.doukas@morganlewis.com

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via CM/ECF on September 2, 2020 upon all counsel of record.

                                                              /s/ Philip A. Miscimarra
                                                              Philip A. Miscimarra