**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Donald Henneberg,

Plaintiff(s),

v.

Dart et al ,

Defendant(s).

Case No.  19-cv-7380
Judge Sara L. Ellis

## ORDER

Motion for leave to appear pro hac vice [47] is granted.

Date:  5/10/2021                              /s/ Sara L. Ellis _____