IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD HENNEBERG,<br><br>Plaintiff,<br><br>vs.<br><br>TOM DART, SUSAN SHEBEL, R.N., JOHN DOE MEDICAL DEFENDANTS, JOHN DOE CORRECTIONAL OFFICER NO. 1, and COOK COUNTY, ILLINOIS, *et al.*,<br><br>Defendants. | 19 C 7380, 19 C 7382, 19 C 7883<br><br>Judge Sara L. Ellis |

## JOINT MOTION TO ENTER AGREED CONFIDENTIALITY ORDER

Plaintiff Donald Henneberg and Defendants Sheriff Tom Dart, Susan Shebel, R.N, and Cook County (collectively, the "Parties") hereby jointly request that the Court approve and adopt the proposed Agreed Confidentiality Order attached hereto as Exhibit 1. Pursuant to the Court's procedures pertaining to proposed orders, the Parties will contemporaneously email a copy of the proposed order to Proposed_Order_Ellis@ilnd.uscourts.gov. Additionally, the Parties will email the Court a redlined version showing the proposed changes against the Northern District of Illinois's model confidentiality order.

Dated: March 31, 2022                     Respectfully submitted,

By: /s/ Philip A. Miscimarra              KIMBERLY M. FOXX
Philip A. Miscimarra
Tedd M. Warden                            State's Attorney of Cook County
Maria E. Doukas
Liza Fleming (*pro hac vice*)             By:/s/: Vjosana Mataj
Morgan, Lewis & Bockius LLP               Vjosana Mataj
77 West Wacker Dr., Suite 500             Christina Faklis Adair
Chicago, IL 60601-5094                    Assistant State's Attorney

| | |
|---|---|
| Phone: 312.324.1000 | 500 Richard J. Daley Center |
| Fax: 312.324.1001 | Chicago, Illinois 60602 |
| philip.miscimarra@morganlewis.com | Vjosana.Mataj@cookcountyil.gov |
| tedd.warden@morganlewis.com | Christina.Adair@cookcountyil.gov |
| maria.doukas@morganlewis.com | *Attorney for Defendants* |
| liza.fleming@morganlewis.com | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I, Liza B. Fleming, hereby certify that on March 31, 2022, I caused a copy of the foregoing Joint Motion to Enter Agreed Confidentiality Order to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Liza B. Fleming*