# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DONALD HENNEBERG, ) | |
| ) | |
| Plaintiff, ) | Case No.: 19-cv-07380 |
| ) | 19-cv-07382 |
| v. ) | 19-cv-07883 |
| ) | |
| ) | Hon. Judge Sara L. Ellis |
| LARRY GAVIN, KAREN JONES- ) | |
| HAYES, DAMITA DELITZ, BRENDAN ) | |
| LOMBARDI, O. LOPEZ, E. PRESTON, ) | |
| J. DELLIS, M. KIELIAN, AND JOHN ) | |
| DOES 1-7, ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **June 6, 2022,** Assistant Cook County State's Attorney Vjosana Mataj withdraws her appearance for Defendants, **Sheriff Thomas Dart, Susan Shebel, Jorge Arias and County of Cook ("Defendants")** Pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Troy S. Radunsky, substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: /s/ Jason E. DeVore\_\_\_\_\_
Jason E. DeVore
ARDC# 6242782
Special Assistant State's Attorney
27 N Wacker Dr, Ste 431
Chicago, IL 60606
312-300-4479
Email: jdevore@devoreradunksy.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **June 6, 2022**.

/s/*Kimberly D. Musick*\_\_\_