**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Donald Henneberg
                Plaintiff,

v.                                           Case No.: 1:19−cv−07380
                                                    Honorable Sara L. Ellis

Tom Dart, et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference. (rj, )Mailed notice.

Dated: January 4, 2023

                                                                             /s/ Sara L. Ellis

                                                                   United States District Judge