IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Henneberg, <br><br> Plaintiff(s), <br><br> v. <br><br> Dart, et al, <br><br> Defendant(s). | Case No. 19-cv-7380 <br> Judge Sara L. Ellis |

### ORDER

Motion to withdraw as counsel [84] is granted. The appearance of Kimberly D. Musick is withdrawn.

Date: 1/5/2023 /s/ Sara L. Ellis