UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Donald Henneberg
                Plaintiff,

v.                                                              Case No.: 1:19−cv−07380
                                                             Honorable Sara L. Ellis

Tom Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable Jeffrey Cole: At the parties' request, the settlement conference is set for 3/13/23 at 1:00pm and will be by video. Instructions for the video conference will be sent closer to the settlement date. The parties' counsel must review and comply with this court's Standing Order for Settlement Conference, which appears on the court's website. The requirement of attendance by someone with FULL AUTHORITY is not satisfied by attendance of the general counsel or someone from his/her office, although that person is certainly entitled to attend and welcome to participate in the conference. Nor is it satisfied by attendance of a person who must make a phone call to get permission to settle the case in excess of some predetermined amount. Also, each side should include in their settlement documents the results in comparable cases. Plaintiff should serve defendant with their settlement letter no later than 2/13/23. The plaintiff must include the basis for and how he arrived at the damages being claimed. A demand of 100 cents on the dollar is not a good faith demand. Similarly, an offer of zero is not a good faith offer. See my Standing Order online. Defendant will respond to plaintiff's demand by 2/27/23. Each party shall transmit copies of their respective memorandum by email to my courtroom deputy, at Yulonda_Thomas@ilnd.uscourts.gov, on or before 3/6/23. The submissions are NOT to be filed on the docket. Noncompliance will result in the submission being rejected. Any change in the settlement conference date must be approved by the court, pursuant to an appropriate WRITTEN MOTION, based upon a showing of good cause. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.