UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.: 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | Honorable Sara L. Ellis |
| JOHN DOE MEDICAL DEFENDANTS, | ) | |
| CORRECTIONAL OFFICER JORGE | ) | |
| ARIAS, and COOK COUNTY, ILLINOIS, | | |
| et al., | | |
| | | |
| Defendants. | | |

## THE PARTIES JOINT MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER

Now Come Defendants, COOK COUNTY SHERIFF THOMAS J. DART and, SUSAN SHEBEL, by and through their attorneys, DeVore Radunsky, LLC and Plaintiff and his counsel Morgan, Lewis & Bockius LLP and pursuant to FRCP 26 (c), and 45 CFR § 160.103 and 164, move this court to enter a Qualified Protective Order:

1. Plaintiff previously signed a HIPAA privacy authorization allowing the parties to obtain records from Cermak and Stroger Hospitals after making a claim for personal injuries in this case. Those records have been produced.

2. Defendants now wish to issue additional medical records subpoenas to various providers disclosed by the Plaintiff. Those records will be provided to the Plaintiff upon defendants receipt of the same.

3. In order to protect Plaintiff's confidential and personal records pursuant to 45 C.F.R. § 160.103 and 164, the defendant respectfully request that this Court enter a Qualified Protective Order for all of the plaintiff's records but not limited to medical records and bills.

1

Wherefore, Defendants, COOK COUNTY SHERIFF THOMAS J. DART and, SUSAN SHEBEL, respectfully request that this Court enter the attached (Ex. A) Qualified Protective Order on behalf of the Plaintiff, DONALD HENNEBERG.

Respectfully submitted,

*/s/ Troy S. Radunsky*
*Attorneys for Defendants*
Troy S. Radunsky (ARDC# 6269281)
DeVore Radunsky LLC
230 W. Monroe Suite 230
Chicago, IL 60606
312-300-4484

/s/ *Philip A. Miscimarra*
*Attorneys for Plaintiff*
Mr. Philip A. Miscimarra
Ms. Maria E. Doukas
Ms. Liza B. Fleming
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on January 20, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

                   */s/ Troy S. Radunsky*
                   Troy S. Radunsky, One of the Attorneys
                   For the Defendants

***PLAINTIFF'S COUNSEL***
Mr. Philip A. Miscimarra
Ms. Maria E. Doukas
Ms. Liza B. Fleming
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165
*philip.miscimarra@morganlewis.com*
*liza.fleming@morganlewis.com*
*maria.doukas@morganlewis.com*