**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| SHERIFF DART, SUSAN SHEBEL, R.N., and | ) | |
| COOK COUNTY, ILLINOIS et al. | ) | Honorable Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

On **January 26, 2023, at 1:45 pm**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present The Parties' Joint Motion for Entry of a Qualified Protective Order.

          Respectfully Submitted,

By: */s/ Jason E. DeVore*
     Jason E. DeVore, One of the
     Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the Foregoing **Notice of Parties' Joint Motion for Entry of a Qualified Protective Order w**as filed on **January 20, 2023**, with the Northern District of Illinois ECF System, serving a copy to all parties.

      */s/ Zachary Stillman*
      Zachary Stillman