## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Donald Henneberg

                                       Plaintiff,

v.                                                                                                                                       Case No.: 1:19–cv–07380
                                                                                                                                     Honorable Sara L. Ellis

Tom Dart, et al.

                                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for entry of a protective order pursuant to HIPPA [99]. The parties should submit their proposed order to the Court's proposed order email. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.