UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Donald Henneberg
                            Plaintiff,

v.                                                           Case No.: 1:19−cv−07380
                                                                 Honorable Sara L. Ellis

Tom Dart, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court adopts the parties' proposed scheduling order [97]. The Court extends fact discovery through 9/26/2023. The Court sets a status date for 10/10/2023 at 9:30 a.m. The parties should file a joint status report by 10/3/2023 indicating the status of fact discovery, the status of settlement discussions and whether the parties want the Court to reopen the referral to the magistrate judge for settlement purposes, whether the parties require expert discovery prior to dispositive motion practice, and proposed schedules for expert discovery and summary judgment briefing, where applicable. If the parties file a stipulation of dismissal prior to the next status date, no appearance is required. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.