UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., JOHN DOE MEDICAL DEFENDANTS, JOHN DOE CORRECTIONAL OFFICER NO. 1, and COOK COUNTY, ILLINOIS, et al. | ) ) ) ) ) | Honorable Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO AMEND PROPOSED JOINT SCHEDULING ORDER**

Plaintiff Donald Henneberg hereby moves to amend the Proposed Joint Scheduling Order filed January 13, 2023, ECF No. 97 (hereinafter the "Joint Scheduling Order" or "JSO") because two intervening events – the filing of Defendants' Motion to Bifurcate and Stay Discovery, which was not mentioned in the Proposed Order, and the parties' failure to resolve a "disagreement," referenced in the Proposed Order as not having "ripened" into a "dispute" – now warrant modifying certain deadlines as explained below. In support of this motion, Plaintiff states as follows:

1. The Joint Scheduling Order established certain deadlines including (a) having Plaintiff provide supplemental discovery requests to Defendants by February 13, 2023 (JSO ¶¶ 1(b), 2-3); and (b) having Defendants identify certain "incident reports" by February 13, 2023 (JSO ¶ 1).

2. The Joint Scheduling Order described a "disagreement" between Plaintiff and Defendants regarding the scope of the "incident reports" to be identified by Defendants. The Joint Scheduling Order stated that, *if the foregoing "disagreement" was successfully resolved by January 23, 2023*, Plaintiff would "incorporate [the] resolution into its supplemental discovery requests . . . to be served on Defendants by February 13, 2023." PJSO ¶ 1(b). The parties were

unable to resolve this disagreement by January 23, 2023; Plaintiff's counsel on February 9, 2023 proposed to Defendants' counsel that the parties prepare and file a Joint Discovery Motion to have the Court resolve this disagreement; Defendants' counsel on February 10, 2023 denied that any disagreement warranted a "discovery motion"; and Plaintiff on February 10, 2023 advised Defendants' counsel that, in view of Defendants' refusal to prepare a Joint Discovery Motion – and their failure even to acknowledge there was a "disagreement" – Plaintiff would file its own motion with the Court, which is forthcoming.

3. The Joint Scheduling Order also contained no reference to any bifurcation or stay or discovery. However, on January 26, 2023 – within two weeks after the parties filed the Joint Scheduling Order – Defendants Cook County and Dart filed an "Opposed Motion to Bifurcate and Stay Discovery on Plaintiff's *Monell* Claims, Counts III and IV," ECF No. 102 (hereinafter "Motion to Bifurcate"). This Court's January 30, 2023 order (ECF No. 105) ordered Plaintiff's response to be filed by February 21, 2023; Defendants' reply to be filed by February 28, 2023; and a ruling date – resolving the Motion to Bifurcate – on April 5, 2023 at 9:30 a.m.

4. Plaintiff's counsel conferred with Defendants' counsel regarding these issues in email exchanges that occurred on January 24, 2023, February 9, 2023 and February 10, 2023, and the parties' respective counsel were unable to resolve these issues.

5. Based on the unresolved "disagreement" regarding the limited scope of "incident reports" to be produced by Defendants and because the Court's resolution of Defendants' Motion to Bifurcate will directly affect the scope of discovery that can appropriately be conducted, Plaintiff moves to amend the parties Proposed Joint Scheduling Order as follows:

   a. Plaintiff will identify to Defendants' counsel the particular incident reports and/or associated detainee identification numbers (which will provide the basis for Defendants to conduct a manual search for grievances related to detainees identified by Plaintiffs in the incident reports based on such incidents) 30 days after the date that Defendants

produce all incident reports for the period 2015-2019 that involve assaults by or between inmates or gang members (including but not limited to assaults involving or relating to the use of a telephone), or on whatever other date that the Court directs in connection with the Court's resolution of the dispute described in paragraph 2 above (this amends the February 13, 2023 deadline set forth in JSO ¶¶ 1(b), 2, 3 and 4); and

b. Plaintiff will serve its supplemental discovery requests on Defendants within 30 days after the date of the Court's resolution of Defendants' Motion to Bifurcate (this amends the February 13, 2023 deadline set forth in JSO ¶¶ 1(b), 2, 3 and 4); and

c. Plaintiff respectfully requests whatever other adjustments in the Joint Scheduling Order that the Court deems appropriate.

WHEREFORE, Plaintiff Donald Henneberg respectfully moves to amend the Proposed Joint Scheduling Order filed January 13, 2023 as described above.

Respectfully submitted,

By: */s/ Liza Fleming*
Philip A. Miscimarra
Maria E. Doukas
Liza Fleming (*pro hac vice*)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
liza.fleming@morganlewis.com
*Attorneys for Plaintiff*

DATED: February 13, 2023

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via CM/ECF on February 13, 2023 upon all counsel of record.

                                               */s/ Liza Fleming*
                                               Liza Fleming