# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | Honorable Sara L. Ellis |
| JOHN DOE CORRECTIONAL OFFICER | ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et | ) | |
| al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, February 16, 2023** at **1:45 p.m.**, we shall appear before Honorable Sara L. Ellis or before any judge sitting in her stead, in Courtroom 1403, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **Plaintiff's Motion to Amend Proposed Joint Scheduling Order**, a copy of which is hereby served upon you.

Dated: February 13, 2023

Respectfully submitted,

By: /s/ Liza Fleming

Philip A. Miscimarra
Maria E. Doukas
Liza Fleming (*pro hac vice*)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
liza.fleming@morganlewis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on February 13, 2023 upon all counsel of record.

*/s/ Liza Fleming*
Liza Fleming