UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Donald Henneberg

                       Plaintiff,

v.                                                    Case No.: 1:19–cv–07380

                                                          Honorable Sara L. Ellis

Tom Dart, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 16, 2023:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff Donald Henneberg's motion to amend proposed joint scheduling order [107]. The Court amends the joint scheduling order as follows: (a) Plaintiff will identify to Defendants' counsel the particular incident reports and/or associated detainee identification numbers (which will provide the basis for Defendantsto conduct a manual search for grievances related to detainees identified by Plaintiffs in the incident reports based on such incidents) 30 days after the date that Defendants produce all incident reports for the period 2015–2019 that involve assaults by or between inmates or gang members (including but not limited to assaults involving or relating to the use of a telephone), or on whatever other date that the Court directs; and (b) Plaintiff will serve its supplemental discovery requests on Defendants within 30 days after the date of the Court's resolution of Defendants' Motion to Bifurcate. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.