IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-7380 |
| v. | ) | 1:19-cv-7392 |
| | ) | 1:19-cv-7883 |
| THOMAS DART, et al., | ) | |
| | ) | Honorable Sara L. Ellis |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' OPPOSED MOTION FOR SEVEN DAY EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO BIFURCATE**

NOW COME Defendants SHERIFF THOMAS DART, SUSAN SHEBEL, COOK COUNTY, ILLINOIS, and JORGE ARIAS (collectively, "Defendants"), by and through their attorneys, Jason E. DeVore and Troy S. Radunsky, and for Defendants' Opposed Motion for Seven Day Extension of Time to File Reply in Support of Motion to Bifurcate, state as follows:

1. Counsel for Defendants reached out to Counsel for Plaintiff regarding an agreed extension of seven (7) days and were denied.

2. Defendants have an Appellee/Cross-Appellant's Reply Brief due to be filed on February 24, 2023, in the matter entitled *GuideOne Mutual Insurance Company v. Church Extension Board of the Presbytery of Chicago*, Case No. 1-22-0235, in the Appellate Court of Illinois' First District.

3. Defendants further have a Mediation Proceeding on February 27, 2023, in the matter entitled *Aguilar v. Valdez Concrete et all.*, Case No. 20 L 11763, in the Circuit Court of Cook County, Illinois.

4. Defendants filed their Motion to Bifurcate and Stay Discovery on Plaintiff's *Monell* Claims, and their Notice of Motion for the same, on January 26, 2023. Dkt. #102, 103.

5. On January 30, 2023, this Court set the briefing schedule on Defendants' Motion to Bifurcate, scheduling Plaintiff's Response to be due on February 21, 2023, and Defendants' Reply on February 28, 2023. Dkt. #105.

6. On February 21, 2023, Plaintiff filed his Response in Opposition to Defendants' Motion to Bifurcate, as ordered by the court. His brief was 15 pages, and there were 63 pages between the four attached exhibits, with Plaintiff's Response and Exhibits together totaling out at nearly 78 pages. Dkt. #110.

7. Under the Federal Rules of Civil Procedure, this "court may, for good cause, extend the time . . . with motion . . . or if a request is made, before the original time or its extension expires" Fed. R. Civ. P. 6(b)(1)(A).

8. Defendants have several other dispositive motions and briefs that are due to be filed in the next two weeks that will interfere with their ability to efficiently draft their Reply in Support of their Motion to Bifurcate.

9. Defendants further have, in this Court, Responsive Pleadings due on February 27, 2023, in the matter entitled, *Mayo v. Dart, et al.*, Case No. 21-cv-5014, and a Response to a Motion to Remand due on March 8, 2023, in the matter entitled *Matthews v. Dart, et al.*, Case No. 23-cv-130.

10. In addition, One of the Attorneys for Defendants, Zachary Stillman, who is/will be one of the primary drafters of Defendants' Reply, will be out of town from February 24, 2023, through February 27, 2023.

11. Due to these extenuating circumstances, along with numerous other upcoming deadlines continuing into March, Defendants request a seven (7) day extension of time, until March 7, 2023, to file their Reply.

12. This motion is brought in good faith and not for any improper purpose.

13. This motion is not for delay and allowing a seven (7) day extension is reasonable and promotes the needs of the case and justice.

14. Defendants' Motion is being Noticed for Presentment on February 28, 2023, at 9:45 am, or as soon thereafter as the matter may be heard. This is the first available date for presentment, as well as the same date as Defendants' Reply is due to be filed with this court. Defendants would have noticed the motion earlier, if not for Judge Ellis' standing notice on her Northern District of Illinois webpage, stating that parties are not to notice motions for presentment from February 21, 2023 through February 24, 2023. (https://www.ilnd.uscourts.gov/judge-info.aspx?VyU/OurKKJRDT+FUM5tZmA==).

WHEREFORE, Defendants respectfully request that this Honorable Court enter the following order:

1. Defendants' Motion for Seven Day Extension of Time to File Reply in Support of Motion to Bifurcate is granted;

2. Defendants are permitted a seven (7) day extension, until March 7, 2023, to file their Reply in Support of Motion to Bifurcate.

Respectfully Submitted,

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that **Defendants' Opposed Motion for Extension of Time to File Reply in Support of Motion to Bifurcate** was filed on February 22, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                            */s/ Zachary Stillman*
                                            Zachary Stillman

**Plaintiff's Counsel**
Patrick Morrissey
Tom Morrissey
*pwm@morrisseylawchicago.com*
*tgm@morrisseylawchicago.com*