UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| SHERIFF DART, SUSAN SHEBEL, R.N., and | ) | |
| COOK COUNTY, ILLINOIS et al. | ) | Honorable Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

On Tuesday, **February 28, at 9:45 am**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present **Defendants' Opposed Motion for Seven Day Extension of Time to File Reply in Support of Motion to Bifurcate.**

Respectfully Submitted,

By:  /s/ *Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the Foregoing **Notice of Defendants' Opposed Motion for Seven Day Extension of Time to File Reply in Support of Motion to Bifurcate w**as filed on **February 22, 2023**, with the Northern District of Illinois ECF System, serving a copy to all parties.

 /s/ *Zachary Stillman*
Zachary Stillman