## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, ) | |
| ) | |
| Plaintiff, ) | Case Nos. 19-cv-07380 |
| ) | 19-cv-07382 |
| v. ) | 19-cv-07883 |
| ) | |
| TOM DART, SUSAN SHEBEL, R.N., ) | |
| JOHN DOE MEDICAL DEFENDANTS, ) | Honorable Sara L. Ellis |
| JOHN DOE CORRECTIONAL OFFICER ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, March 7, 2023** at **9:45 a.m.**, we shall appear before Honorable Sara L. Ellis or before any judge sitting in her stead, in Courtroom 1403, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the **Parties' Joint Discovery Motion Regarding Scope of Discoverable "Incident Reports" Regarding 2015-2019 Inmate Assaults**, a copy of which is hereby served upon you.

Dated: February 28, 2023

Respectfully submitted,

By: /s/ Philip A. Miscimarra

Philip A. Miscimarra
Maria E. Doukas
Liza Fleming (*pro hac vice*)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
liza.fleming@morganlewis.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on February 28, 2023 upon all counsel of record.

/s/ Philip A. Miscimarra
Philip A. Miscimarra
