**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DONALD HENNEBERG, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-7380 |
| v. ) | 1:19-cv-7392 |
| ) | 1:19-cv-7883 |
| THOMAS DART, et al., ) | |
| ) | Honorable Sara L. Ellis |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO CLARIFY COURT'S FEBRUARY 21, 2023, ORDER
(DKT #109)**

NOW COMES the Plaintiff, DONALD HENNEBERG by and through his counsel, Phil Miscimarra, and Morgan, Lewis & Bockius, LLP, and Defendants THOMAS DART et al., by and through their attorneys, Jason E. DeVore and Troy S. Radunsky, and for the Parties Joint Motion to Clarify the Courts February 21, 2023, order (Dkt# 109) states as follows:

1. The Plaintiff filed a Motion to Amend the Joint Scheduling Order on 2.13.23, which was set for an in-person hearing on 2.16.23 at 1:45 pm. (Dkt# 107)

2. On the morning of the hearing, the parties agreed to a telephonic hearing and exchanged numerous lengthy correspondence attempting to reach an agreement regarding the scope of the Court's potential order.

3. Prior to the hearing, the parties were unable to reach a compromise and both parties expected to articulate their position later that day at the hearing.

4. Unfortunately, despite good faith efforts to contact the Courtroom Deputy via voice

1

mail and email prior to the hearing to obtain Court call-in information, it was not provided to the defense before the hearing was held.

5. Following the hearing, on 2.21.23, this Court issued its minute order which stated,

> The Court grants Plaintiff Donald Henneberg's motion to amend proposed joint scheduling order [107]. The Court amends the joint scheduling order as follows: (a) Plaintiff will identify to Defendants' counsel the particular incident reports and/or associated detainee identification numbers (which will provide the basis for Defendants to conduct a manual search for grievances related to detainees identified by Plaintiffs in the incident reports based on such incidents) 30 days after the date that Defendants produce all incident reports for the period 2015-2019 that involve assaults by or between inmates or gang members (including but not limited to assaults involving or relating to the use of a telephone), or on whatever other date that the Court directs; and (b) Plaintiff will serve its supplemental discovery requests on Defendants within 30 days after the date of the Court's resolution of Defendants' Motion to Bifurcate. (Dkt 109)

6. After the parties evaluated this Court's order, they held a meet and confer on 2.24.23.

7. The parties have divergent understandings of the ruling, but have agreed to have it clarified by this Court, and the parties have also agreed on the substance of the clarification which would be reflected in an order worded as follows:

> MINUTE entry before the Honorable Sara L. Ellis: The Court clarifies and amends its February 21, 2023, [Dkt#109] order, consistent with the parties' mutual agreement, as follows.
>
> The Joint Scheduling Order [Dkt#97], filed with this Court on January 13, 2023, states in part that that the parties disagreed as to "the scope of the 'incident reports' to be identified by Defendants," and "Defendants will conduct their 'incident report' search to identify incident reports from 1/1/2015 to 12/31/2019 involving assaults relating to the use of telephones by inmates and produce those incident

2

reports to Plaintiff by February 2, 2023." Id. On February 2, 2023, Defendants sent Plaintiff an EXCEL spreadsheet containing the data from 2,030 incident reports that included references to the terms "phone" and "telephone."

This Court's February 21, 2023, order [Dkt#109] granted Plaintiff Donald Henneberg's motion to amend proposed joint scheduling order [Dkt#107], but the Court hereby clarifies and amends its February 21, 2023, order in the following respects: (1.) The Court's February 21, 2023 order does not enlarge or constitute any ruling regarding the merits of any discovery dispute or the scope the incident reports that Defendants are required to produce, which the Court will address when resolving two pending motions: Defendant's Motion to Bifurcate [Dkt#102], and the parties' Joint Discovery Motion [Dkt#114]; (2.) Plaintiff will identify to Defendants' counsel the particular incident reports and any associated detainee names and identification numbers (which will provide the basis for Defendants to conduct a manual search for grievances related to detainees identified by Plaintiffs in the incident reports based on such incidents) in accordance with the timetable set by the Court after it decides the pending motions referenced above; and (3.) Plaintiff will serve its supplemental discovery requests on Defendants within 30 days after the date of the Court's resolution of Defendants' Motion to Bifurcate [Dkt#102].

8. To clarify the February 21, 2023, Order, the parties propose the above draft order for the Court's consideration.

WHEREFORE, the parties, Plaintiff DONALD HENNEBERG and Defendants, THOMAS DART, et .al, pray this Court enter the proposed draft order and for any other relief this Court deems proper and just.

Respectfully submitted,

*/s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

*/s/ Philip Miscimarra*
One of the Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies on March 2, 2023, that he electronically filed the **Parties Joint Motion to Clarify the Courts February 21, 2023, Order (Dkt# 109)** with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                  */s/ Zachary Stillman*
                                                  Zachary Stillman, One of the Attorneys
                                                  For the Defendants

***PLAINTIFF'S COUNSEL***
Mr. Philip A. Miscimarra
Ms. Maria E. Doukas
Ms. Liza B. Fleming
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165
philip.miscimarra@morganlewis.com
liza.fleming@morganlewis.com
maria.doukas@morganlewis.com

4