UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Donald Henneberg
                    Plaintiff,

v.                                      Case No.: 1:19−cv−07380
                                              Honorable Sara L. Ellis

Tom Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

      MINUTE entry before the Honorable Jeffrey Cole: Settlement conference held on 3/13/23. The plaintiff was represented by appointed counsel, Philip Miscimarra, Liza Fleming and Maria Doukas of Morgan, Lewis & Bockius LLP in Chicago. The defendants were represented by Jason DeVore and Troy Radunsky of DeVore Radunsky LLC in Chicago and Khara Coleman and John Power of the Cook County States Attorneys office. Despite their best efforts and the efforts of their clients, the case did not settle. In separate discussions with each of the counsel, it was clear that each was committed to their view of what the evidence reflected and how the applicable law should be interpreted in regards to the facts of this case. Unfortunately, their views in this regard were quite dissimilar. It should be noted that the quality of the legal work that was provided by the lawyers on both sides of this case was excellent. But perhaps of even greater significance was the cooperative spirit they demonstrated. Their conduct shows that lawyers can act civilly and courteously in their dealings with each other and the court without sacrificing the obligations they owe to their clients. While it is true that "'[m]embership in the bar is a privilege burdened with conditions,'...[and that lawyers are] received into that ancient fellowship for something more than 'private' gain,'" *People ex rel. Karlin v. Culkin,* 248 N.Y. 465, 470–471, 162 N.E. 487, 489 (1928)(Cardozo, C.J.), the efforts of those who, like, Mr. Miscimarra and his colleagues, perform pursuant to an appointment by the court are indispensable to the administration of justice throughout the Nation. Without their contributions, courts could not perform their duties nearly so well. All matters relating to the referral having been resolved, the referral is closed and the case returned to Judge Ellis. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.