# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| Plaintiff, | ) ) ) | Case Nos. 19-cv-07380 |
| v. | ) ) | |
| TOM DART, SUSAN SHEBEL, R.N., JOHN DOE MEDICAL DEFENDANTS, JOHN DOE CORRECTIONAL OFFICER NO. 1, and COOK COUNTY, ILLINOIS, et al. | ) ) ) ) ) ) | Honorable Sara L. Ellis |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Plaintiff Donald Henneberg and Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Correctional Officer Jorge Arias, and Cook County, Illinois, by and through their respective attorneys, hereby submit a Joint Status Report, pursuant to the Court's January 5, 2023, Order (ECF No. 92), and state the following:

1. **Status of Fact Discovery.**

Pursuant to the Court's January 26, 2023, Order (ECF No. 104), the Court has set fact discovery to close on 9/26/2023. Furthermore, pursuant to the Court's March 8, 2023, Order (ECF No. 120):

- Plaintiff will identify the incident reports from Defendants spreadsheet containing 2178 incidents that he wants produced by 4/10/2023.
- Defendants will produce reports (ie.-grievances, if any) by 5/10/2023.
- The Court will set a date for service of Plaintiff's supplemental discovery requests at the next status date.

Defendants intend to depose the plaintiff in the next 30-45 days or any date set by this Court.

2. **Status of Motion to Bifurcate.**

The Court set a ruling date of 4/5/2023 at 9:30 a.m. on Defendants' motion to bifurcate (ECF No. 102).

3. **Status of Settlement Discussions.** The parties engaged in good faith settlement discussions with Judge Cole on March 13, 2023 (ECF No. 122). Unfortunately, the parties were unable to settle the case at this stage. The parties were able to narrow the gap and hope to continue their settlement dialogue, with possible future assistance from Magistrate Cole.

Dated: March 29, 2023                                                       Respectfully submitted,

By: */s/ Philip A. Miscimarra*
    Philip A. Miscimarra
    Maria E. Doukas
    Liza Fleming (*pro hac vice*)
    Morgan, Lewis & Bockius LLP
    110 N. Wacker Drive, Suite 2800
    Chicago, Illinois 60606-1511
    Phone: 312.324.1000
    Fax: 312.324.1001
    *philip.miscimarra@morganlewis.com*
    *maria.doukas@morganlewis.com*
    *liza.fleming@morganlewis.com*
    *Attorneys for Plaintiff*

By: */s/ Jason Edward DeVore*
    Jason E. DeVore ARDC No. 6242782
    Troy S. Radunsky ARDC No. 6269281
    DeVore Radunsky LLC
    230 W. Monroe Suite #230
    Chicago, IL 60606
    Phone: (312) 300-4484
    Fax: (312) 674-7423
    *tradunsky@devoreradunsky.com*
    *jdevore@devoreradunsky.com*
    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on March 29, 2023, upon all counsel of record.

/s/ *Troy S. Radunsky*

#378654v1