## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| SHERIFF DART, SUSAN SHEBEL, R.N., and COOK COUNTY, ILLINOIS et al. | ) | Honorable Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

On Tuesday, **April 18, 2023 at 9:45 am**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present **Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m).**

Respectfully Submitted,

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the Foregoing **Notice of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m)** was filed on **April 6, 2023**, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Zachary Stillman*
Zachary Stillman