IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Donald Henneberg, <br><br> Plaintiff(s), <br><br> v. <br><br> Dart et al, <br><br> Defendant(s). | Case No. 19-cv-7380 <br> Judge Sara L. Ellis |

### ORDER

Motion hearing held. Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 4(m) [127] is granted. John Doe Medical Defendants are dismissed from Count 1.

(T:10)

Date: 4/18/2023 /s/ Sara L. Ellis