UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM DART, SUSAN SHEBEL, R.N., ) <br> JOHN DOE MEDICAL DEFENDANTS, ) <br> CORRECTIONAL OFFICER JORGE ) <br> ARIAS, and COOK COUNTY, ILLINOIS, ) <br> et al. ) <br> ) <br> Defendants. ) | Case Nos. 19-cv-07380 <br> 19-cv-07382 <br> 19-cv-07883 <br><br> Honorable Sara L. Ellis |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, Liza B. Fleming respectfully moves for leave to withdraw her appearance as one of the attorneys of record for Plaintiff Donald Henneberg in this matter and states as follows:

1. Plaintiff has been and is represented in this action by counsel from Morgan, Lewis Bockius LLP ("Morgan Lewis").

2. Ms. Fleming is leaving the law firm of Morgan, Lewis & Bockius LLP and wishes to withdraw her appearance.

3. Plaintiff will continue to be represented in this matter by Philip A. Miscimarra and Maria E. Doukas of Morgan Lewis.

WHEREFORE, Lisa B. Fleming respectfully requests that the Court her  leave to withdraw as one of the attorneys of record for Plaintiff in this action.

Dated: May 15, 2023

Respectfully submitted,

By: /s/ *Liza B. Fleming*
Philip A. Miscimarra
Maria E. Doukas
Liza B. Fleming (*pro hac vice*)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511

Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
liza.fleming@morganlewsi.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing document was served via CM/ECF on February 21, 2023 upon all counsel of record.

                /s/ *Liza Fleming*
                Liza Fleming