THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG,<br><br>   Plaintiff,<br><br>v.<br><br>TOM DART, SUSAN SHEBEL, R.N., JOHN DOE MEDICAL DEFENDANTS, JOHN DOE CORRECTIONAL OFFICER NO. 1, and COOK COUNTY, ILLINOIS, et al.<br><br>   Defendants. | Case Nos. 19-cv-07380<br>19-cv-07382<br>19-cv-07883<br><br>Honorable Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, May 18, 2023** at **1:45 p.m.**, we shall appear before Honorable Sara L. Ellis or before any judge sitting in her stead, in Courtroom 1403, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present Plaintiff's **Motion for Leave to Withdraw Appearance of Counsel**, a copy of which is attached and served upon you.

Dated: May 15, 2023

Respectfully submitted,

By: /s/ Liza Fleming

Philip A. Miscimarra
Maria E. Doukas
Liza Fleming (*pro hac vice*)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
liza.fleming@morganlewis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on May 15, 2023 upon all counsel of record.

*/s/ Liza Fleming*
Liza Fleming