IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Henneberg, <br><br> Plaintiff(s), <br><br> v. <br><br> Dart, et al, <br><br> Defendant(s). | Case No. 19-cv-7380 <br> Judge Sara L. Ellis |

## **ORDER**

The Court grants Plaintiff's motion for leave to withdraw the appearance of counsel [134] and withdraws the appearance of Lisa B. Fleming as counsel for Plaintiff. Notice of motion [135] is stricken.

Date: 5/18/2023  /s/ Sara L. Ellis