**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**GENERAL ORDER 23-0024**

IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Jeremy C. Daniel; therefore

IT IS HEREBY ORDERED that the attached list of 282 cases be reassigned to the Honorable Jeremy C. Daniel; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Jeremy C. Daniel's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Jeremy C. Daniel to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Jeremy C. Daniel to the Court's criminal case assignment system twelve (12) months so that Judge Daniel shall thereafter receive a full share of such cases.


ENTER:

FOR THE EXECUTIVE COMMITTEE


Hon. Rebecca R. Pallmeyer, Chief Judge


Dated at Chicago, Illinois this 27th day of June, 2023

## Civil Cases Reassigned from Judge Alonso

| | |
|---|---|
| 1:19-cv-01095 | Lomax v. City Of Chicago et al |
| 1:21-cv-01768 | Craftwood Lumber Company v. OmniMax International, LLC et al |
| 1:21-cv-03449 | Colomb et al v. SOS Security LLC, d/b/a SOS Security of Illinois LLC et al |
| 1:21-cv-02431 | Medina v. Automated Converting Solutions, Inc. |
| 1:21-cv-02522 | Walgreen Co. v Peters |
| 1:21-cv-06560 | Anderson v. Maslanka et al |
| 1:22-cv-01719 | Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. AP Transportation 2018, LLC a/k/a Chadwick Transportation L.L.C. dissolved Illinois limited liability corporations et al |
| 1:22-cv-03978 | U.S. Securities and Exchange Commission v. Okhotnikov et al |
| 1:22-cv-05439 | Brown v. City Of Chicago et al |
| 1:22-cv-06712 | Zemater Jr. v. Public Action to Deliver Shelter Inc |
| 1:22-cv-07324 | Jones v. Perdeceo Edu Corp |
| 1:23-cv-00799 | Kenyi v. Cook County |

## Civil Cases Reassigned from Judge Aspen

| | |
|---|---|
| 1:15-cv-06109 | Arora v. Midland Credit Management, Inc. et al |
| 1:19-cv-06178 | Saldana v. Cook County Health & Hospitals Systems |
| 1:20-cv-04626 | Springs v. Hawkins et al |
| 1:21-cv-05380 | Logan v. City of Chicago |
| 1:22-cv-00391 | Thurman v. McBee et al |
| 1:22-cv-01551 | Benchmark Construction Co., Inc. v. John J. Kim, Director of the Illinois Environmental Protection Agency et al |
| 1:22-cv-05118 | Watson v. Dart et al |

## Civil Cases Reassigned from Judge Blakey

| | |
|---|---|
| 1:20-cv-05160 | Bacca et al v. Pro-Line Construction & Remodeling, Inc. et al |
| 1:21-cv-02718 | Russell v. Riveredge Hospital, Inc |
| 1:22-cv-02033 | Del Guidice v. All State Insurance |
| 1:22-cv-01920 | Central States Se & Sw Areas Pension Fund et al v. M&S Warehouse, LLC |
| 1:22-cv-05597 | Frazier v. Select Portfolio Servicing, Inc. et al |
| 1:22-cv-04875 | Brown v. Ferrara Candy Company |
| 1:22-cv-05959 | Trustees of the Pension, Welfare and Vacation Fringe Benifit Funds of IBEW Local 701 v. Jones Electrical Contractors Inc. |
| 1:22-cv-06880 | Walker v. Amos |
| 1:23-cv-00415 | Johnson v. Landtrust et al |

| | |
|---|---|
| 1:23-cv-01030 | Wham-O holding, Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-01578 | BIEN TRUCHA IP, INC. v. NO MANCHES MEXICAN GRILL, LLC et al |
| 1:23-cv-02069 | W. Droege Assekuradeur GmbH v. Yaya Trucking, Inc. et al |

## Civil Cases Reassigned from Judge Bucklo

| | |
|---|---|
| 1:19-cv-02259 | Laborers'; Pension Fund et al v. Ranger Construction Inc. et al |
| 1:21-cv-01813 | Bourquin v. Kinder Morgan Liquids Terminals, LLC |
| 1:21-cv-05103 | Board of Trustees of Chicago State University, The v. Guardians of Honor, LLC |
| 1:22-cv-04866 | Turner v. City Of Chicago et al |
| 1:22-cv-05528 | Keith Gregie v. Future Motion, Inc. |
| 1:22-cv-07204 | Ross et al v. Westar Refrigerated Transportation et al |
| 1:23-cv-01315 | Burton v. The Scion Group LLC |
| 1:23-cv-01861 | America Aero Group, LLC v. Zurich American Insurance Company |
| 1:23-cv-02522 | XYZ Corporation v. The Partnerships And Unincorporated Associations Identified On Schedule A, |
| 1:22-cv-01693 | Flores v. EVA Airways Corporation |
| 1:22-cv-04706 | Zigler v. Edward D. Jones & Co., L.P. et al |
| 1:22-cv-06576 | Gonzalez-Jimenez v. Ebot et al |

## Civil Cases Reassigned from Judge Chang

| | |
|---|---|
| 1:20-cv-03588 | Kim et al v. H Guys, LLC et al |
| 1:21-cv-02813 | Coleman et al v. Village Of Riverdale et al |
| 1:21-cv-06032 | Ko v. Mayorkas |
| 1:22-cv-01342 | Soelect, Inc. v. Hyundai America Technical Center, Inc. |
| 1:22-cv-03283 | Brodsky v. Stracher et al |
| 1:22-cv-04640 | Manjee v. Lacey et al |
| 1:22-cv-06038 | Leonard S. v. Health Care Service Corporation |
| 1:23-cv-00458 | Burgess v. Instant Brands, Inc. |
| 1:23-cv-01224 | Pruitt v. Velez et al |
| 1:23-cv-01824 | Lumpkins v. Entrust Solutions Group, LLC |
| 1:23-cv-02185 | Conidi v Furrer Inc, dba Cliclime.com et. al. |
| 1:23-cv-03458 | Brambila v. Round Lake Police Department et al |

## Civil Cases Reassigned from Judge Coleman

| | |
|---|---|
| 1:17-cv-08729 | Hardeman v. County of Lake |
| 1:20-cv-05593 | Hudson v. GoHealth, Inc. et al |
| 1:21-cv-02716 | Kreuser v. Jones et al |

| | |
|---|---|
| 1:21-cv-03313 | Jackson v. Chicago Housing Authority et al |
| 1:22-cv-00737 | Byrd v. WalMart, Inc. et al |
| 1:22-cv-03401 | Etheridge v. Midland Paper Supplies and Packing Company |
| 1:22-cv-05292 | Helmuth et al v. National Railroad Passenger Corp et al |
| 1:22-cv-06309 | Nelson v. Village of Lyons et al |
| 1:22-cv-07318 | Saleh v. Jeffreys et al |
| 1:23-cv-01165 | K.G.G et al v. United States Of America et al |
| 1:23-cv-01714 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-02122 | Muhammad v. CTA et al |
| 1:23-cv-02284 | RASHEED v. CTA et al |
| 1:23-cv-02637 | Harley-Davidson Motor Company, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Durkin

| | |
|---|---|
| 1:20-cv-02753 | LKQ Corporation et al v. General Motors Company et al |
| 1:20-cv-07355 | Pitts v. City of Chicago et al |
| 1:21-cv-03664 | Sasaki v. United Airlines, Inc. |
| 1:21-cv-06594 | Kelley et al v. Courtyard Healthcare Center, LLC, an Illinois Limited Liability Company |
| 1:22-cv-02701 | Gamboa v. Best Market Inc. et al |
| 1:22-cv-02956 | Cruz v. Discover Financial Services Inc. et al |
| 1:22-cv-04770 | Ringelsten v. Spring Brook Marine, Inc. |
| 1:22-cv-06533 | Pitts et al v. Jeffries et al |
| 1:22-cv-07080 | Tobin v. McLeod et al |
| 1:23-cv-00690 | Drake v. Circuit Court Of Cook County |
| 1:23-cv-03312 | Armstead v. Valley View School District |
| 1:23-cv-03378 | TOB LLC v. Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Ellis

| | |
|---|---|
| 1:19-cv-07380 | Henneberg v. Dart et al |
| 1:20-cv-05299 | Green v. Barr |
| 1:21-cv-02357 | WM. Wrigley Jr. Company v. Terphogz, LLC et al |
| 1:22-cv-00068 | Sun-Air of Scandinavia A/S v. Jet Support Services, Inc. |
| 1:22-cv-01757 | Jenkins v. Cherry et al |
| 1:23-cv-03792 | Jenkins v. McDonald et al |
| 1:22-cv-03755 | Clotz v. The Federal Savings Bank |
| 1:22-cv-04912 | Minor v. County of Cook et al |
| 1:23-cv-00378 | Johnson v. Municipality of Cook County, The et al |
| 1:23-cv-00993 | Steele et al v. The City of Chicago et al |
| 1:23-cv-01693 | Salawdeh v. Mayorkas et al |
| 1:23-cv-02244 | Apex Oil Company, Inc. v. BP Products North America, Inc. |

| | |
|---|---|
| 1:23-cv-02806 | Trustees of the Mid-America Carpenters Regional Council Health Fund et al v. Oetee LLC et al |

## Civil Cases Reassigned from Judge Gettleman

| | |
|---|---|
| 1:19-cv-06423 | Flowers v. Illinois Department of Corrections Stateville Northern Reception Center et al |
| 1:21-cv-01302 | Yousif v. State of Illinois |
| 1:21-cv-05162 | City of Chicago v. Door Dash, Inc et al |
| 1:22-cv-02812 | Webb et al v. Allstate Insurance Company |
| 1:22-cv-03099 | Posada v. Ottawa Township High School District 140 |
| 1:22-cv-05570 | Coyote Logistics, LLC v. B-SOUTH, LTD. |
| 1:22-cv-05669 | Hague v. A. O. Smith Corporation |
| 1:23-cv-00095 | New Prime, Inc. dba Prime, Inc. v. Prime Logistics Corp. |
| 1:23-cv-00399 | Fuentes v. JPMorgan Chase Bank, N.A |
| 1:23-cv-02258 | Veal v. Walmart Inc. |
| 1:23-cv-02169 | Truist Bank v. Hamlin Tec, Inc. et al |
| 1:23-cv-02789 | Emperor v. Cresco Labs, LLC. |

## Civil Cases Reassigned from Judge Gottschall

| | |
|---|---|
| 1:22-cv-01284 | Deyerler v. HireVue Inc |
| 1:22-cv-05289 | Hall v. National Railroad Passenger Corporation et al |
| 1:22-cv-06643 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Boye Janitorial Services, Inc. |
| 1:23-cv-00191 | F.O.A.N. Properties, LLC v. Owners Insurance Company |
| 1:23-cv-03302 | Ruth Ann Thompson v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Jenkins

| | |
|---|---|
| 1:23-cv-01329 | Prepared Food Photos, Inc. v. Belly Melly, LLC |
| 1:23-cv-01457 | Norwood v. Wexford Health Service Inc. et al |
| 1:23-cv-01799 | Vasquez v. Toko Electric LLC et al |
| 1:23-cv-01825 | United States of America v. Jones |
| 1:23-cv-01947 | Commodity Futures Trading Commission v. Xie |
| 1:23-cv-02188 | Coronado et al v. Jaddou et al |
| 1:23-cv-02218 | Torres v. Cermak Tires and Auto Service, Inc. et al |
| 1:23-cv-02409 | Miller et al v. MemberSelect Insurance Company |
| 1:23-cv-02508 | Villaron v. Credit Control, LLC |
| 1:23-cv-02570 | Rojas v. Midwest Solutions, Inc |
| 1:23-cv-02737 | Khattab v. Mayorkas et al |
| 1:23-cv-02800 | Mid-America Carpenters Regional Council Pension Fund et al v. TJ Installations and Trucking, Inc. |

## Civil Cases Reassigned from Judge Kendall

| | |
|---|---|
| 1:20-cv-03910 | Rich v. Gee et al |
| 1:21-cv-04051 | GFRB, LLC v. Worthy Promotional Products, LLC |
| 1:21-cv-04338 | Smith v. Chicago Public Schools |
| 1:22-cv-00906 | Bryant v. All Ways Auto Transport LLC |
| 1:22-cv-02689 | Lord v. Smith |
| 1:22-cv-04106 | Watson v. The Village of Lynwood et al |
| 1:22-cv-04119 | Koester v. Pelican Holding Investment, LLC |
| 1:22-cv-05743 | Bigfoot 4X4, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-06719 | Walton v. Winkler et al |
| 1:23-cv-00309 | Wolinski v. Newsweek Media Group LTD |
| 1:23-cv-01236 | Enochs v. Hain et al |
| 1:23-cv-01780 | Bigfoot 4x4, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

## Civil Cases Reassigned from Judge Kennelly

| | |
|---|---|
| 1:21-cv-00694 | Marshall v. City of Chicago |
| 1:21-cv-05963 | Bernal et al v. Snow & Ice Management Services, Inc. et al |
| 1:22-cv-01804 | Hernandez v. Dart et al |
| 1:22-cv-03542 | Harris et al v. Unity Parenting Agency |
| 1:22-cv-04535 | Kelly v. City Of Chicago et al |
| 1:22-cv-05442 | Hunt v. Ayalytical Instruments, Inc. |
| 1:22-cv-06373 | MAPS Property Management, LLC v. Chicago South Holdings, Inc. et al |
| 1:22-cv-06991 | Evans v. American Freight Solutions Inc. |
| 1:23-cv-01595 | Johnson v. Wexford Health Services, Inc. et al |
| 1:23-cv-00847 | Applewhite v. McDuffie |
| 1:23-cv-01779 | Motykie et al v. Motykie, et al |
| 1:23-cv-02863 | Swisher v. Horizon Therapeutics USA, Inc. |

## Civil Cases Reassigned from Judge Kness

| | |
|---|---|
| 1:20-cv-00533 | Generations at Elmwood Park, Inc. et al v. Ezike et al |
| 1:20-cv-03817 | Generations at Rock Island, LLC v. Illinois Department of Public Health et al |
| 1:20-cv-03323 | Central States, Southeast and Southwest Areas Pension Fund et al v. Allied Aviation Fueling Company of St. Louis, LLC |

| | |
|---|---|
| 1:21-cv-02821 | Central States, Southeast and Southwest Areas Pension Fund et al v. Allied Aviation Fueling Company of St. Louis, LLC |
| 1:21-cv-00691 | National Fire & Marine Insurance Company v. Glen Health & Home Management Inc. et al |
| 1:21-cv-02755 | Wolfgram et al v. Miller et al |
| 1:21-cv-04845 | Brown et al v. Hoy et al |
| 1:22-cv-00623 | Hancock v. Ah-Ha Chocolates, Fudge & Ice Cream Corp. et al |
| 1:22-cv-02366 | Currey v. Kendall County Sheriff Dept et al |
| 1:22-cv-03507 | Billups v. Cammack et al |
| 1:22-cv-05283 | Rudolph et al v. National Railroad Passenger Corporation, et al |
| 1:22-cv-06451 | Finegold v. Bank of America, N.A. |
| 1:22-cv-06767 | Spencer v. First Advantage Background Services Corp. et al |
| 1:23-cv-03350 | McLaughlin v. Makwa, LLC et al |

## Civil Cases Reassigned from Judge Kocoras

| | |
|---|---|
| 1:19-cv-00743 | Connectors Realty Group Corporation, The et al v. State Farm Fire & Casualty Company |
| 1:20-cv-03015 | Kincheloe v. University of Chicago et al |
| | 1:20-cv-07280  CASTRO v. The University of Chicago |
| 1:21-cv-02290 | White v. Timken Gears and Services, Inc. |
| 1:21-cv-03978 | York v. Sarabia et al |
| 1:21-cv-06882 | Gilbert v. Apple Inc. |
| 1:22-cv-05614 | Stover v. Professional Placement Service LLC et al |
| 1:22-cv-05787 | Slaughter v. Hartford Life & Accident Insurance Company |
| 1:23-cv-01505 | Miller v. Harbor Freight Tools USA, Inc. |
| 1:23-cv-02032 | APSEC Resolution Trust LLC v. Lee et al |
| 1:23-cv-02635 | Rogers v. USA Homecare Plus, LLC |
| 1:23-cv-02980 | Tobias et al v. Vigilant Insurance Company |
| 1:23-cv-03338 | Retzios v. Epic Systems Corporation |

## Civil Cases Reassigned from Judge Lefkow

| | |
|---|---|
| 1:19-cv-04541 | Suttle v. Calk et al |
| 1:21-cv-02544 | United States of America, et al v. Roseland Community Hospital Association, et al |
| 1:21-cv-02797 | Al-Ali (f/k/a Jessica Figueroa) et al v. USA 1 Wireless Inc. et al |
| 1:22-cv-03572 | Sam Malone Hot Wheel LLC et al v. Asap Trans Corp |
| 1:22-cv-04232 | Iron Workers' Mid-America Pension Plan et al v. Waite Equipment Company, LLC |
| 1:22-cv-06441 | Roberts v. BNSF Railway Co. |

## Civil Cases Reassigned from Judge Leinenweber

| | |
|---|---|
| 1:21-cv-06081 | Henriquez v. Mendez et al |
| 1:21-cv-00556 | Washington v Enterprise Holdings, LLC |
| 1:22-cv-00932 | Phelps v. Illinois Department of Corrections (IDOC) et al |
| 1:22-cv-04901 | Bustamante et al v. Khalil et al |
| 1:22-cv-06850 | Younan v. Dejoy |
| 1:23-cv-02784 | Boone v. Discover Financial Services |

## Civil Cases Reassigned from Judge Maldonado

| | |
|---|---|
| 1:22-cv-05926 | Trebco Specialty Products Inc v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint |
| 1:22-cv-06613 | Guerrero v. DYWIDAG Systems International, USA, Inc. et al |
| 1:22-cv-07314 | McDonald v. Dejoy |
| 1:23-cv-00911 | The NOCO Company v. Shenzhen CARKU Technology Co., Ltd. |
| 1:23-cv-01234 | Morales v. Chicago Police of Ogden and Spaulding, The et al |
| 1:23-cv-01605 | Green et al v. Datanyze, LLC |
| 1:23-cv-01737 | Hernandez et al v. Guevara et al |
| 1:23-cv-01878 | Rodriguez v. United States Of America(FTCA) |
| 1:23-cv-02206 | Gonzalez v. Lineage Logistics Holdings, LLC, d/b/a Lineage Logistics |
| 1:23-cv-02446 | Strike 3 Holdings, LLC v. Doe, subscriber assigned IP address 207.237.221.220 |
| 1:23-cv-02765 | Conidi v. Beauty Industry Group Opco, LLC et al |
| 1:23-cv-02579 | STORE Master Funding XVII, LLC v. Siddiqui et al |

## Civil Cases Reassigned from Judge Pacold

| | |
|---|---|
| 1:19-cv-01614 | Lazarou et al v. American Board of Psychiatry and Neurology |
| 1:20-cv-00670 | Mendoza v. Dart et al |
| 1:21-cv-03727 | Mendoza v. Dart et al |
| 1:20-cv-06720 | Houston et al v. City Of Chicago et al |
| 1:21-cv-03227 | Westfield Insurance Company v. UCAL Systems, Inc. d/b/a Amtec Precision Products et al |
| 1:21-cv-06890 | Linet Americas, Inc. v. Hill-Rom Holdings, Inc. et al |
| 1:22-cv-03525 | Brown v. Department of Human Services |
| 1:22-cv-03973 | Rios v. Guevara et al |
| 1:22-cv-05187 | OUYEINC LTD. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-06311 | Asante-Appiah v. Panduit Corp. |

| 1:22-cv-07177 | Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Mom & 3 Sons Trucking, LLC, an Illinois limited liability corporation |
|---|---|
| 1:23-cv-00680 | Elder v. Wynn |
| 1:23-cv-03300 | Penske Truck Leasing Co., L.P. v. Towz R Us Inc. |

## Civil Cases Reassigned from Chief Judge Pallmeyer

| 1:21-cv-01402 | Crumpton v. Haemonetics Corporation |
|---|---|
| 1:22-cv-03769 | Feldco Factory Direct, LLC v. Valley Wide Exteriors, LLC et al |
| 1:22-cv-06227 | Fox v. J.M. Williams Construction Company, Inc., et al |
| 1:23-cv-00350 | Campos v. Ruth Lake Country Club |
| 1:23-cv-01478 | Chavez-Ramirez v. First Help Financial, LLC et al |
| 1:23-cv-03313 | FCA US LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Rowland

| 1:18-cv-06670 | Safety Socket LLC v. Relli Technology, Inc. |
|---|---|
| 1:21-cv-03499 | White v. Clark |
| 1:21-cv-06216 | Bredemeier v. McDonough |
| 1:22-cv-01893 | Carter v. Cook County et al |
| 1:22-cv-03759 | Pennington v. P.O. Harris et al |
| 1:22-cv-05493 | Kidd v. U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust |
| 1:22-cv-06476 | Kane et al v. Loyola University Of Chicago |
| 1:22-cv-07326 | Jackson v. Dart et al |
| 1:23-cv-01971 | Jackson v. Truitt |
| 1:23-cv-00598 | Argueta Caal et al v. United States of America |
| 1:23-cv-01108 | Wittmeyer v. Heartland Alliance for Human Needs & Human Rights et al |
| 1:23-cv-01334 | Morales v. Cook County Department of Correction et al |
| 1:23-cv-01450 | Paz v. Kijakazi |

## Civil Cases Reassigned from Judge Seeger

| 1:21-cv-02247 | Castleberry v. Wilks |
|---|---|
| 1:21-cv-04852 | Ostojich et al v. Specialized Loan Servicing LLC |
| 1:22-cv-02512 | Oliva v. Menard, Inc. |
| 1:22-cv-03815 | With-U E-Commerce (Shanghai) Co., Ltd. v. The Partnerships and Unincorporated Associations identified in Schedule A |
| 1:22-cv-04956 | Freehan et al v. Berg et al |

| 1:23-cv-00630 | Central States, Southeast and Southwest Areas Pension Fund et al v. Mike-Sell's Potato Chip Co. |
|---|---|
| 1:23-cv-00637 | Garcia del Castillo v. Mi-Hacienda, Inc. et al |
| 1:23-cv-01367 | World Tech Toys, Inc. et al v. DGL Group LTD |
| 1:23-cv-01179 | Norman v. Jacob et al |
| 1:23-cv-01762 | Kroll v. Liberty Mutual Personal Insurance Company |
| 1:23-cv-02186 | Lang v. Napleton Auto Werks of Indiana, Inc. |
| 1:23-cv-02549 | Garduno v. Capable Controls, Inc. |

## Civil Cases Reassigned from Judge Shah

| 1:17-cv-01014 | Lavin v. Reed et al |
|---|---|
| 1:21-cv-02211 | Gutierrez v. City of Aurora et al |
| 1:21-cv-06607 | Shenzhen Dejiayun Network Technology Co., Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-01072 | Guzman v. Clarendale of Algonquin, Life Care Services Community Employment |
| 1:22-cv-02570 | Wynter v. Tailored Foam, Inc. |
| 1:22-cv-04014 | Norton v. Walmart Inc. |
| 1:22-cv-05026 | Roofers' Pension Fund et al v. Amber Leaf Construction Co. Inc. et al |
| 1:22-cv-06123 | Badger Mutual Insurance Company v. Stone Park Entertainment, Inc. et al |
| 1:22-cv-07013 | Schoeps et al v. Sompo Holdings, Inc. et al |
| 1:23-cv-00431 | Price v. WEC Peoples Gas |
| 1:23-cv-01739 | Davila v. Guevara et al |
| 1:23-cv-02072 | Callahan v. The Procter & Gamble Company |

## Civil Cases Reassigned from Judge Tharp

| 1:19-cv-06477 | Pinkston v. The Board of Education of the City of Chicago et al |
|---|---|
| 1:20-cv-06750 | Cabrera v. Advance Pallet Inc. |
| 1:21-cv-03750 | City of Chicago v. Nelson |
| 1:22-cv-01582 | RFA Investors, L.P. v. Jamison |
| 1:22-cv-03206 | Williams v. C.R. Bard, Inc. |
| 1:22-cv-04755 | Horton v. Oak Street Health Clinic MSO, LLC |
| 1:22-cv-05929 | Godinez v. All American Recycling Inc. et al |
| 1:23-cv-00140 | Sampson, Jr et al v. Jones et al |
| 1:23-cv-00874 | Burgess v. UChicago Medicine |
| 1:23-cv-01558 | Kiser v. National Credit Adjusters, LLC |
| 1:23-cv-02025 | Henderson v. City of Chicago, Department of Aviation et al |
| 1:23-cv-02336 | CBRE, Inc., as agent for CR-Chicago 125 South Clark Street LLC v. 125 S Clark Street Tenant LLC |

**Civil Cases Reassigned from Judge Valderrama**

| | |
|---|---|
| 1:20-cv-01682 | DeJesus v. Wexford Health Sources, Inc. et al |
| 1:20-cv-06081 | Chicago Regional Council of Carpenters et al v. J.N.S. Construction Corp. II et al |
| 1:21-cv-02420 | Mong v. McKenzie et al |
| 1:21-cv-04648 | Johnson v. Chojnowski |
| 1:21-cv-06777 | Corona v. City of Chicago, Department of Animal Care and Control |
| 1:22-cv-02660 | Miller v. City Of Chicago et al |
| 1:22-cv-03975 | Cruz v. City of Chicago et al |
| | |
| 1:22-cv-04620 | AltaThera Pharmaceuticals LLC v. Hyloris Pharmaceuticals SA et al |
| 1:22-cv-05471 | Alexander v. MLCL Group, LLC et al |
| 1:22-cv-06657 | Stumpf et al v. The Cincinnati Insurance Company |
| 1:22-cv-07367 | Ardagh Metal Packaging USA Corp. v. American Craft Brewery, LLC |
| 1:23-cv-00279 | Williams et al v. Sam's West, Inc. |

**Civil Cases Reassigned from Judge Wood**

| | |
|---|---|
| 1:18-cv-07055 | Venson v. Russell et al |
| 1:21-cv-05108 | Venson v. Pork et al |
| 1:19-cv-05416 | Commodity Futures Trading Commission v. Yukom Communications Ltd. et al |
| 1:20-cv-02917 | Farris v. City of Chicago et al |
| 1:21-cv-02318 | Houston v. Krewer et al |
| 1:21-cv-04606 | Grissette v. City Of Aurora et al |
| 1:22-cv-00615 | Parker v. Parker |
| 1:22-cv-03095 | Americana Worldwide Corporation v. Protrade Logistics Corporation et al |
| 1:22-cv-04670 | Boyd v. City Of Chicago et al |
| 1:22-cv-05843 | Lewis v. University Of Chicago |
| 1:22-cv-06771 | Dahleh v. Minnesota Life Insurance Company |
| 1:23-cv-00640 | Pitts v. City Of Chicago et al |
| 1:23-cv-02529 | Saldana et al v. Abdulle et al |