**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Donald Henneberg

        Plaintiff,

v.                Case No.: 1:19−cv−07380
                  Honorable Jeremy C. Daniel

Tom Dart, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

  MINUTE entry before the Honorable Jeremy C. Daniel: This case has been assigned to the calendar of the Honorable Jeremy C. Daniel. The parties are ordered to file a Initial Joint Status Report for Reassigned Case by 8/9/23. A template for the report can be found on Judge Daniel's webpage on the Court's website. In−person status hearing set for 8/16/2023 at 9:00 a.m. in Courtroom 1419. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.