THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | Honorable Jeremy C. Daniel |
| JOHN DOE CORRECTIONAL OFFICER | ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION (1) TO EXTEND JULY 31, 2023 DEADLINE FOR DISCLOSURE OF INCIDENT REPORTS, AND (2) FOR TWO-WEEK POSTPONEMENT OF STATUS HEARING (TO AUGUST 30, 2023)**

Plaintiff Donald Henneberg ("Plaintiff" or "Mr. Henneberg") and Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Jorge Arias and Cook County, Illinois ("Defendants"), jointly move (1) to extend the current deadline (July 31, 2023) for Defendants' disclosure of "incident reports" – with the understanding that this deadline will be part of the parties' adjusted discovery schedule that will be part the Joint Status Report that the Court has ordered the parties to file by August 9, 2023; and (2) for a two-week postponement – to August 30, 2023 at 9:00 am CT – of the status conference currently scheduled for August 16, 2023. In support of this joint motion, the parties state as follows:

1. This case involves claims arising under 42 U.S.C. § 1983 pertaining to Mr. Henneberg's conditions of confinement in Cook County Jail, relating to the Defendants' alleged failure to adequately protect Mr. Henneberg from assault by other inmates and relating to the denial of adequate medical care. By order dated August 31, 2021 (Dkt. 54), the Court denied Defendants' Motion to Dismiss (Dkt. 40), and the parties are engaged in discovery. For the past six months, the parties and their counsel have devoted substantial attention – and constructive

and cooperative mutual consultation with one another – regarding complex details regarding the Cook County Jail's "incident report" database.

2. By order dated June 27, 2023 (Dkt. 137), this case was reassigned to the Honorable Jeremy C. Daniel; and by order dated July 11, 2023 (Dkt. 138), the parties were ordered to file an Initial Joint Status Report by August 9, 2023; and the Court scheduled an in-person status hearing for August 16, 2023 at 9:00 a.m. CT.

3. At present, the Court's order dated May 10, 2023 (Dkt. 133) provides that Defendants must produce certain "incident reports" to Plaintiff by July 31, 2023. However, the parties cooperative efforts to address complications pertaining to the structure and content of the Cook County Jail's "incident report" database have prevented Defendants from completing the e-discovery searches necessary to permit the production of "incident reports" by July 31, 2023. Consequently, the parties jointly request a postponement of the July 31, 2023 deadline, with the understanding that this deadline will be part of the parties' adjusted discovery schedule that will be part the Joint Status Report that the Court has ordered the parties to file by August 9, 2023.

4. Also, Plaintiff's counsel Philip Miscimarra – who is Plaintiff's pro bono counsel pursuant to this Court's order dated January 14, 2020 (Dkt. 5) – has preexisting business and personal commitments during the week of August 14-18, 2023 which prevent Plaintiff's counsel from participating in the scheduled August 16, 2023 status hearing. After consultation between Plaintiff's and Defendants' counsel, the parties jointly move for a two-week postponement of the status hearing to August 30, 2023 at 9:00 am CT (or such other date as the Court may deem appropriate after August 30, 2023).

WHEREFORE, based on the above considerations, Plaintiff Donald Henneberg and Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Jorge Arias and Cook County, Illinois jointly move (1) to extend the current deadline (July 31, 2023) for Defendants' disclosure of

"incident reports" with the understanding that this deadline will be part of the parties' adjusted discovery schedule that will be part the Joint Status Report that the Court has ordered the parties to file by August 9, 2023; and (2) for a two-week postponement to August 30, 2023 at 9:00 am CT of the status hearing currently scheduled for August 16, 2023 at 9:00 am CT.

By: */s/ Philip A. Miscimarra*
PHILIP A. MISCIMARRA
MARIA E. DOUKAS
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr., Suite 500
Chicago, IL 60601-5094
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com

*Attorneys for Plaintiff*

DATED: July 24, 2023

By: */s/ Jason E. DeVore*
JASON E. DEVORE (#6242782)
TROY S. RADUNSKY (#6269281)
DEVORE RADUNSKY LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
(312) 300-4479
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on July 24, 2023 upon all counsel of record.

/s/ Philip A. Miscimarra
Philip A. Miscimarra