## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | Honorable Jeremy C. Daniel |
| JOHN DOE CORRECTIONAL OFFICER | ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et | ) | |
| al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, July 27, 2023** at **9:00 a.m.**, we shall appear before Honorable Jeremy C. Daniel or before any judge sitting in his stead, in Courtroom 1419, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **the Joint Motion (1) to Extend July 31, 2023 Deadline for Disclosure of Incident Reports, and (2) for Two Week Postponement of Status Hearing (to August 30, 2023)**, a copy of which is hereby served upon you.

Dated: July 24, 2023

Respectfully submitted,

By: */s/ Philip A. Miscimarra*

Philip A. Miscimarra
Maria E. Doukas
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on July 24, 2023 upon all counsel of record.

                                                            */s/ Philip Miscimarra*
                                                            Philip Miscimarra