# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg
                              Plaintiff,

v.                                           Case No.: 1:19–cv–07380
                                                         Honorable Jeremy C. Daniel

Tom Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. Fact discovery is ordered closed by 1/31/2024; Expert discovery ordered closed by 3/29/2024; Dispositive motions due by 5/10/2024; Responses due by 6/14/2024; Replies due by 6/28/2024. Status hearing set for 1/31/2024 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.