UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:19-cv-07380 |
| | ) | |
| v. | ) | |
| | ) | |
| TOM DART, et al. | ) | Honorable Jeremy C. Daniel |
| Defendants. | ) | |

**JOINT REQUEST FOR ADJUSTED DISCOVERY, PRETRIAL AND TRIAL SCHEDULE**

Plaintiff Donald Henneberg and Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Correctional Officer Jorge Arias, and Cook County, Illinois, by and through their respective attorneys, hereby submit a Joint Request for Adjusted Discovery, Pretrial and Trial Schedule and state the following:

**I. Discovery and Pending Motions**

    **A. Pending Motions:** None.

    **B. Current Discovery Schedule:** At present, consistent with the Court's orders dated January 26, 2023 (ECF 104), April 3, 2023 (ECF 126), July 25, 2023 (ECF 141 and 142), and August 30, 2023 (ECF 144) fact discovery is scheduled to close January 31, 2024.

**II.**     **Jointly Requested Adjusted Discovery, Pretrial and Trial Schedule**. As indicated above (in Part I-C), discovery since April 2023 – following the Court's denial of Defendants' Motion to Bifurcate – has focused on the parties' cooperative efforts to address complex e-discovery issues associated with the Cook County Jail database regarding "incident reports." These incident reports describe instances where Plaintiff and other inmates were subject to assaults involving or arising from the use of telephones in Cook County Jail.

Consistent with the parties' progress to date, the parties jointly request the following adjusted schedule for fact discovery, expert discovery, summary judgment briefing and other pretrial motions, and trial:

1. Defendants' Production of "pdf" Incident Reports and "Inmate Grievance" documents and Responses to Non-Expert Discovery Requests: January 8, 2023.

2. Deadline (If Needed) for Parties to Submit Motion(s) re Discovery Disputes re Above Actions: January 12, 2024.

3. Both sides to serve Non-Expert Notices of Deposition (for depositions to occur February 8-31, 2024): January 15, 2024.

4. All Parties to Identify Experts (If Any) and Produce Expert Reports: March 19, 2024.

5. Non-Expert Depositions and All Other Non-Expert Discovery to be Completed: March 31, 2024.

6. Expert Written Discovery and Expert Depositions to be Completed: April 29, 2024.

7. Deadline (If Needed) for Parties to Submit Motion(s) re Discovery Disputes re Above Actions: May 15, 2024.

8. Close of All Expert and Non-Expert Discovery: May 29, 2024.

9. Parties' Summary Judgment Motions and Supporting Briefs to be Filed (Concurrently): July 10, 2024.

10. Parties' Oppositions to Summary Judgment to be Filed (Concurrently): August 14, 2024.

11. Parties' Reply Briefs Supporting Summary Judgment to be Filed (Concurrently): August 28, 2024.

12. Parties' Pretrial Statements and Pretrial Motions to be Filed (if Summary Judgment Denied): October 15, 2024.

13. Pretrial Conference to be Held: October 29, 2024.

14. Trial (estimated as 10 to 15 trial days before a jury): November 23, 2024.

A. **Discovery Conducted To Date:** The parties have engaged in written discovery, including initial and supplemental requests for production, interrogatories. As indicated above, the parties have engaged in cooperative efforts to address complex e-discovery issues associated with the Cook County Jail database regarding "incident reports" (relating, for example, to instances where Plaintiff and other inmates were subject to assaults involving or arising from the use of telephones in Cook County Jail).

B. **Substantive Rulings To Date:** By opinion and order dated August 31, 2021 (ECF 54), the Court denied Defendants' Motion to Dismiss. By opinion and order dated April 3, 2023 (ECF 125), the Court denied Defendants' Motion to Bifurcate.

C. **Anticipated Motions:** At present, Plaintiffs intend to file a Motion to Compel Discovery related to non-expert discovery responses and production requests on or before January 12,

2

2024. The deadline is reflected in the pretrial schedule above. The defendants also intend to a file a Motion for Protective Order before January 12, 2024, requesting that the scope of discovery be limited. Further, the parties' requested discovery and pretrial schedule includes additional proposed deadlines for future potential filing of discovery and pretrial motions, to the extent other relevant issues would benefit from resolution by the Court. Both sides reserve the right to file such other motions as circumstances may make appropriate.

Respectfully submitted,

By: */s/ Maria E. Doukas*
PHILIP A. MISCIMARRA
MARIA E. DOUKAS
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
*Attorneys for Plaintiff*

DATED: December 15, 2023

By: */s/ Jason DeVore*
JASON E. DEVORE ARDC No. 6242782
TROY S. RADUNSKY ARDC No. 6269281
DEVORE RADUNSKY LLC
27 N. Wacker., Suite 431
Chicago, IL 60606
Phone: (312) 300-4484
Fax: (312) 674-7423
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
kmusick@devoreradunsky.com
*Attorneys for Defendants*