# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-07380 |
| ) | |
| v. ) | |
| ) | |
| TOM DART, SUSAN SHEBEL, R.N., ) | |
| JOHN DOE MEDICAL DEFENDANTS, ) | Honorable Jeremy C. Daniel |
| JOHN DOE CORRECTIONAL OFFICER ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, December 20, 2023 at 9:30 a.m.**, we shall appear before Honorable Jeremy C. Daniel or before any judge sitting in his stead, in Courtroom 1419, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the **Parties' Joint Request to Extend Discovery**, a copy of which is hereby served upon you.

Dated: December 14, 2023

Respectfully submitted,

By: */s/ Maria E. Doukas*

Philip A. Miscimarra
Maria E. Doukas
Liza Fleming (*pro hac vice*)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com
liza.fleming@morganlewis.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on December 14, 2023 upon all counsel of record.

*/s/ Maria E. Doukas*
Maria E. Doukas