# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg

                        Plaintiff,

v.                                          Case No.: 1:19–cv–07380

                                                    Honorable Jeremy C. Daniel

Tom Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 15, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion to modify the pretrial schedule [146] is granted in part and denied in part. The Court grants the motion through the dispositive motion schedule. The Court denies the motion with respect to the pretrial conference and trial dates. The parties shall submit a proposed order to proposed_order_daniel@ilnd.uscourts.gov by December 18, 2023. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.