# Andrew Kim

| | |
|---|---|
| **From:** | Miscimarra, Philip A. <philip.miscimarra@morganlewis.com> |
| **Sent:** | Wednesday, August 30, 2023 1:25 AM |
| **To:** | Jason DeVore; Zachary Stillman |
| **Cc:** | Troy Radunsky; Doukas, Maria E.; Doi, Elsa |
| **Subject:** | Follow-Up and Confirmation re Finalizing Incident Report Word Searches |

Dear Jason and Zach:

Consistent with our prior exchanges and conversations, and our videoconference yesterday (Tuesday, August 29, 2023), this will confirm our agreement regarding the following two matters. After you have the opportunity to review this email, please send a reply-to-all email confirming your agreement on behalf of Defendants.

**1. Mutual Agreement on Incident Report Word Searches**. We mutually agree that the two-section word searches described in your August 29, 2023 email (copied below) appear to be appropriate to identify Cook County Jail incident reports that would involve inmate-on-inmate fights, assaults and comparable altercations that in some sense involve or arise from the use of the phone or telephone. In this regard, we note the following points:

- Defendants formulated the word searches, based on their understanding of the Cook County Jail incident report database, in order to identify incident reports that fall within the verbal description described in my email dated August 25, 2023 (4:30 pm ET) which stated the following: "Plaintiff requests summaries (like the Excel spreadsheets previously produced) that provide the text and other data in all database fields for all 1/1/2015 to 12/31/2019 Incident Reports that reflect or relate to any inmate altercation (e.g., a fight, fights, fought, fighting, battery, batteries, batter, assault, assaults, assaulted, assaulting, attack, attacks, attacked, attacking, punch, punches, punched, punching, strike or struck, striking, hit, hitting, threat or threaten, threatening, threats, injure or injury, injuries, injuring, or kill, kills, killing, killed, altercation, altercations, confront, confronted, confrontation, beat, beating) that involves or arises over the use of a phone or telephone."

- Please confirm that, in the word searches, the phrase "includes word like phone" would mean the search would flag text that include all variations of the word "phone" (e.g., phone, phones, phoning, etc.) including variations of the word "telephone" (e.g., telephone, telephones, telephoning, etc.).

- As one point of clarification, during our August 29, 2023 discussion, I asked whether the two different word search "sections" – which are described as "Section 1" and Section 2" – would be run independently of each other, and it appeared that the answer was "yes." I mentioned the example of a Venn diagram (consisting of two circles that partially overlap), and we appeared to agree, after the word searches were run, Defendants would produce (i) all incident reports that were identified <u>only</u> by the "Section 1" search, and (ii) all incident reports that were identified <u>only</u> by the "Section 2" search, although the two groups of incident reports would partially overlap (meaning that many of the same incident reports would be flagged by both searches). <u>After further reflection, I think that the two word search "sections" are intended to be run in sequence, with Defendants only producing incident reports which, first, are flagged during the "Section 1" search, and those incident reports would be narrowed further by the "Section 2" search</u>. Therefore, Defendants would only produce incident reports that satisfied at least one of the conditions set forth in the "Section 1" search <u>and</u> that satisfied one of the conditions set forth in the "Section 2" search. (In reaching this conclusion, I would note that the "Section 1" search does not contain <u>any</u> requirement that the flagged incident reports contain the word "phone" or "telephone," and this appears to be one of the main reasons for running the "Section 2" search.) Please confirm whether the underlined text contained in this paragraph is correct. NOTE: I am not suggesting that we disagree about this point, but we should confirm that we have the same understanding.

- We agree to move forward with the agreed upon word searches at least with respect to the 2015-2019 time period. However, both sides reserve their respective positions regarding whether it will be appropriate for Defendants to produce incident reports and related information for the earlier 2010-2014 period. At this point, it is not clear that the parties will disagree regarding this issue, but in the event we do not agree, this may be among the issues that the parties may raise, if necessary, for resolution by the Court.

2. **Resolution of Future Issues (If Those Issues Arise)**. As discussed last week and in our videoconference yesterday, we agreed that – although both sides have been working together constructively to avoid the risk of having relevant incident reports that end up not being identified by the agreed upon word searches – if it becomes evident in the future that other relevant incident reports are not flagged by the agreed upon word searches, the parties will work together in good faith to address and resolve this issue in a reasonable manner. However, we mutually agree that the Defendants should move forward, for the time being, with the agreed upon word searches as described above.

After reviewing the above matters, please send a reply-to-all email indicating that Defendants are in agreement with the above points. If there is any disagreement regarding any of the above points, please let us know right away so we can resolve any such issues.

All the best,

Phil

**Philip A. Miscimarra**
**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com



---

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, August 29, 2023 4:54 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Doi, Elsa <elsa.doi@morganlewis.com>
**Subject:** RE: Henneberg Discussion Friday at 10:30 am CT (11:30 am ET) - Finalizing Incident Report Word Searches

[EXTERNAL EMAIL]
Good afternoon Phil,

We provide the information set forth below in relation to our 4:30p call today. The updated search information incorporates the additional search information that you have requested.

The most updated search methodology does the following in addition to the prior searches:

1. add "fought"
2. add "beat"
3. remove e from strike to make "strik"
4. remove ation from confrontation, so it reads "confront"

**UPDATED SEARCH CRITERIA**

--Start Section 1

    (Incident Category IN (Inmate Fight ,Battery to Inmate, Death, Disciplinary, Disturbance/Riot, EM-Participant Shot/Stabbed, Critically Injured, Protective Custody Refusal, Protective Custody Request, USE of Force, Detainee Death, Offensive Contact by An Inmate, Response to Resistance, or Weapons Recovery)

    OR Incident Type IN (Inmate Fight ,Battery to Inmate, Death, Disciplinary, Disturbance/Riot, EM-Participant Shot/Stabbed, Critically Injured, Protective Custody Refusal, Protective Custody Request, USE of Force, Detainee Death, Offensive Contact by An Inmate, Response to Resistance, or Weapons Recovery)

    OR BI Data Collection Inmate Fight = Yes
        )
--End section 1

The above section is separated by an OR. This means each of them will be pulled if any part of the statement is true.
- **Incident Category** (drop downs) and by putting them into an IN clause any and/or all of them will automatically be pulled.
- **Incident type** (drop downs) and by putting them into an IN clause any and/or all of them will automatically be pulled.
- BI Data Collection section **Inmate Fight** (Yes or No selection) which is a required field as of January 2019 and will be pulled if Yes

--Start Section 2

    AND
    ( (Officer Narrative includes word like phone
        AND (Officer Narrative includes word like strik OR
            Officer Narrative includes word like struck OR
            Officer Narrative includes word like attack OR
            Officer Narrative includes word like assault OR
            Officer Narrative includes word like batter OR
            Officer Narrative includes word like altercation OR
            Officer Narrative includes word like confront OR

            Officer Narrative includes word like fight OR
            Officer Narrative includes word like fought OR
            Officer Narrative includes word like beat OR

                Officer Narrative includes word like punch OR
                Officer Narrative includes word like hit or
                Officer Narrative includes word LIKE threat or
                Officer Narrative includes word like injur or
                Officer Narrative includes word like kill) )

    OR

        (Supervisor Narrative includes word like phone
        AND (Supervisor Narrative includes word like strik OR
                Supervisor Narrative includes word like struck OR
                Supervisor Narrative includes word like attack OR
                Supervisor Narrative includes word like assault OR
                Supervisor Narrative includes word like batter OR
                Supervisor Narrative includes word like altercation OR
                Supervisor Narrative includes word like confront OR

                Supervisor Narrative includes word like fight OR
                Supervisor Narrative includes word like fought OR
                Supervisor Narrative includes word like beat OR
                Supervisor Narrative includes word like punch OR
                Supervisor Narrative includes word like hit or
                Supervisor Narrative includes word LIKE threat or
                Supervisor Narrative includes word like injur or
                Supervisor Narrative includes word like kill) )

    OR

        (Incident Description includes word like phone
        AND (Incident Description includes word like strik OR
                Incident Description includes word like struck OR
                Incident Description includes word like attack OR
                Incident Description includes word like assault OR
                Incident Description includes word like batter OR
                Incident Description includes word like altercation OR
                Incident Description includes word like confront OR

                Incident Description includes word like fight OR
                Incident Description includes word like fought OR
                Incident Description includes word like beat OR
                Incident Description includes word like punch OR
                Incident Description includes word like hit or
                Incident Description includes word LIKE threat or
                Incident Description includes word like injur or
                Incident Description includes word like kill) )
                )

--End section 2

The above section then combines the results with section 1 because of the <u>AND</u> with each part of this section is separated by an <u>OR</u>. This means each of them will be pulled if any part of the statement is true.
- Each section (**Officer Narrative, Supervisor Narrative, and Incident Description**) are all free form text fields which can have human error/misspellings.
- first looks for the word phone in each of the 3 sections in no particular order.   If not found there is no match so it stops.  If found it will then look for the "like" statement.

The "like" terms are shortened because it will find the shortened word (same sequence of letters with every possible version) which will capture more results. Example batter will capture anything ie.. battery, battered, batterie, batterer, and so on

\*       \*       \*

We believe that this should address any issues and provides a helpful tool for our upcoming meeting today. We look forward to meeting with you.

Jason



Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Tuesday, August 29, 2023 10:29 AM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Doi, Elsa <elsa.doi@morganlewis.com>
**Subject:** Re: Henneberg Discussion Friday at 10:30 am CT (11:30 am ET) - Finalizing Incident Report Word Searches

Zach, I will be on a flight from 2 pm to 4:15 pm CT. I could participate in a conference at 4:30 pm CT. Would that work?

All the best,

Phil



**Philip A. Miscimarra**

**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW, Washington, DC 20004

Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001

Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606

Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

Assistant: Karen D. Jackson | +1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Tuesday, August 29, 2023 11:15:18 AM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Doi, Elsa <elsa.doi@morganlewis.com>
**Subject:** Re: Henneberg Discussion Friday at 10:30 am CT (11:30 am ET) - Finalizing Incident Report Word Searches

[EXTERNAL EMAIL]
Phil,

Apologies for the short notice, but an issue has arisen with the 11 am CST meeting time for us. Are you available at 2 CST or later today?

Please let us know.

Thank you,
Zachary

**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4479 • Office: (312) 300-4485
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Thursday, August 24, 2023 10:21 AM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Doi, Elsa

<elsa.doi@morganlewis.com>
**Subject:** Henneberg Discussion Friday at 10:30 am CT (11:30 am ET) - Finalizing Incident Report Word Searches

Jason and Troy:

I can speak on Friday at 10:30 am CT (11:30 am ET), although I have a conflict at 11 am CT (noon ET). I will send a calendar invite, and we can also schedule some additional time, if needed, later in the day on Friday.

I am hoping that Maria and Elsa are also available. If not, one of my other colleagues who are entering appearances in the Henneberg case may be available, and this will provide the opportunity to make quick introductions. Again, I hope that everything else remains well.

All the best,

Phil

**Philip A. Miscimarra**
**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com



---

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Thursday, August 24, 2023 9:26 AM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Doi, Elsa <elsa.doi@morganlewis.com>
**Subject:** Re: Henneberg - Finalizing Incident Report Word Searchess47

[EXTERNAL EMAIL]
Good morning Phil,

Thanks for your email. Would you be available for a meeting with Zach and me tomorrow morning at 10:30 or 10:45a?

Please let us know. We look forward to speaking with you.

Thanks,
Jason

Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Wednesday, August 23, 2023 7:32:04 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Doi, Elsa <elsa.doi@morganlewis.com>
**Subject:** Henneberg - Finalizing Incident Report Word Searches

Dear Jason and Troy:

This is a constructive follow-up regarding the need for both sides to complete the process of reaching agreement and finalizing the Incident Report Word Searches. As you know, our "Initial Joint Status Report For Reassigned Case, And Joint Request For Adjusted Discovery, Pretrial And Trial Schedule" (filed on August 8, 2023) reset most discovery and related deadlines for dates that are subsequent to next week's Status Hearing scheduled for August 30, 2023 at 9:30 am CT. However, the date for finalizing the Incident Report Word Searches set forth in the Initial Joint Status Report is August 23, 2023, which is today.

To address this issue, we think it would be reasonable for the parties to engage in further consultation tomorrow and Friday, August 24-25, 2023 with a view towards finalizing the Incident Report Word Searches – consistent with our prior exchanges – on or before Monday, August 28, 2023. This would permit us to complete this before Wednesday, August 30, which would also provide sufficient time for Defendants to run the Incident Report Word Search and produce Excel summaries to Plaintiff by September 22, 2023.

Please indicate whether Defendants agree to proceed in this manner, and let us know what availability you have to discuss this tomorrow or Friday, August 24-25, 2023. I hope that everything else remains well with you both.

All the best,

Phil

**Philip A. Miscimarra**
**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com
110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com

Morgan Lewis 150 YEARS

150 YEARS OF RAISING THE BAR

Learn More