UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM DART, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Case No.: 1:19-cv-07380 <br><br> Honorable Jeremy C. Daniel |

## ORDER GRANTING JOINT REQUEST FOR ADJUSTED DISCOVERY SCHEDULE

IT IS HEREBY ORDERED that the parties' motion to modify the discovery schedule (Dkt. 146) is granted through the dispositive motion schedule with the exception that the deadline of January 8, 2024 (incorrectly referenced as January 8, 2023) for "Defendants' Production of 'pdf' Incident Reports and 'Inmate Grievance' documents and Responses to Non-Expert Discovery Requests" provided in Dkt. 146 be stricken given the parties' further discussion and stated intent to file competing discovery motions that impact this deadline. The following deadlines are entered:

1. Deadline (If Needed) for Parties to Submit Motion(s) regarding Discovery Disputes related to "Defendants' Production of 'pdf' Incident Reports and 'Inmate Grievance' documents and the parties' responses to Non-Expert Discovery Requests": January 12, 2024.

2. Both sides to serve Non-Expert Notices of Deposition (for depositions to occur February 8-29, 2024): January 15, 2024.

3. All Parties to Identify Experts (If Any) and Produce Expert Reports: March 19, 2024.

4. Non-Expert Depositions and All Other Non-Expert Discovery to be Completed: March 31, 2024.

5. Expert Written Discovery and Expert Depositions to be Completed: April 29, 2024.

6. Deadline (If Needed) for Parties to Submit Motion(s) regarding Discovery Disputes related to expert written discovery and expert depositions: May 15, 2024.

7. Close of All Expert and Non-Expert Discovery: May 29, 2024.

8. Parties' Summary Judgment Motions and Supporting Briefs to be Filed (Concurrently): July 10, 2024.

9. Parties' Oppositions to Summary Judgment to be Filed (Concurrently): August 14, 2024.

10. Parties' Reply Briefs Supporting Summary Judgment to be Filed (Concurrently): August 28, 2024.

Dated: 12/20/2023

_____

Honorable Jeremy C. Daniel

United States District Court Judge