THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-07380 |
| | ) | |
| v. | ) | |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | Honorable Jeremy C. Daniel |
| JOHN DOE CORRECTIONAL OFFICER | ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION SEEKING CONTINUANCE OF PRESENTMENT DATE

On December 19, 2023, Defendants filed an Opposed Motion for Entry of a Protective Order with a presentment date of January 2, 2024. Dkt. 149-150.

On December 21, 2023, the Court struck the January 2, 2024, presentment date and reset it for January 3, 2024, at 9:30 a.m. Dkt. 152.

The parties had previously agreed upon a set briefing schedule, referenced in Defendants' motion, which they intend to adhere to: Plaintiff's Response due by January 12, 2024, and Defendants' Reply due by February 2, 2024. Dkt. 149, p. 1, fn. 1.

The parties further note that Plaintiff intends to file its own Motion to Compel on or before January 12, 2024, that would include overlapping subject matter with Defendants' Opposed Motion for Entry of a Protective Order.

Due to scheduling conflicts for both parties with the January 3, 2024, date, the parties respectfully request a continuance of the motion hearing date relating to Defendants' Opposed Motion for Entry of a Protective Order until January 16, 2024. Plaintiff will endeavor to set its own motion hearing date for its forthcoming Motion to Compel for the same January 16, 2024, date to avoid burdening the Court with multiple hearing dates.

Dated:                Respectfully submitted,

| | |
|---|---|
| By: */s/ Maria E. Doukas* | By: */s/ Troy S. Radunsky* |
| Philip A. Miscimarra<br>Maria E. Doukas<br>Morgan, Lewis & Bockius LLP<br>110 N. Wacker Drive, Suite 2800<br>Chicago, Illinois 60606-1511<br>Phone: 312.324.1000<br>Fax: 312.324.1001<br>philip.miscimarra@morganlewis.com<br>maria.doukas@morganlewis.com<br><br>*Attorneys for Plaintiff* | Troy S. Radunsky (ARDC # 6269281)<br>DeVore Radunksy LLC<br>230 W. Monroe Suite 230<br>Chicago, IL 60606<br>312-300-4484<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on upon all counsel of record.

*/s/ Maria E. Doukas*
Maria E. Doukas
