# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONALD HENNEBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM DART, SUSAN SHEBEL, R.N., ) <br> JOHN DOE MEDICAL DEFENDANTS, ) <br> CORRECTIONAL OFFICER JORGE ) <br> ARIAS, and COOK COUNTY, ) <br> ILLINOIS, et al., ) <br> ) <br> Defendants. ) | Case No.: 19-cv-07380 <br><br> Honorable Jeremy C. Daniel |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

On **January 3, 2024, at 9:30 am,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, occupying Room 1419, in the United States District Court for the Northern District of Illinois, and we will then and there present the parties' Joint Motion seeking Continuance of the January 3, 2024, Presentment Date.

Respectfully Submitted,

By:    */s/ Jason E. DeVore*
        Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the Foregoing **Notice of Joint Motion to Continue January 3, 2024, Motion Presentment,** was filed on **January 2, 2024**, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Zachary Stillman*
Zachary Stillman