# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg

                    Plaintiff,

v.                                       Case No.: 1:19–cv–07380
                                                         Honorable Jeremy C. Daniel

Tom Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Joint motion seeking continuance of presentment date [154] is granted. Defendants' opposed motion for entry of protective order [149] is entered and briefed as follows: plaintiff's response is due on or before 1/12/2024; defendants' reply is due on or before 2/2/2024. Status hearing set for 1/31/2024 is reset to 2/15/2024 at 9:30 a.m. Motion hearing set for 1/3/2024 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.