# EXHIBIT D

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, et al. | ) | |
| | ) | Honorable Sara L. Ellis |
| Defendants. | ) | |
| | | **JURY TRIAL DEMANDED** |

**DEFENDANT SUSAN SHEBEL ANSWERS TO PLAINTIFF'S SECOND SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS (24-33)**

Defendant, Susan Shebel, by and through his attorneys Jason E. DeVore and Troy S. Radunsky of DeVore Radunsky LLC, and for his answers to Plaintiffs Second Set of Requests for Production of Documents, states as follows.

**DOCUMENT REQUESTS**

24. Plaintiff incorporates herein by reference all requests contained in plaintiff's first set of request for production of documents to defendant Susan Shebel dated September 24, 2021, ("plaintiff's first production requests"), and seeks all documents responsive to said request to the extent all such documents to date have not already been produced..

**RESPONSE: None other than those documents previously produced on 11.24.21 by my counsel.**

25. All Documents requested to be produced, identified or described in response to Plaintiff's Second Set of Interrogatories.

**RESPONSE:   None**

26. All Documents that You relied on in responding to plaintiff's second set of interrogatories served on You.

**RESPONSE:   See Response #24 .**

27. All documents that, between January 1, 2010-December 31, 2019 were sent or provided to,

reviewed by or received by the US Department of Justice (including but not limited to any of its attorneys, staff members, agents or representatives), other public officials and/or private organizations that reflect, relate or pertain to inmate medical care by Cermak or deficient vision or other optometric issues of the Cook County jail..

**RESPONSE: None in my possession. This request is better directed to Cook County.**

28. All documents that, between January 1, 2010-December 31, 2019 were sent or provided to, reviewed by or received by the "Monitors" who evaluated the Cook County Jail's compliance or lack of compliance with commitments imposed by one or more federal district court orders regarding inmate medical care by Cermak or deficient vision or other optometric issues of the Cook County jail..

**RESPONSE: None in my possession. This request is better directed to Cook County.**

29. All documents that, between January 1, 2010-December 31, 2019 were associated with or reflect, relate or pertain to lawsuits, investigations, legal claims, court orders, decrees or judgments that relate to inmate medical care by Cermak and/or Cook County jail, including but not limited to vision and/or other optometric issues..

**RESPONSE: Objection. Overbroad, disproportionate to the needs of the case and unduly burdensome. The request seeks documents from "investigations" over a 10 year period that are "associated with or reflect, relate or pertain… to vision and optometric issues". Subject to and without waiving said objection, None in my possession. This request is better directed to Cook County.**

30. All internal or external memos, emails, letters, reports, studies, communications, literature and other documents which, between January 1, 2010-December 31, 2019, dealt with Cook County jail policies or practices regarding inmate vision care and optometric issues (including but not limited to inmates who needed or requested eyeglasses)

**RESPONSE: Objection. Overbroad, disproportionate to the needs of the case and unduly burdensome. Further, the request seeks documents from "investigations" over a 10 year period that**

2