# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD HENNEBERG,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. DART, et al.<br><br>Defendants | Case Nos. 19-cv-07380<br>19-cv-07382<br>19-cv-07883<br><br>Honorable Sara L Ellis |

**DEFENDANT COOK COUNTY'S RESPONSES TO PLAINTIFF DONALD HENNEBERG'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 21-38)**

NOW COMES Defendant, COOK COUNTY (hereinafter "Defendant"), by and through its attorneys, Jason E. DeVore and Troy S. Radunsky, of DeVore Radunsky LLC, and for its responses to Plaintiff's Second Set of Requests for Production of Documents, states as follows:

**DOCUMENT REQUESTS**

21) Plaintiff incorporates herein by reference all requests contained in Plaintiff's First Set of Requests for Production of Documents to Defendant Cook County, dated September 24, 2021 ("Plaintiff's First Production Requests"), and seeks all documents responsive to said requests to the extent all such documents to date have not already been produced.

**RESPONSE: See Defendant Cook County's Responses to Plaintiff's First Set of Requests for Production of Documents to Defendant Cook County.**

22) All Documents requested to be produced, identified, or described in response to Plaintiff's Second Set of Interrogatories served on You.

**RESPONSE: None.**

Jail's compliance or lack of compliance with commitments imposed on Cook County Jail by one or more federal district court orders regarding the safety and security of inmates, the protection of inmates from harm inflicted by other inmates, and/or preventing or adequately responding to inmate-on- inmate altercations, fights, batteries, assaults, attacks and/or other types of physical aggression or violence between inmates (collectively "Inmate Violence"). To the extent that any such Documents reflect, relate or pertain to potential Inmate Violence involving or arising from the use or control of phones or telephones by one or more inmates, please separately produce such Documents.

**RESPONSE: No responsive documents are in the possession of Defendant Cook County.**

30) All Documents that, between January 1, 2010 and December 31, 2019, were associated with or reflect, relate or pertain to lawsuits, investigations, legal claims, court orders, decrees or judgments that relate to (i) inmate medical care by Cermak Health Services and/or at Cook County Jail including but not limited to vision and/or other optometric issues, and/or (ii) the safety and security of inmates, the protection of inmates from harm inflicted by other inmates, and/or preventing or adequately responding to inmate-on-inmate altercations, fights, batteries, assaults, attacks and/or other types of physical aggression or violence between inmates (collectively "Inmate Violence"). To the extent that any such Documents reflect, relate or pertain to potential Inmate Violence involving or arising from the use or control of phones or telephones by one or more inmates, please separately produce such Documents.

**RESPONSE: Objection. Vague as to the phrase "all documents that….were associated with or reflect or pertain to lawsuits." Subject to and without waiving said objection, this is a matter of public record and equally available to the plaintiff as it is to the defense .**