# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, et al. | ) | |
| | ) | Honorable Sara L. Ellis |
| Defendants. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

**OFFICER JORGE ARIAS ANSWERS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS**

Defendant, Jorge Arias, by and through his attorneys Jason E. DeVore and Troy S. Radunsky of

DeVore Radunsky LLC, and for his answers to Plaintiffs Requests for Production of Documents, states as

follows.

**\*\*See Bates CCSAO 1834-1921 attached.**

**DOCUMENT REQUESTS**

1.      All Documents requested to be produced, identified, or described in response to Plaintiff's

First Set of Interrogatories.

**RESPONSE: None other than those documents previously produced by my counsel and identified as
CCSAO 1-1829 and 9 videos.**

2.      All Documents You relied on in responding to Plaintiff's First Set of Interrogatories.

**RESPONSE:  CCSAO 1720, 6/17/20 incident report. Further answering, this defendant reserves his
right to supplement this response if new or additional information becomes known.**

3.      All Documents that support or refute any allegation in the Complaint.

**RESPONSE: None other than those documents previously produced by my counsel and any pleadings
filed on my behalf by my counsel. This defendant reserves his right to supplement this response if new
or additional information becomes known.**

4.      All Documents from any source that support or refute any assertion or Affirmative Defense

made in Defendants' Answer or responsive pleadings to the Complaint.

**RESPONSE: See Response #1-3.**

5.     All Documents that relate, in any way, to Plaintiff.

**RESPONSE:   Objection. Scope and vagueness as this request seeks "all documents that relate in any way…". Subject to and without waiving said objection, none other than those records and videos previously produced by my counsel.**

6.     All Documents that relate, in any way, to Plaintiff that You have received, or may receive, in response to any discovery request, subpoena, or other form of document and/or information request, whether formal or informal, issued to a third party.

**RESPONSE: None**

7.     All Documents supporting Your assertion in Your First Affirmative Defense that Plaintiff "failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997(e)."

**RESPONSE: Objection. This is a legal argument made by my counsel. Subject to and without waiving said objection, it is my understanding that a copy of plaintiffs grievance has been produced by plaintiff as Bates 991-992 & by defendant as CCSAO 66; Further answering, see Plaintiff's inmate handbook CCSAO 1721-1761 (Chap 7; 1750-1753),**

8.     All Documents from any source that You may, or will, rely upon or use in depositions, evidentiary hearings, and/or trial in this matter, including all trial exhibits and/or demonstrative exhibits.

**RESPONSE:   This defendant has not yet determined which documents he may rely on or use in depositions, evidentiary hearings, and/or trial in this matter, including all trial exhibits and/or demonstrative exhibits and will seasonably supplement once known.**

9.     All Documents, including but not limited to medical records, inmate records, grievance records, complaints, and/or personnel records, dated January 1, 2018 to the present that refer or relate to Plaintiff.

**RESPONSE: This defendant does not have access to any detainees arrest file, medical records or grievance records. However, upon information and belief it is this defendants understanding that plaintiffs grievances and personnel records have been produced as CCSAO 1-131. Specifically, a copy of plaintiffs June 2019 grievance has also been produced by plaintiff as Bates 991-992 & by defendant as CCSAO 66. In addition, the plaintiff's medical records including HSRF forms were produced as CCSAO 371-1719.**

10.     All Documents and Communications related to or reflecting Your responsibilities for the operations, policies, and management of the Cook County Department of Corrections, including but not

limited to the hiring and training of all personnel employed by the Cook County Department of Corrections and the safety and security of all inmates detained at Cook County Jail.

**RESPONSE: Objection. Upon information and belief, it is this defendants understanding that relevant policies have been previously produced by my counsel, including CCSAO 333-370, 1762-1770 (ie.-Policies: 709, 720, 1004). Further answering, I have no documents related to training and hiring and training of all personnel employed by the Cook County Department of Corrections.**

11.     All Documents related to Cook County Jail or Cook County Sheriff Policies related to:

a.      training of Correctional Officers to ensure health and safety of inmates at Cook County Jail;

b.      health and safety of inmates including inmate protection from physical assault or attack by other inmates; and

c.      use of or access to the inmate telephones.

**RESPONSE: Objection. This is duplicative of #10. Subject to and without waiving said objection, see also Cook Co IL Code of Ordinances Sec. 46-37.4-User of the terminated regional gang intelligence database and affiliated data prohibited.**

12.     All Documents reflecting Your training, including but not limited to (a) the protection of inmates from violence from other inmates and (b) the response to concerns expressed by inmates concerning their level of protection, including but not limited to training regarding the Policies during the Relevant Period.

**RESPONSE: A copy of my Excel LMS training spreadsheet is attached as CCSAO Bates 1900-1921 and produced as an Excel Spreadsheet.**

13.     All Documents reflecting or pertaining to any reports or complaints from Plaintiff or any other inmate to You regarding threats or restrictions placed on the use of telephones within Cook County Jail by gang members (including, but not limited to, the "Latin Kings" or any other gang groups) or fellow inmates during the Relevant Period and any response, investigation, or other action taken as a result of same.

**RESPONSE: None.**

14.     All Documents related to or reflecting the details of the Incident as defined herein, the complaints, grievances, or appeals Plaintiff filed related to the Incident or his medical care, and the alleged damages referenced in the Complaint.

3