IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, <br><br> Plaintiff, <br><br> v. <br><br> TOM DART, ET AL., <br><br> Defendants. | Case No. 1:19-cv-07380 <br><br> Judge: Honorable Jeremy Daniel |

### PLAINTIFF'S OPPOSED CROSS-MOTION TO COMPEL DISCOVERY

PLEASE TAKE NOTICE that on January 24, 2024, at 9:30 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, occupying Room 1419, in the United States District Court for the Northern District of Illinois and present **Plaintiff's Opposed Motion to Compel Discovery**, a copy of which is hereby served upon you.

PLEASE ALSO TAKE NOTICE that the parties have conferred and agree on the following briefing schedule: Defendants file their opposition to Plaintiff's Cross-Motion to Compel by February 2, 2024, and Plaintiff files his reply to his Cross-Motion to Compel by February 16, 2024

PLEASE ALSO TAKE NOTICE that, pursuant to L.R. 37.2, Plaintiff's counsel represents that the parties have met and conferred in good faith but have been unable to reach a resolution as to the discovery dispute. The parties met and conferred on November 13, 2023 and again on November 21, 2023 via phone with Philip Miscimarra from Morgan Lewis & Bockius LLP representing Plaintiff and Troy Radunsky, Jason DeVore, and Zachary Stillman representing Defendants.

Dated: January 12, 2024

Respectfully submitted,

By: /s/ *Maria E. Doukas*
Philip A. Miscimarra
Maria E. Doukas
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on January 12, 2024 upon all counsel of record.

<u>/s/ Maria E. Doukas</u><br>
Maria E. Doukas