**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:19-cv-07380 |
| | ) | |
| v. | ) | |
| | ) | |
| TOM DART, et al. | ) | |
| | ) | Honorable Jeremy C. Daniel |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT MOTION REQUESTING POSTPONEMENT OF THE FEBRUARY 15, 2024 STATUS HEARING TO FEBRUARY 21, 2024**

The parties – Plaintiff Donald Henneberg and Defendants Tom Dart, Susan Shebel, Jorge Arias et al. – jointly move to postpone the status hearing scheduled for Thursday, February 15, 2024 at 9:30 am CT, and the parties jointly move to reschedule the status hearing to Wednesday, February 21, 2024 at 9:30 am CT (or to a subsequent date and time acceptable to the Court).

In support of this motion, the parties state that (1) this Court's January 3, 2024 minute entry (Dkt. 156) scheduled the next status hearing for Thursday, February 15, 2024 at 9:30 am CT; (2) Plaintiff's counsel has indicated that the scheduled February 15 status conference conflicts with other commitments that will preclude participation in the status conference, and (3) the parties have agreed – and jointly request – that the status conference be rescheduled to Wednesday, February 21 at 9:30 am CT. Alternatively, the parties jointly request that the Court reschedule the status conference to a different date and time acceptable to the Court, subject to consultation between the parties' counsel and the courtroom deputy as needed to address other potential scheduling conflicts.

*(Signature lines appear on next page)*

Respectfully submitted,

| | |
|---|---|
| By: */s/ Maria E. Doukas* <br> PHILIP A. MISCIMARRA <br> MARIA E. DOUKAS <br> MORGAN, LEWIS & BOCKIUS LLP <br> 110 N. Wacker Drive, Suite 2800 <br> Chicago, Illinois 60606-1511 <br> Phone: 312.324.1000 <br> Fax: 312.324.1001 <br> philip.miscimarra@morganlewis.com <br> maria.doukas@morganlewis.com <br> *Attorneys for Plaintiff* <br><br> DATED: January 18, 2024 | By: */s/ Troy S. Radunsky* <br> JASON E. DEVORE ARDC No. 6242782 <br> TROY S. RADUNSKY ARDC No. 6269281 <br> DEVORE RADUNSKY LLC <br> 27 N. Wacker., Suite 431 <br> Chicago, IL 60606 <br> Phone: (312) 300-4484 <br> Fax: (312) 674-7423 <br> tradunsky@devoreradunsky.com <br> jdevore@devoreradunsky.com <br> kmusick@devoreradunsky.com <br> *Attorneys for Defendants* |