# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-07380 |
| ) | |
| v. ) | |
| ) | |
| TOM DART, SUSAN SHEBEL, R.N., ) | |
| JOHN DOE MEDICAL DEFENDANTS, ) | Honorable Jeremy C. Daniel |
| JOHN DOE CORRECTIONAL OFFICER ) | |
| NO. 1, and COOK COUNTY, ILLINOIS, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION REQUESTING POSTPONEMENT OF THE FEBRUARY 15, 2024 STATUS HEARING TO FEBRUARY 21, 2024

PLEASE TAKE NOTICE that on January 31, 2024 at 9:30 a.m., we shall appear before Honorable Jeremy C. Daniel or before any judge sitting in his stead, in Courtroom 1419, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the parties' Joint Motion Requesting Postponement of the February 15, 2024 status hearing to February 21, 2024, a copy of which is hereby served upon you.

Respectfully submitted,

By: */s/ Maria E. Doukas*
    Philip A. Miscimarra
    Maria E. Doukas
    Liza Fleming (*pro hac vice*)
    Morgan, Lewis & Bockius LLP
    110 N. Wacker Drive, Suite 2800
    Chicago, Illinois 60606-1511
    Phone: 312.324.1000
    Fax: 312.324.1001
    philip.miscimarra@morganlewis.com
    maria.doukas@morganlewis.com
    liza.fleming@morganlewis.com

*Attorneys for Plaintiff*

Dated: January 18, 2024

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on January 18, 2024 upon all counsel of record.

                                                                  */s/ Maria E. Doukas*
                                                                     Maria E. Doukas