# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg

                Plaintiff,

v.                                              Case No.: 1:19–cv–07380
                                              Honorable Jeremy C. Daniel

Tom Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Plaintiff's opposed cross−motion to compel discovery and memorandum opposing defendants' motion for protective order [157] is entered and briefed as follows: defendants' response to the cross−motion to compel and reply to their motion for protective order are due on or before 2/2/2024; plaintiff's reply is due on or before 2/16/2024. Joint motion requesting postponement of the 2/15/2024 status hearing to 2/21/2024 [159] is granted. Status hearing set for 2/21/2024 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.