**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Henneberg v. Dart et al     Case Number: 1:19-cv-07380

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Donald Henneberg

Attorney name (type or print): Brent Allen Hawkins

Firm: Morgan, Lewis & Bockius LLP

Street address: 110 North Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6243086
(See item 3 in instructions)

Telephone Number: 312-324-1000

Email Address: brent.hawkins@morganlewis.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ✔ No |
| Are you a member of the court's general bar? | ✔ Yes ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2024

Attorney signature: S/ Brent A. Hawkins
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023