**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-07380 |
| | ) | |
| v. | ) | Hon. Jeremy Daniel |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | |
| CORRECTIONAL OFFICER JORGE | ) | |
| ARIAS, and COOK COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' SUPPLEMENT TO THEIR RESPONSE TO PLAINTIFF'S
CROSS MOTION TO COMPEL AND REPLY IN SUPPORT OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER**

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART, and COOK

COUNTY, a body politic and corporate, by their attorneys Jason E. DeVore and Troy Radunsky,

of DeVore Radunsky LLC, for their Supplement to their Response to Plaintiff's Cross-Motion to

Compel Discovery (Dkt. 157) and Reply in Support of Defendants' Motion for Protective Order

(Dkt. 149), and state as follows:

1. On February 2, 2024, when Defendants filed their Reply to Plaintiff's Cross Motion,

   Five Exhibits were left off of the PACER Filing due to operator error.

2. This came to the attention of Counsel for Defendants this morning.

3. At all times these documents were referenced and included in the pleadings.

4. Exhibits A through E are hereby incorporated into the Motion.

       Respectfully submitted,


       */s/ Troy S. Radunsky*_____
       *Attorneys for Defendants*
       Troy S. Radunsky (ARDC# 6269281)
       DeVore Radunsky LLC

230 W. Monroe Suite 230
Chicago, IL 60606
312-300-4484


**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on February 21, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Zachary G. Stillman*
Zachary G. Stillman