**Erin Wright**

| | |
|---|---|
| **From:** | Jason DeVore |
| **Sent:** | Thursday, February 2, 2023 3:23 PM |
| **To:** | philip.miscimarra@morganlewis.com |
| **Cc:** | Troy Radunsky; Zachary Stillman; liza.fleming@morganlewis.com; maria.doukas@morganlewis.com |
| **Subject:** | Henneberg v. Dart et al | 19 c 7380 | Supplemental document production related to incidents relating to use of telephones by detainees |
| **Attachments:** | CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER 01.30.23 Incident Reports Fights Over The Phone 2015-2019.xlsx |

Phil,

Please see the attached supplemental document production in relation to the parties' agreements, joint scheduling order and the January 4, 2023 hearing (pp.14-15). Please refer to paragraph 1 (b) of the scheduling order regarding incident reports related to assaults involving the use of telephones by inmates. The order provides that Defendants were to "do a search for incident reports that involve assaults where the underlying issue is use of the telephone" from 2015-2019. We produce this to comply with this Court's order and in relation the parties' agreements.

Our client identified a list of incidents occurring between 10/01/2015-12/31/2019 in which (A) the "Inmate Fight" field equals "Yes" OR the "Incident Category" includes "fight" AND (B) the "Incident Narrative" OR "Incident Summary Narrative" fields contain the words "phone" or "telephone". The list contained a total of 2,030 incidents, comprised of the following 2 tabs:

1. Tab #1, Total "Relevant" Incidents: 590
2. Tab #2, Total "Not Relevant" Incidents: 1,440

Additionally, please note the following:

1. The CCOMS data in the spreadsheet is generated into an Incident Report. The data in the spreadsheet though is identical to the actual incident report. The spreadsheet is the raw data input into CCOMS.
2. Our client was able to distill the incident reports into the attached spreadsheet for easy searching. The process can be explained by our client's IT, if necessary.
3. Producing 2032 pdfs with the same information would be burdensome, time consuming and inefficient. The pdfs would not be OCR searchable because they are akin to images. Please advise if you want any specific incident reports referenced in the spreadsheet.

Jason

Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423