**Erin Wright**

| | |
|---|---|
| **From:** | Troy Radunsky |
| **Sent:** | Monday, February 27, 2023 1:15 PM |
| **To:** | philip.miscimarra@morganlewis.com |
| **Cc:** | liza.fleming@morganlewis.com; maria.doukas@morganlewis.com; Jason DeVore; Zachary Stillman; Ellen Hodes |
| **Subject:** | Henneberg \| 19 c 7380 \| Spreadsheet Incident Reports (Jan-Oct 2015) |
| **Attachments:** | CCSO_BIU_Henneberg_02242023_DRAFT_v1.0 (Legal Review Notes) (2 tabs).xlsx |

Good afternoon Phil/Liza,

We are sitting here in our mediation, but this incident spreadsheet came in and I wanted to send it to you now. We ran the same search with the revised time period of **January 1, 2015 through October 2015** after you advised us they were missing in your 2.2.1.23 letter (item #3). **See attached spreadsheet. There were 148 more incident reports** in the attached doc for that time period (Jan-Oct 2015)

Our revised list, when combining this spreadsheet and the earlier one now contains **a total of 2,178 incidents**. Unless I miscalculated, the total for both spreadsheet is now a combined

- Tab #1, Total "Relevant" Incidents: 619
- Tab #2, Total "Not Relevant" Incidents: 1,559

You should now have <u>all</u> incident reports for 2015-2019 for the initial terms searches (

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
<u>tradunsky@devoreradunsky.com</u>
<u>www.devoreradunsky.com</u>
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*