UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Donald Henneberg

       Plaintiff,

v.                  Case No.: 1:19–cv–07380
                   Honorable Jeremy C. Daniel

Tom Dart, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

  MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. The defendants' motion for a protective order [149] and the plaintiff's motion to compel are granted in part and denied in part for the reasons stated on the record. In summary: (1) the plaintiff's motion to compel incident reports summarized in spreadsheets produced by the defendants is denied as cumulative; the motion to compel grievance reports is granted with respect to grievances filed between 2017 and 2019; (2) the plaintiff's motion to compel incident and grievance reports from 2010 to 2014 is granted in that the defendants must produce a summary spreadsheet containing the information contained in the incident reports (similar to the prior production covering 2015–2019); (3) the plaintiff's motion to compel documents related to requests for eyeglasses and other vision–related issues is granted but limited to optometrist requests; (4) the defendant's shall produce Scott Jakubowski for a deposition; (5) the plaintiff's request for documents related to other civil or criminal claims is denied (without prejudice) as overbroad; (6) the defendant's represented that they have searched for documents related to the DOJ–investigation responsive to the plaintiff's request and did not find any, so there is nothing to compel; (7) the Court finds materials related to training and responding to phone–related assaults and requests for eyeglasses relevant and understands that the defendants have produced some (if not all) responsive documents. The parties should refer to the transcript for further guidance. The parties shall confer and propose an amended discovery schedule. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.