**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.: 19-cv-07380 |
| | ) | |
| v. | ) | Honorable Jeremy C. Daniel |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | |
| CORRECTIONAL OFFICER JORGE | ) | |
| ARIAS, and COOK COUNTY, ILLINOIS, | ) | |
| et al., | ) | |
| Defendants. | ) | |

**OPPOSED MOTION FOR LEAVE**
**TO DEPOSE AN INCARCERATED INDIVIDUAL BY REMOTE MEANS**

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART and COOK COUNTY, by and through their attorneys, Troy S. Radunsky and Jason E. DeVore, of DeVore Radunsky LLC, pursuant to Federal Rules of Civil Procedure 30(a)(2)(B) and 30(b)(2), and respectfully request leave to take the deposition upon oral examination of witness Robert Barker, who is confined with the Cook County Department of Corrections, and in support, states as follows:

1.  Counsels for all parties previously advised that they agreed to the requested deposition and have agreed to its occurrence on March 15, 2024, at 10:00 a.m. *See Robert Barker Deposition Subpoenas of Both Plaintiff and Defendants,* attached hereto as **Exhibit A**.

2.  Defense counsel first notified Plaintiff of their intention to depose Robert Barker, remotely via Zoom, on February 7, 2024, to which Plaintiff did not object. *See Deposition Subpoenas*, attached hereto as **Exhibit A**, at 1; *Email Correspondences*

1

*Regarding Deposition of Robert Barker*, attached hereto as **Exhibit B**, at 5. Defendants then began the process of scheduling the Zoom deposition with the Cook County Sheriff's Office (CCSO) staff. Ex. B at 5.

3.     On being informed that Plaintiff's counsel also wished to take the deposition of Robert Barker, Defendants prepared a joint motion for leave to depose Mr. Barker, sending both the joint motion and the Deposition Subpoena to Plaintiff on February 7, 2024. *Id.* at 4-5.

4.     Plaintiff's counsel also requested that documents related to Mr. Barker be produced by March 11, 2024. *Id.* at 7.

5.     Plaintiff's counsel did not respond to the draft joint motion until nearly a week later, on February 13, 2024 at 11:07 p.m. *Id.* at 3. Plaintiff's counsel indicated that they accepted the joint motion and sent a Notice of Deposition for Mr. Barker. *Id.* Plaintiff's Notice stated that the deposition of Mr. Barker would occur in person at CCDOC, to which Defendants objected. *Id.* at 2-3; Ex. A at 6.

6.     Defendants then sent an additional draft joint motion to Plaintiff on February 21, 2024, in which it was specified that the parties disagreed on the modality of the deposition. *See Email Correspondences Regarding Draft Joint Motion*, hereto as **Exhibit C**, at 7.

7.     On the evening of February 22, 2024, Plaintiff suggested they may need to delay the deposition of Mr. Barker because they have not received the requested documents, which are due on March 11, 2024. *Id.* at 2.

8.     Because Plaintiff continues to torpedo Defendants' efforts to timely and efficiently depose Mr. Barker, Defendants filed the instant motion as opposed. Defendants also

plan to file an additional brief in support of this Motion arguing specifically for a remote modality for the deposition of Robert Barker.

9.     Robert Barker is a witness in this case who has information critical to claims made by Plaintiff in his Complaint at Law, as well as potentially relevant to the ultimate damages at issue in this case.

10.     Crucially, Robert Barker was present in video footage of an incident in which Plaintiff was involved on June 17, 2019, at issue in Plaintiff's Complaint.

11.     The information sought relates to the time when Plaintiff and witness Robert Barker were both detainees with the Cook County Department of Corrections in the same living tier.

12.     Robert Barker is currently in the custody of the Cook County Department of Corrections.

13.     Defendants now seek to depose Robert Barker via Zoom regarding information and details related to Plaintiff's asserted claims.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order allowing them to take the deposition of witness Robert Barker, currently detained by the Cook County Department of Corrections, via Zoom.

Respectfully Submitted,

By:     */s/ Troy S. Radunsky*
Troy S. Radunsky, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606

3

(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the above **Motion for Leave to Depose an Incarcerated Individual Via Zoom** was filed on February 23, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

/s/Zachary G. Stillman
Zachary G. Stillman