Re: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Troy Radunsky <tradunsky@devoreradunsky.com>
Wed 2/14/2024 8:17 AM

To:Hill, Melissa D. <melissa.hill@morganlewis.com>
Cc:Doukas, Maria E. <maria.doukas@morganlewis.com>;Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>;Jason DeVore <jdevore@devoreradunsky.com>;Law Clerks <LawClerks@devoreradunsky.com>;Guyette, John <john.guyette@morganlewis.com>;Hawkins, Brent A. <brent.hawkins@morganlewis.com>;Russell, Matthew A. <matthew.russell@morganlewis.com>;MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>

Please explain what you mean when you said it's more "effective and reliable"? Ive never been in a zoom dep that wasn't "effective and reliable". This seems like gamesmanship. It's far more efficient, safe and cost effective to do this dep via zoom.

Again, our notice was first. You also didn't even raise the location issue until sending us your notice last night. That was also long after email exchanges on scheduling and after we told you it would be a zoom dep in our notice, but in our email Feb 7, when confirming the 3/15 date. We are at an impasse. I guess if the jail is unable to accommodate both of us, we invite you to file a motion so the court can rule on it since we intend to ask him to appear via zoom.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

> On Feb 14, 2024, at 7:57 AM, Hill, Melissa D. <melissa.hill@morganlewis.com> wrote:
>
> Troy,
>
> We intend to take the deposition in person, which we believe is a far more effective and reliable discovery means.  I am not sure I understand the basis for your objection to doing so – surely we can figure out a technical way to show him a video tape in person, as litigants always did before Zoom depositions were available.  If I am misunderstanding the objection or if you think it would be helpful to discuss, please let me know.
>
> Thanks,

**Melissa D. Hill**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6318 | Main: +1.212.309.6000 | Fax: +1.212.309.6001 | Mobile: +1.215.880.0446
melissa.hill@morganlewis.com | www.morganlewis.com
Assistant: Roberta A. Leone | +1.212.309.6647 | roberta.leone@morganlewis.com

<image001.gif>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, February 14, 2024 6:54 AM
**To:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

[EXTERNAL EMAIL]
Phil,

We are objecting to your notice to conduct the dep live instead of via zoom as in my original notice. We will file the appropriate motion and note your objection unless you reconsider today. We cant show him the video of the incident in person. Please let us know today what your position is. Im surprised that you would do this without discussing it with us after we sent you our initial notice.

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Doukas, Maria E. <maria.doukas@morganlewis.com>
**Sent:** Tuesday, February 13, 2024 11:07 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Hi Zachary,

The proposed joint motion is acceptable to us. Attached please find our deposition subpoena and notice of deposition.

Thanks,
Maria

**Maria E. Doukas**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive | Chicago, IL 60606
Direct: +1.312.324.1454 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Mobile: +1.773.677.6608
maria.doukas@morganlewis.com | www.morganlewis.com
Assistant: Cynthia Lewis | +1.312.324.1583 | cynthia.lewis@morganlewis.com

<image001.gif>

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Tuesday, February 13, 2024 11:45 AM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

[EXTERNAL EMAIL]
Good Afternoon,

Please advise if the proposed Joint Motion is acceptable and get us a copy of your Deposition Subpoena by Tomorrow morning or we will be filing the Motion as unopposed.

We need to get this motion on file so we can confirm the deposition scheduling with the Jail.

Thank you,
Zachary

**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Friday, February 9, 2024 12:43 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Subject:** Re: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Good Afternoon,

Please advise if the proposed Joint Motion is acceptable and provide your notice of deposition. We would like to get the motion on file with the court as soon as possible so we can confirm the scheduling with the Jail via an entered order.

Thank you,
Zachary

<image004.jpg>

**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Wednesday, February 7, 2024 12:13 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore

Case: 1:19-cv-07380 Document #: 168-3 Filed: 02/28/24 Page 5 of 15 PageID #:1603

<jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Subject:** Re: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Good Afternoon,

See attached proposed Joint Motion for Leave to Depose an Incarcerated Individual.

If everything is fine with you, we can add your signature and file with the Court once we receive your deposition subpoena for Mr. Barker.

Also attached to this email is our deposition subpoena as to Mr. Barker.

I have already started scheduling the deposition with the Jail and will be able to confirm with them when the Court grants our motion.

Thank you,
Zachary

<image005.jpg>

## Zachary Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, February 7, 2024 8:53 AM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Phil,

March 15 works at 10:00 a.m. for Barkers zoom dep.

Please send us your dep notice and we file the joint motion.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Troy Radunsky
**Sent:** Wednesday, February 7, 2024 6:28 AM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** Re: Henneberg - Follow Up re Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Phil,

Sure. That appears reasonable. We will look at our calendar and get back to you.

We are going to take the lead at his deposition since our notice was first. Personally, I've never seen a need for two deposition notices for the same person, unless you plan to videotape it, but if that's your preference, I understand.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Feb 6, 2024, at 7:45 PM, Miscimarra, Philip A. <philip.miscimarra@morganlewis.com> wrote:

Dear Troy:

This email responds to you regarding the Defendants' desire to depose Robert Barker, which was addressed in our prior exchanges (copied below). Based on the respective positions that both sides have exchanged regarding Mr. Barker's deposition, Plaintiff also intends to depose Mr. Barker, and we suggest that you prepare a draft Joint Motion regarding the taking of Mr. Barker's deposition pursuant to Rule 30(a)(2)(B), and we suggest that the Joint Motion contain both sides' respective Notices of Deposition as exhibits. For the Joint Motion, we will supply Plaintiff's Notice of Deposition regarding Mr. Barker.

Consistent with the suggestion in your most recent email, we will serve a Document Production Request on Defendants seeking documents relating to Mr. Barker, which we are planning to get to you by this coming Friday, February 9, which will require Defendants to produce the requested documents by Monday, March 11.

Regarding the date on which Mr. Barker's deposition will be taken, you suggested March 1, March 4-8, or March 11-15. Based on scheduling conflicts, we ask that Plaintiff consider having both sides depose Mr. Barker on Monday or Tuesday, March 18-19, 2024. However, if one of these two dates is not acceptable, we will agree to have Mr. Barker's deposition taken on Friday, March 15, 2024.

Please advise if Defendants have any disagreement regarding proceeding as described above, and please indicate which of the above-mentioned dates (March 18, 19, or 15) is acceptable for Mr. Barker's deposition.

Regards,

Phil

**Philip A. Miscimarra**
**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com
<image001.gif>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 2, 2024 4:58 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>

**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** Re: Follow Up re Henneberg - Defendants' Motion to Depose Robert Barker (PRIVILEGED)

[EXTERNAL EMAIL]
Phil,

I figured you'd disagree. Reasonable minds can do that.

What documents? Your request is incredibly vague.
Please specify and perhaps send a formal RTP if you want records. The fact discovery clock is ticking here.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

> On Feb 2, 2024, at 3:51 PM, Miscimarra, Philip A. <philip.miscimarra@morganlewis.com> wrote:
>
> Troy:
>
> We respectfully disagree with the matters addressed in your most recent email, but we appreciate your response, and the opportunity to discuss with Mr. Henneberg whether he will consent to or oppose Defendants' motion to depose Mr. Barker. We will get back to you about Mr. Henneberg's position on or before next Wednesday.
>
> The one issue that you should reconsider is our request that Defendants produce documents in their possession or control that mention or relate to Mr. Barker. Obviously, such documents exist because he has been incarcerated in Cook County Jail, and to the extent Mr. Barker's deposition is relevant to matters at issue in the

pending litigation, the documents relating to Mr. Barker would be relevant for Plaintiff to review prior to any deposition of Mr. Barker. We believe having those documents produced two weeks prior to any deposition is the minimum amount of time that would reasonably permit review before the deposition would take place.

Regards,

Phil

**Philip A. Miscimarra**
**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com
<image001.gif>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 2, 2024 3:49 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: Follow Up re Henneberg - Defendants' Motion to Depose Robert Barker (PRIVILEGED)

[EXTERNAL EMAIL]
Phil,

Thanks for your response.

That's nonsense. Come on! You want me to explain his relevance. Ok. We both know he's an eyewitness, directly involved in the incident. Not sure he can be a more relevant witness given his personal involvement.

Phil, we asked why Scott was relevant *only* after you spoke to him multiple times. It was a fair question. Here, Im confident you know full well the relevance of a material witness like Mr. Barker.

We will give you until Wednesday to respond, since your request is reasonable. This is a routine motion of a highly relevant witness though, and I think we both know the court is likely going to allow us to depose him.

Best Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*[tradunsky@devoreradunsky.com](mailto:tradunsky@devoreradunsky.com)*
*[www.devoreradunsky.com](http://www.devoreradunsky.com)*
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Friday, February 2, 2024 2:42 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: Follow Up re Henneberg - Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Dear Troy:

It is relevant to confirm who the person is what Defendants propose to depose, and – given that you requested Mr. Henneberg's position on whether he will agree to or oppose any motion to depose Mr. Barker – the questions asked in my prior email are relevant to Mr. Henneberg's answer.

We intend to have a discussion with Mr. Henneberg about this, but we will not be able to do this before Monday. In this regard, we believe Defendants should explain why Mr. Barker's deposition would be relevant to the matters at issue in the pending litigation. It is worth noting that the Defendants made exactly the same request regarding our efforts to depose Scott Jakubowski, who the Defendants are now refusing to produce for a deposition.

In any event, we are not stating – at this point – that Mr. Henneberg opposes or consents to Defendants' desire to depose Mr. Barker.

We intend to promptly raise this with Mr. Henneberg and will get back to you as soon as we reasonably can, which I expect will be early next week.

All the best,

Phil

**Philip A. Miscimarra
Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com
<image001.gif>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 2, 2024 3:28 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Subject:** RE: Follow Up re Henneberg - Defendants' Motion to Depose Robert Barker (PRIVILEGED)

[EXTERNAL EMAIL]
Phil,

None of the issues you raise have anything to do with our motion to depose him. We are not required to do anything more than file a motion opposed or unopposed. You were at the plaintiff's dep and heard his testimony about Mr. Barker. We have no docs related to Mr. Barker. Hes at the CCJ, which makes no difference either.

We are going to file the motion on Monday opposed unless you feel otherwise.

Have a good weekend to all.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:** 312-300-4484 | **C:** 312-968-7837
[tradunsky@devoreradunsky.com](mailto:tradunsky@devoreradunsky.com)
[www.devoreradunsky.com](http://www.devoreradunsky.com)
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Friday, February 2, 2024 2:18 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Subject:** Follow Up re Henneberg - Defendants' Motion to Depose Robert Barker (PRIVILEGED)

Dear Zach (and Jason and Troy):

This responds to your emails (copied below) indicating that Defendants intend to file a motion to depose "incarcerated individual Robert Barker" who we gather (from your request) is incarcerated, and email states that Defendants propose to depose Mr. Barker on one of the following dates (starting at 11 am CT): March 1, March 4-8, or March 11-15. To permit Mr. Henneberg to evaluate whether he would consent to or oppose this deposition, please provide the following information:

> (1) Is the "Robert Barker" who the Defendants seek to depose the same person who assaulted Mr. Henneberg on or about June 17, 2019? As you know, this person was described in attached Incident Report, which identifies a Robert Barker as "Barker, Robert 2018-0410194" and who had Cook County Jail Inmate ID # 0469771?
>
> (2) How would deposing Mr. Barker be relevant to Plaintiff's claims in the pending action?
>
> (3) Where is Mr. Barker presently incarcerated (please identify the jail or prison, along with the street address) and would the deposition be taken at the same location?
>
> (4) In connection with any deposition by Mr. Barker, Plaintiff will request the production – at least two weeks prior to Mr. Barker's deposition – of all documents within the possession

or control of any Defendant that mention or reflect any matter(s) pertaining not Mr. Barker. The requested documents will include but not limited to paper and electronic records, data and files; documents reflecting convictions, arrests and medical treatment, incident reports, claims, complaints, grievance documents and appeals; and internal communications; among other things). Will Defendants agree that such documents will be produced at least two weeks prior to Mr. Barker's deposition?

We look forward to your response, which we will review and will then promptly advise you of Plaintiff's position regarding any deposition of Mr. Barker.

I hope that everything else remains well, and have a good weekend.

Regards,

**Philip A. Miscimarra**
**Partner**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218
| aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 |
karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com
<image001.gif>

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Thursday, February 1, 2024 2:10 PM
**To:** MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Re: Henneberg | Deposition of Robert Barker

[EXTERNAL EMAIL]
Apologies, we actually can no longer do the February dates.

Please let us know about your availability for 3/1, 3/4-3/8, or 3/11-3/15, at 11 AM.

Thank you,

Zachary

[<image003.jpg>](image003.jpg)

# Zachary Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
[zstillman@devoreradunsky.com](mailto:zstillman@devoreradunsky.com)
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Zachary Stillman
**Sent:** Thursday, February 1, 2024 12:53 PM
**To:** MLB Henneberg Litigation <[MLBHennebergLitigation@morganlewis.com](mailto:MLBHennebergLitigation@morganlewis.com)>; Doukas, Maria E. <[maria.doukas@morganlewis.com](mailto:maria.doukas@morganlewis.com)>; Miscimarra, Philip A. <[philip.miscimarra@morganlewis.com](mailto:philip.miscimarra@morganlewis.com)>; Hill, Melissa D. <[melissa.hill@morganlewis.com](mailto:melissa.hill@morganlewis.com)>; Russell, Matthew A. <[matthew.russell@morganlewis.com](mailto:matthew.russell@morganlewis.com)>; Hawkins, Brent A. <[brent.hawkins@morganlewis.com](mailto:brent.hawkins@morganlewis.com)>; Guyette, John <[john.guyette@morganlewis.com](mailto:john.guyette@morganlewis.com)>
**Cc:** Jason DeVore <[jdevore@devoreradunsky.com](mailto:jdevore@devoreradunsky.com)>; Troy Radunsky <[tradunsky@devoreradunsky.com](mailto:tradunsky@devoreradunsky.com)>; Law Clerks <[LawClerks@devoreradunsky.com](mailto:LawClerks@devoreradunsky.com)>
**Subject:** Henneberg l Deposition of Robert Barker

Good Afternoon,

We plan to file a motion for leave to depose incarcerated individual Robert Barker in this matter with the Court.

Please let us know if you have any opposition to this motion.

Please also let us know about your availability for the deposition on 2/28, 2/29, 3/1, or 3/4 at 11 AM. We will send a Deposition Subpoena on confirmation of the date.

Thank you,
Zachary

[<image004.jpg>](image004.jpg)

# Zachary Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
[zstillman@devoreradunsky.com](mailto:zstillman@devoreradunsky.com)
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.