# Erin Wright

| | |
|---|---|
| **From:** | Troy Radunsky |
| **Sent:** | Friday, February 23, 2024 6:52 AM |
| **To:** | Doukas, Maria E. |
| **Cc:** | Zachary Stillman; Erin Wright; Miscimarra, Philip A.; Guyette, John; Hawkins, Brent A.; MLB Henneberg Litigation; Hill, Melissa D.; Russell, Matthew A.; Jason DeVore; Law Clerks |
| **Subject:** | Re: Henneberg \| Proposed Joint Motion to Depose Robert Barker |

We are entitled to 28 days to respond to the request to produce and will do so. The documents will be produced by March 11. We also intend to file our motion for leave to depose the Barker today or Monday.

we are happy to arrange a meet and confer to discuss the issues the court raised at the hearing the other day. However, there's nothing left for us to discuss related to the motions concerning deposing Mr. Barker.

Have a pleasant weekend.


have a pleasant weekend.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837
[tradunsky@devoreradunsky.com](mailto:tradunsky@devoreradunsky.com)
[www.devoreradunsky.com](http://www.devoreradunsky.com)
*Recognized by SuperLawyers*


*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*


> On Feb 23, 2024, at 6:49 AM, Troy Radunsky <tradunsky@devoreradunsky.com> wrote:
>
>
> Maria,
>
> We're not engaging in the dialogue anymore. We are going to file the motion today and let the court know it is opposed. Thank you.
>
> *Troy S. Radunsky*

1

**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Feb 22, 2024, at 8:24 PM, Doukas, Maria E. <maria.doukas@morganlewis.com> wrote:

Zachary,

Plaintiff intends to file a brief supporting the request to proceed in person. As for the Joint Motion, we think a few additional items may need to first be ironed out between the parties. Specifically, we would like to understand (i) if Defendants have objections to the scope of the recently served RFP regarding documents and information relevant to Mr. Barker and (ii) the date certain by which Defendants will produce responsive documents. With the deposition date of March 15th fast approaching, we need to understand if we can expect to receive documents well in advance of that date in order to maintain the March 15th deposition date on our end or whether we will need to request another deposition date to ensure we have the complete document production.

Given the Court's ruling yesterday and that the parties need to discuss schedule changes, we think it would be helpful to have a meet and confer next week to discuss the overall schedule and whether it may make sense to reschedule the Barker deposition given outstanding document requests. Please let us know your availability for next week to discuss.

Thanks,
Maria

**Maria E. Doukas**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive | Chicago, IL 60606
Direct: +1.312.324.1454 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

Mobile: +1.773.677.6608
maria.doukas@morganlewis.com | www.morganlewis.com
Assistant: Cynthia Lewis | +1.312.324.1583 | cynthia.lewis@morganlewis.com

<image001.gif>

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Thursday, February 22, 2024 1:18 PM
**To:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Erin Wright <ewright@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Re: Henneberg | Proposed Joint Motion to Depose Robert Barker

[EXTERNAL EMAIL]
Maria,

Defendants' intent *was* to file our Brief in support of a Remote Deposition alongside the joint motion. But if you would like to likewise file a supporting brief, please let us know if you can have it drafted and ready to file within five days, by Tuesday.

If so, we can amend the joint motion to include that both parties plan to file briefs in support of their respective desired modalities, on or before Tuesday, February 27, 2024.

This is not a complex issue and we do not see a reason to set an entire briefing schedule. These supporting briefs should be more than enough to assert each party's side of the issue.

Please let us know if this is acceptable.

Thank you,
Zachary

<image002.jpg>

# Zachary Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Doukas, Maria E. <maria.doukas@morganlewis.com>
**Sent:** Thursday, February 22, 2024 12:07 PM
**To:** Erin Wright <ewright@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Henneberg | Proposed Joint Motion to Depose Robert Barker

Erin,

Thank you for sending over these exhibits. We are reviewing the motion and will have suggested redlines that we will send this afternoon. For one point of clarity, paragraph 3 notes Defendants' intent to file a brief in support of taking the deposition remotely. Is Defendants' intent to file that brief today along with this Joint Motion? We wanted to clarify the logistics of the filing if we have competing positions and whether we need to at least suggest to the Court a briefing schedule.

Thanks,
Maria

**Maria E. Doukas**

**Morgan, Lewis & Bockius LLP**

110 North Wacker Drive | Chicago, IL 60606

Direct: +1.312.324.1454 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

Mobile: +1.773.677.6608

maria.doukas@morganlewis.com | www.morganlewis.com

4

Assistant: Cynthia Lewis | +1.312.324.1583 | cynthia.lewis@morganlewis.com

---

**From:** Erin Wright <ewright@devoreradunsky.com>
**Sent:** Thursday, February 22, 2024 10:28 AM
**To:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Henneberg | Proposed Joint Motion to Depose Robert Barker

[EXTERNAL EMAIL]

Good morning, Maria,

I am writing in response to your request for the Exhibits A and B referenced in the proposed Joint Motion to Depose Robert Barker.

Both exhibits are attached. Exhibit A includes both parties' deposition notices and subpoenas for Mr. Barker, and Exhibit B contains emails exchanged between counsel from 2-1-2024 to 2-14-2024.

Thanks so much,

Erin

--

Erin M. Wright

*Law Clerk*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:**312-300-4486

ewright@devoreradunsky.com

www.devoreradunsky.com

*This message may contain information that is attorney-client privileged, attorney work product, or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Doukas, Maria E. <maria.doukas@morganlewis.com>
**Sent:** Thursday, February 22, 2024 10:04 AM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Henneberg | Proposed Joint Motion to Depose Robert Barker

Hi Zachary,

Thanks for sending this over. Can you please send us what you intend to file as Exhibits A and B so we can take a look at those as well.

Thanks,

Maria

**Maria E. Doukas**

**Morgan, Lewis & Bockius LLP**

110 North Wacker Drive | Chicago, IL 60606

Direct: +1.312.324.1454 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

Mobile: +1.773.677.6608

maria.doukas@morganlewis.com | www.morganlewis.com

Please advise whether there is any opposition to our filing it with the court by EOB tomorrow, or we will assume not and proceed with filing.

Thank you,

Zachary

<image005.jpg>

**Zachary Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.