UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.: 19-cv-07380 |
| | ) | |
| v. | ) | Honorable Jeremy C. Daniel |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., | ) | |
| JOHN DOE MEDICAL DEFENDANTS, | ) | |
| CORRECTIONAL OFFICER JORGE | ) | |
| ARIAS, and COOK COUNTY, ILLINOIS, et al., | | |
| | | |
| Defendants. | | |

**JOINT MOTION FOR LEAVE
TO DEPOSE AN INCARCERATED INDIVIDUAL**

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART and COOK COUNTY, by and through their attorneys, Troy S. Radunsky and Jason E. DeVore, of DeVore Radunsky LLC, and Plaintiff, DONALD HENNEBERG, by and through his attorneys, Philip A. Miscimarra and Maria E. Doukas, of Morgan, Lewis & Bockius LLP, pursuant to Fed. R. Civ. P. 30(b)(2), and respectfully request leave to take the deposition upon oral examination of witness Robert Barker, who is confined with the Cook County Department of Corrections, and in support, states as follows:

1. Counsels for all parties have advised that they agree to the requested deposition and have agreed to its occurrence on March 15, 2024, at 10 AM. *See Robert Barker Deposition Subpoenas of Both Plaintiff and Defendants,* attached hereto as **Group Exhibit A**.

2. The parties disagree on the location and modality of the deposition. Defendants issued their deposition subpoena to counsel on February 7, 2024, specifying that the deposition would take place over Zoom, to which Plaintiff did not object. Plaintiff first advised of his intention and desire to take the deposition live on February 13, 2024. Defendants have already taken efforts pursuant to earlier discussion with

Plaintiff's counsel to schedule the deposition via Zoom with staff from the Cook County Department of Corrections. (*See Email Correspondences Regarding Robert Barker*, attached hereto as **Exhibit B.**)

3. Defendants plan to file their own brief in support of this motion pursuant to their position that the deposition should be taken remotely, via Zoom.

4. Robert Barker is a witness in this case who has information critical to claims made by Plaintiff in his Complaint at Law, as well as potentially relevant to the ultimate damages at issue in this case.

5. Crucially, Robert Barker was present in video footage of an incident in which Plaintiff was involved on June 17, 2019, at issue in Plaintiff's Complaint.

6. The information sought relates to the time when Plaintiff and witness Robert Barker were both detainees with the Cook County Department of Corrections in the same living tier.

7. Robert Barker is currently in the custody of the Cook County Department of Corrections.

8. The parties now seek to depose Robert Barker regarding information and details related to Plaintiff's asserted claims.

WHEREFORE, the parties respectfully request that this Honorable Court enter an order allowing them to take the deposition of witness Robert Barker, currently detained by the Cook County Department of Corrections.

Respectfully Submitted,

**Defendants**

By: */s/ Troy S. Radunsky*
Troy S. Radunsky, One of the Attorneys for Defendants

By: */s/ Maria E. Doukas*
Maria E. Doukas, One of the Attorneys for Plaintiff

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

Maria E. Doukas
Philip A. Miscimarra
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **Joint Motion for Leave to Depose an Incarcerated Individual** was filed on February 22, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

/s/Zachary Stillman
Zachary Stillman