## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg
       Plaintiff,

v.              Case No.: 1:19−cv−07380
             Honorable Jeremy C. Daniel

Tom Dart, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2024:

   MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. For the reasons stated on the record, Defendants' opposed motion for leave to depose an incarcerated individual by remote means [168] is granted, and Plaintiff's oppose motion for leave to conduct in−person deposition of incarcerated inmate Robert Barker [170] is denied. The parties shall confer to schedule (or reschedule) the deposition(s) of Mr. Barker. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.