MR

FILED
4/1/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JXM

19-CV-07380

3/15/24

TO: Honorable Jeremy C. Daniel

I was Commanded to appear to give my Deposition, before a notary Public electronically via Zoom on March 15th, 2024 at 10:00 am, but I was transferred to NRC Stateville on March 14th 2024 and I was told that I wouldn't be able to call anyone untill I recieved my pin#, which would take at least 7 buisnessdays I also tried to call Devore Radunsky a few days prior to 3/15/24 on a couple of occassions, but no answer was available for me So I am asking that no contempt of court is held against me and I still be granted whatever reward for this Donald Henneberg V. Tom Dart and etc be rewarded to me, because I definetely wanted to be present for this case thats why I am Communicating greatly with you concerning this matter. my Attorney # of this case is #58321 and his name is Troy S. Radunsky which is located on this Zoom Deposition paper. Please get back with me and communicate with me like I'm asking and like I have please and Thank you kindly!.

[signature] R55579

* I just recieved pre-stamped envelopes to be able to communicate this letter with you. This came back to me in the mail post dated 3/21/24 because I didn't put the case number, which is located now at the Top of this paper 19-CV-07380 If I am needed on Zoom The address for me here is Route 53 P.O. Box 112, Joliet, IL. 60434
Robert Barker R55579.

Robert Barker R55579
Route53, P.O. Box112
Joliet, IL. 60434

IDOC LEGAL MAIL

S SUBURBAN IL 604
27 MAR 2024PM 8 L

US POSTAGE PITNEY BOWES
ZIP 60434 $ 000.64[0]
02 4W
0000390873 MAR 27 2024

RECEIVED
2024 MAR 32 AM 8:26

Prisoner Correspondence
Clerk's office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL. 60604

Legal Mail

60604-189420

04/01/2024-6