MR.

FILED
APR 19 2024 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

19-CV-07380

4/11/24

Dear Hon Jeremy C. Daniel,

I recieved a Zoom Deposition subpoena letter saying I am commanded to appear to give my deposition before a notary public electronically VIA ZOOM on April 19th 2024 at 10:00 Am for when I was at P.O. Box 112 Joliet, IL 60434, which was in Stateville, but I've been transferred (moved) to illinois River, which is located in P.O. Box 999, in Canton, IL. 61520 so please set the Via Zoom up here at illinois River so I can give my Deposition, because this is very important to me to Attend as well. I missed the first one on March 15th 2024, because I was transferred to Stateville from Cook county in chicago, IL. 60608. So I'm in communications with you all so I wont miss the one you all have set up for me to Attend on April 19th 2024, but once again I am no longer in Joliet I am in Canton, IL. 61520. My number is R55579 Just in Case I am transferred again by then. Please stay in touch and I will as well the Best way I can. Thank you and God Bless!

Ralt Richey R55579

Robert Barker R55579
Illinois River CC
P.O. Box 999
Canton, IL 61520



RECEIVED
2024 APR 22 AM 8:24

Office of
Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago, Illinois. 60604

THIS CORRESPONDENCE
IS FROM AN INDIVIDUAL IN CUSTODY
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Legal Mail



04/22/2024-32