## **ADDENDUM E**

*Defendants' Counsel's Email Sent to Plaintiff's Counsel on Tuesday, May 7, 2024 at 3:42 pm CT*

| | |
|---|---|
| **From:** | Miscimarra, Philip A. |
| **Sent:** | Tuesday, May 7, 2024 4:42 PM |
| **To:** | Zachary Stillman; Troy Radunsky |
| **Cc:** | Jason DeVore; Hill, Melissa D.; Hawkins, Brent A.; Russell, Matthew A.; Law Clerks |
| **Subject:** | Additional Reminder - Please Respond Promptly - Follow Up re Draft Joint Status Report and Other Issues - Henneberg v. Dart et al., No. 1:19-cv-07380 (N.D. Ill.) (Inadmissible) |
| **Attachments:** | Henneberg v. Dart et al. - Joint Status Report in Response to 4-30-2024 Order (2024.05.07C Plaintiff's 3rd draft - INADMISSIBLE).docx |

Inadmissible - Exchanged in Context of Settlement

Dear Zach and Troy:

This is a reminder that the Joint Status Report that accompanied my prior email must be filed today. As indicated in my prior email (copied below), our edited and hopefully final agreed upon version of the Joint Status Report adopted all of your substantive edits, with the sole exception of your proposed paragraph on pages 4-5 in Part B, reproducing the Defendant's proposed Adjusted Case Schedule.

Your proposed paragraph sets forth Defendants' arguments and explanations regarding why Defendants disagree with Plaintiff's proposed Adjusted Case Schedule. However, there is no similar paragraph in our portion of the Joint Status Report that sets forth arguments about the Adjusted Case Schedule. Also, as explained in my prior email, an additional reason for not adopting your proposed paragraph is the fact that the purpose of mutually agreeing that each side would file a Memo on Tuesday, May 14 supporting each side's respective proposed Adjusted Case Schedule is to eliminate having any back-and-forth arguments in this Joint Status Report. If we were to include these back-and-forth arguments in the Joint Status Report, it is not feasible to have the Joint Status Report completed and filed today.

If the attached edited and hopefully final agreed upon version of the Joint Status Report is not acceptable, let us know immediately. In that case, we will file a Status Report on behalf of Plaintiff, and explain that we were unable in the available time to secure agreement on a Joint Status Report. However, we hope that this outcome can be avoided, but you must let us know right away what Defendant's position is.

Regards,

Phil

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1165 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
philip.miscimarra@morganlewis.com | www.morganlewis.com