## **ADDENDUM G**

*Defendants' Counsel's Email Sent to Plaintiff's Counsel on Tuesday, May 7, 2024 at 6:18 pm CT*

| | |
|---|---|
| **From:** | Miscimarra, Philip A. |
| **Sent:** | Tuesday, May 7, 2024 7:18 PM |
| **To:** | Zachary Stillman; Troy Radunsky |
| **Cc:** | Jason DeVore; Hill, Melissa D.; Hawkins, Brent A.; Russell, Matthew A.; Law Clerks |
| **Subject:** | Inability to Agree on Joint Status Report - Henneberg v. Dart et al., No. 1:19-cv-07380 (N.D. Ill.) (Inadmissible) |

Dear Zach:

Unfortunately, Plaintiff is unable to agree with the positions set forth in your most recent email – which arrived in my inbox at 4:42 pm CT today (Tuesday, May 7, 2024), which is the same day that the Court directed both parties to file a Joint Status Report.

At this point, the only feasible option is for each side to comply with the Court's most recent order in the manner in which it deems appropriate. For our part, Plaintiff will be filing a Status Report today which will be filed <u>only</u> on behalf of Plaintiff, given that Defendants and Plaintiff are unable to reach agreement on the content or structure of the draft Joint Status Report.

For two reasons, we also disagree with the suggested courses of action suggested in your most recent email.

First, the manner and timing in which Defendants have responded to our initial draft Joint Status Report have been unreasonable, which makes it impossible to resolve the outstanding disagreements regarding the structure and content of the Joint Status Report. I sent you our initial draft Joint Status Report on Sunday, May 5 (which I prepared while out of town attending my youngest son's college graduation in Salt Lake City, Utah). Because the Court ordered the Joint Status Report to be filed <u>today</u> (on Tuesday, May 7, 2024), my May 5 email stated: "Please let us know <u>on Monday, May 6, 2024</u> if the Defendants have any problems or issues that would require substantial revisions" (emphasis added).

We did not receive any proposed edits – or any indication that revisions would be requested – until you sent us an edited version at 11:31 am CT today (Tuesday, May 7). Although my colleagues and I have had other commitments throughout the day today, I sent you an updated draft at 2:01 pm CT today, which accepted most of your substantive edits except for a single paragraph containing argument in support of Defendants' proposed Adjusted Case Schedule. I explained that this paragraph was not acceptable because (i) no similar paragraph existed in the corresponding section setting forth Plaintiff's proposed Adjusted Case Schedule, and (ii) the draft reflected a mutual agreement (which your edits did not change) that the parties on Tuesday, May 14 would file a memo supporting each side's respective proposed Adjusted Case Schedule.

Your latest email – containing a <u>second</u> round of substantial edits – was not sent until 4:42 pm CT today. This does not leave sufficient time to address areas of disagreement, to make appropriate additional changes, to exchange relevant drafts, and to get any "joint" version of the status report filed today.

Second, because the Court has <u>ordered</u> both sides to file the status report(s) today, we also disagree with your most recent email's "position" that "it would not be a major issue with the Court if the [Joint Status Report] were to be filed tomorrow, or even Thursday, should it be needed."

Respectfully, Mr. Henneberg believes it is important to <u>comply</u> with what the Court has ordered. Additionally, based on the inability of Defendants and Plaintiff to reach agreement on straightforward issues – such as case scheduling, and even the structure of simple filings with the Court – we do not have confidence that any number of further discussions and exchanges would permit the parties to reach agreement on relevant issues to be reflected in any Joint Status

Report.  Indeed, all versions of the "Joint Status Report" that have been exchanged contain descriptions of the parties' disagreement about relevant issues, and as reflected in your successive rounds of revisions, Defendants will not even express agreement with a dispassionate and even-handed description of these disagreements.

Accordingly, Plaintiff will proceed tonight with the filing of a status report that will be filed only on behalf of Plaintiff.  We will also file a motion requesting that the Court set a briefing schedule regarding the parties' respective proposed Adjusted Case Schedule and motions concerning Defendants' non-compliance and refusal or inability to comply with the Court's discovery rulings.

Regards,

Phil

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1165 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
philip.miscimarra@morganlewis.com | www.morganlewis.com