THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, et al. | ) | |
| | ) | Honorable Jeremy C. Daniel |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Wednesday, May 15, 2024** at **9:30 a.m.**, we shall appear before Honorable Jeremy C. Daniel or before any judge sitting in his stead, in Courtroom 1419, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the **Plaintiff's Status Report in Response to 4/30/2024 Order and Motion for Briefing Schedule**, a copy of which is hereby served upon you.

Respectfully submitted,

By: */s/ Philip A. Miscimarra*

Philip A. Miscimarra
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com

Dated: May 7, 2022

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on May 7, 2024 upon all counsel of record.

/s/ *Philip A. Miscimarra*
Philip A. Miscimarra