# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg

                Plaintiff,

v.                                    Case No.: 1:19–cv–07380

                                    Honorable Jeremy C. Daniel

Tom Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Discovery conference held (off the record). The defendants report that they are preparing a production for the plaintiffs. The defendants shall produce those documents on or before June 7, 2024. The defendants also report that they cannot produce a summary spreadsheet as previously ordered [167] because it is beyond the capability of the software used to maintain those records and because they have no obligation to create documents for the purpose of discovery. The summary spreadsheet was an attempt by the Court to reduce the burden on the defendants by having the plaintiff review the summary spreadsheet and identify potentially responsive documents. The inability to provide the spreadsheet does not mean, however, that the defendants do not have to produce responsive documents. The Court discussed potential ways the defendant can identify and produce responsive documents. The defendants must develop a plan to identify and produce responsive documents. That plan is due on or before June 7, 2024, and should be filed with the Court. Prior to June 7, 2024, the parties shall confer on any remaining discovery issues, including the defendants' plan for identifying and producing responsive incident reports. Going forward, each party must raise discovery disputes in a two–page letter (single–spaced, 12–point font) filed with the Court. The Court anticipates monthly status hearings with the parties to ensure discovery is on track. Ideally, the parties will file letters concerning discovery disputes three days prior to the hearing; however, parties may file a discovery dispute letter anytime after meeting and conferring with opposing counsel. The Court will address the parties' letters at the status hearing (or will set a hearing after receiving unscheduled discovery letters). Status hearing set for June 11, 2024, at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.