UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.: 19-cv-07380 |
| | ) | 19-cv-07382 |
| v. | ) | 19-cv-07883 |
| | ) | |
| TOM DART, SUSAN SHEBEL, R.N., JOHN DOE MEDICAL DEFENDANTS, CORRECTIONAL OFFICER JORGE ARIAS, and COOK COUNTY, ILLINOIS, et al., | ) ) ) ) ) | Honorable Jeremy C. Daniel |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PLAN REGARDING**
**IDENTIFICATION AND PRODUCTION OF RESPONSIVE DOCUMENTS**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, ILLINOIS, by and through their attorneys, Jason E. DeVore, Troy S. Radunsky, and Zachary G. Stillman, of DeVore Radunsky LLC, and pursuant to this Court's May 15, 2024, Order (ECF No. 181), provide the following plan to identify and produce responsive documents to Plaintiff:

**2010-2014 Incident Report Data**

Following the May 15, 2024, Status Hearing, Defendant Cook County Sheriff Thomas J. Dart and the Cook County Sheriff's Office (CCSO) conducted a detailed search of CCSO's archival servers containing the IMACs incident report data. Defendants extracted IMACS incident report data from February 25, 2012, through October 26, 2014, in spreadsheet format.[1] The IMACs incident data was filtered to a smaller subset of incidents using the same text search queries as used in the 2015-2019 search, but only as applied to the extracted freeform written incident narrative

---

[1] There are no digital incident reports available in the IMACS system from prior to February 15, 2012. It appears that prior to that date, Incident Reports were handled solely in hard copy formats. The CCOMs system, used currently, came into use on October 26, 2014, replacing the IMACs system at CCDOC.

fields. Another spreadsheet, documenting incident report data as tracked by CCOMs for the period of October 26, 2014, through December 31, 2014, was also produced, pursuant to the same queries and searches as the 2015-2019 incident report spreadsheet previously produced to Plaintiff.

## IMACs Spreadsheet

CCSO determined that there were approximately 38,000 incidents tracked during the tenure of the system's use (February 15, 2012, through October 26, 2014). Using identical word filtering searches from previous searches in CCOMs, applied strictly to three freeform text fields intended for incident narratives, produced a total of 901 incidents, and those are being produced in an IMACs incident report data spreadsheet.

## CCOMs Spreadsheet

IMACs fell into non-use, and the CCSO began using the CCOMs system, on October 26, 2014. Accordingly, using an identical search to that used for the 2015-2019 time period, incident reports were pulled from CCOMs for the period of October 26, 2014, through December 31, 2014. A total of 75 incidents were identified, as reflected in the spreadsheet being produced by Defendants.

## 2010 - February 15, 2012, Incident Reports

As noted above, CCDOC did not possess electronic incident report tracking capabilities until February 15, 2012, when IMACs gained such capacities. Prior to February 15, 2012, Incident Reports were kept in hard copy format. Hard copies from 2010 through 2012 have since been disposed pursuant to active record retention policies. Plaintiff is invited to review Defendants' production materials stamped as CCSAO 002385 – 002557, which reflect the policies and records regarding document destruction.

Respectfully Submitted,

**Defendants**

By:   */s/ Jason E. DeVore*
      Jason E. DeVore, One of the Attorneys
      for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

### CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that Defendants' Plan to Identify and Produce Responsive Documents, pursuant to ECF No. 181, was filed on June 7, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

      */s/ Zachary Stillman*
      Zachary Stillman