**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Donald Henneberg
                        Plaintiff,

v.                                         Case No.: 1:19–cv–07380
                                                Honorable Jeremy C. Daniel

Tom Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. The defendant has produced several spreadsheets and approximately 1,000 incident reports. The plaintiff will review the produced documents and report as to the sufficiency of the production. The plaintiff's report is due on or before 7/3/2024. Status hearing set for 7/9/2024 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.