**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

DONALD HENNEBERG
                                    Plaintiff,

v.                                                                                                          Case No.: 1:19−cv−07380
                                                                                                      Honorable Jeremy C. Daniel

TOM DART, et al.
                                    Defendants.

**PLAINTIFF'S INTERIM REPORT REGARDING SUFFICIENCY OF DEFENDANTS' JUNE 7, 2024 DOCUMENT PRODUCTION**

Pursuant to the Court's June 11, 2024 Order (Dkt. 186), Plaintiff Donald Henneberg, through his attorneys, submits this interim report regarding Defendants' June 7, 2024, document production ("Defendants' Production"). Defendants' Production encompasses approximately 300,000 pages of documents, which appear to include (i) roughly 974 incident reports from 2010-2014; (ii) roughly 15,774 grievances from 2010-2014; (iii) an excel spreadsheet reflecting roughly 31,000 optometrist requests; and (iv) roughly 240 pages of training policies and manuals. Since June 11, 2024, Plaintiff's counsel has been processing and reviewing Defendants' Production, and further has arranged for eData personnel within Morgan Lewis & Bockius LLP to facilitate a more granular assessment by Plaintiff's counsel of the extent to which Defendants' Production does and/or does not respond appropriately to the discovery requests previously served on Defendants and the Court's orders relating to those requests. Plaintiff's review and assessment remain ongoing. Based on the nature of Defendants' Production and the additional work required to permit a meaningful assessment of whether it is appropriately responsive to relevant discovery requests and Court orders, Plaintiff will file a supplemental report regarding these issues no later than July 31, 2024. By that date, to the extent that Plaintiff's assessment reveals that particular

deficiencies exist, Plaintiff will also seek to engage Defendants' counsel in appropriate meet-and-confer discussions with a view towards resolving those issues. Plaintiff appreciates the Court's attention to this matter.

Dated: July 3, 2024                              Respectfully submitted,

By: */s/ Philip A. Miscimarra*
Philip A. Miscimarra
Maria E. Doukas
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on July 3, 2024, upon all counsel of record.

_Philip A. Miscimarra_
Philip A. Miscimarra