## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg
                           Plaintiff,

v.                                             Case No.: 1:19–cv–07380
                                                    Honorable Jeremy C. Daniel

Tom Dart, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. The plaintiff's request to issue 5 additional interrogatories to Defendants Dart and Cook County is granted. The defendants will have 30 days after service to respond to these interrogatories. The defendants shall either (1) make grievances related to phone−related assaults that occurred in 2017−2019 available for inspection or (2) copy or scan the paper records and produce them to the plaintiff. If the former, then the plaintiff shall identify responsive documents during his inspection and the parties shall split the costs of copying or scanning those documents. Joint status report due August 8, 2024; the status report shall address any remaining discovery issues and provide a timeline for the close of fact discovery. Status hearing set for August 15, 2024, at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.