UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DONALD HENNEBERG

                Plaintiff,

v.                                                Case No.: 1:19−cv−07380

                                                      Honorable Jeremy C. Daniel

TOM DART, et al.

                Defendants.

**PLAINTIFF'S SUPPLEMENTAL STATUS REPORT REGARDING SUFFICIENCY OF DEFENDANTS' JUNE 7, 2024 DOCUMENT PRODUCTION**

As indicated in Plaintiff's July 3, Interim Report (Dkt. 187), Plaintiff submits this supplemental status report regarding Defendants' June 7, 2024, document production ("Defendants' Production"). Plaintiff continues to review and process Defendants' Production, which encompasses approximately 300,000 pages of documents and includes (i) roughly 974 incident reports from 2010-2014; (ii) roughly 15,774 grievances from 2010-2014; (iii) an excel spreadsheet reflecting roughly 31,000 optometrist requests; and (iv) roughly 240 pages of training policies and manuals. Since Plaintiff's prior July 3 Interim Report, we have arranged for eData personnel within Morgan Lewis & Bockius LLP to facilitate, and continue with, a more granular assessment by Plaintiff's counsel of the extent to which Defendants' Production does and/or does not respond appropriately to the discovery requests previously served on Defendants and the Court's orders relating to those requests. At this juncture, while Plaintiff's review and assessment remain ongoing, Defendants' Production generally appears to be responsive to Plaintiff's requests, although Plaintiff has to date identified certain deficiencies that Plaintiff anticipates addressing with Defendants' counsel, summarized below:

1. <u>Incident Reports (2010-2014)</u>: Defendants' Production includes information from January to April 2014, but does not appear to include information for the rest of 2014, from May to December.

2. <u>Optometrist Requests (2015-2019)</u>: Defendants' Production includes information about optometrist requests by inmates and, for example, notes "arrangements for inmate eyeglasses," but Defendants' Production does not appear to reflect whether, and when, these appointments, if any, actually occurred and/or the outcome of such requests.

Plaintiff intends to raise these issues with Defendants' counsel with an eye towards resolving them without the need for the Court's involvement. Plaintiff appreciates the Court's attention to this matter.

Dated: July 31, 2024

Respectfully submitted,

By: *Philip A. Miscimarra*
Philip A. Miscimarra
Maria E. Doukas
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Phone: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
maria.doukas@morganlewis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on July 31, 2024, upon all counsel of record.

Philip A. Miscimarra