#### UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG,<br><br>                Plaintiff,<br><br>v.<br><br>TOM DART, et al.<br><br>                Defendants. | Case Nos. 19-cv-07380<br>               19-cv-07382<br>               19-cv-07883<br><br>Honorable Jeremy C. Daniel |

#### PLAINTIFF'S STATUS REPORT

Plaintiff Donald Henneberg submits this Status Report on behalf of Plaintiff, after unsuccessfully attempting to secure the agreement of Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Correctional Officer Jorge Arias, and Cook County, Illinois on a Joint Status Report. Defendants' Counsel did not place Plaintiff's Counsel on notice of their disagreement with the draft Joint Status Report until roughly 7:00 p.m. in the evening that the Court ordered the parties' Joint Status Report to be filed. Accordingly, this Plaintiff's Status Report responding to the Court's July 9, 2024 Order, which stated: "Joint status report due August 8, 2024; the status report shall address any remaining discovery issues and provide a timeline for the close of fact discovery." (Dkt. 189.) Plaintiff therefore sets forth below a summary of the parties' collective efforts to advance fact discovery and the issues that remain outstanding, followed by Plaintiff's proposed timeline for the close of fact discovery.

**I.    Status of Ongoing Fact Discovery and Summary of Outstanding Issues**

    **A.    Written Discovery**

Plaintiff issued his Third Set of Requests to Produce Documents to Defendants on June 21, 2024. Defendants served their responses and objections to Plaintiff's requests on July 30, 2024, and Defendants produced five additional documents (approx. 17 pages). Plaintiff continues to

evaluate the sufficiency of Defendants' responses to these requests and will attempt to resolve with Defendants any potential disputes without need for the Court's intervention.

Plaintiff also issued five additional interrogatories to Defendants on July 11, 2024, as permitted by the Court's July 9, 2024 order (Dkt. 189). Defendants' responses and objections to such interrogatories were served on Plaintiff's Counsel on August 8, 2024.

### B. Collection and Review of Additional Document Productions

Plaintiff continues to review and evaluate Defendants' various document productions. Specifically, Plaintiff continues to work through the roughly 300,000 pages of documents Defendants produced in May 2024, as summarized in the Court's minute entry on May 15, 2024 (Dkt. 181), and further described in Plaintiff's latest status update on July 31, 2024 (Dkt. 190). As noted in the July 31, 2024 update, Plaintiff has identified certain questions about this production, but expects to resolve these and any others with Defendants without need for Court involvement.

Plaintiff also has been collaborating with Defendants' counsel to facilitate the collection and review of grievances related to phone-related assaults during the period of 2017 through 2019, as reflected in the Court's July 9, 2024 order (Dkt. 189). Defendants have reported to Plaintiff that, for the three years from 2017-2019, there are a combined total of around 50,000 grievances in 48 separate boxes. The Parties continue to evaluate and discuss the most efficient and cost-effective way to collect these materials and identify those relevant to this case. Plaintiff hopes to address this with Defendants in a mutually agreeable manner and without need for Court intervention.

### C. Other Outstanding Issues

After completing discovery that is currently outstanding or pending review, Plaintiff anticipates there will be follow-up discovery and depositions relating to incidents reflected in

reports, grievances and other documents produced by Defendants, relevant policies, the identification of responsible personnel, and potential third-party discovery, among other things.

## II.     Proposed Timeline for the Close of Fact Discovery

To start, Plaintiff appreciates the Court's attention to this case and believes that continuing holding a monthly status hearing, as the Court has done over the past several months, has been extremely productive and helpful, and Plaintiff's proposed timeline for the close of fact discovery assumes that the Court will be willing to continue this practice through the close of Fact Discovery. This process allows the parties to update the Court on the progress of discovery and raise any potential disputes in an efficient and timely manner. This also permits the parties to propose a case schedule without including interim deadlines for discovery motions and related events. With the assumption that the Court will continue monthly hearings, Plaintiff proposes the following timeline from the present through the close of fact discovery, which Plaintiff submits should be scheduled to occur nine months from the date of this Plaintiff's Status Report.

1. <u>September 30, 2024</u>: Deadline for completing work associated with the review of grievance documents and other documents produced by the Defendants in the past several months, and for cost-sharing payments to be made.

2. <u>October 1, 2024 to February 28, 2025</u>: Follow-up discovery based on documents and depositions taken to date, including follow-up discovery and depositions relating to incidents reflected in reports and grievances produced by Defendants, relevant policies and responsible personnel, and third party discovery.

3. <u>March 7, 2025</u>:  Deadline to serve all supplemental or all other written discovery (*60 days before close of fact discovery*)

4. <u>April 8, 2025</u>:  Parties to respond to any outstanding written discovery (*30 days before close of fact discovery*)

5. <u>April 17, 2025</u>:  Deadline to file any motion raising fact discovery disputes (*21 days before close of fact discovery*)

6. <u>May 8, 2025</u>:  All non-expert discovery to be completed (*9 months from now*)

Respectfully submitted,

By: */s/ Philip A. Miscimarra*
    PHILIP A. MISCIMARRA
    MARIA E. DOUKAS
    MORGAN, LEWIS & BOCKIUS LLP
    110 N. Wacker Drive, Suite 2800
    Chicago, Illinois 60606-1511
    Phone: 312.324.1000
    Fax: 312.324.1001
    philip.miscimarra@morganlewis.com
    maria.doukas@morganlewis.com

    *Attorneys for Plaintiff*

    Dated: August 8, 2024

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via CM/ECF on August 8, 2024 upon all counsel of record.

                                                */s/ Philip A. Miscimarra*
                                                Philip A. Miscimarra