**Exhibit 3**

**Email Thread re: Henneberg | 2017-2019 Grievance Materials – Alternative Proposal**

**Archived:** Monday, August 12, 2024 6:02:35 PM
**From:** Zachary Stillman
**Mail received time:** Fri, 9 Aug 2024 13:34:43
**Sent:** Fri, 9 Aug 2024 17:34:31
**To:** Guyette, John  Miscimarra, Philip A.  Hill, Melissa D.  Russell, Matthew A.  Hawkins, Brent A.  Doukas, Maria E.  MLB Henneberg Litigation
**Cc:** Troy Radunsky  Jason DeVore  Law Clerks
**Subject:** Henneberg | 2017-2019 Grievance Materials - Alternative Proposal
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]
Hi John,

We discussed this with our client today.

We do not agree to your proposal. The agreement to split the cost of imaging was only with regard to the relevant identified subset of materials following your office's review of the paper originals, not the entire production of 2017-2019 grievances.

Our clients will not agree to spending 10-15k for complete reproduction of these materials. Particularly not before any attempt or good faith effort has even been made to set up a time to look at the materials initially.

If you want to image everything now, and are willing to cover the entire cost, please let me know and I will help to facilitate.

Otherwise, please get back to me about the prior requested details at your earliest convenience.

Thank you,
Zachary



### Zachary G. Stillman
Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Wednesday, August 7, 2024 7:22 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A.

&lt;brent.hawkins@morganlewis.com&gt;; Doukas, Maria E. &lt;maria.doukas@morganlewis.com&gt;; MLB Henneberg Litigation &lt;MLBHennebergLitigation@morganlewis.com&gt;
**Cc:** Troy Radunsky &lt;tradunsky@devoreradunsky.com&gt;; Jason DeVore &lt;jdevore@devoreradunsky.com&gt;; Law Clerks &lt;LawClerks@devoreradunsky.com&gt;
**Subject:** Re: Henneberg | 2017-2019 Grievance Materials - Review of Originals

John

We will discuss with our clients and let you know what we determine.

There is also a Joint Status Report due on Thursday at this time. Could you please get us a draft today?

Thank you,
Zachary



### Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Guyette, John &lt;john.guyette@morganlewis.com&gt;
**Sent:** Monday, August 5, 2024 8:59 PM
**To:** Zachary Stillman &lt;zstillman@devoreradunsky.com&gt;; Miscimarra, Philip A. &lt;philip.miscimarra@morganlewis.com&gt;; Hill, Melissa D. &lt;melissa.hill@morganlewis.com&gt;; Russell, Matthew A. &lt;matthew.russell@morganlewis.com&gt;; Hawkins, Brent A. &lt;brent.hawkins@morganlewis.com&gt;; Doukas, Maria E. &lt;maria.doukas@morganlewis.com&gt;; MLB Henneberg Litigation &lt;MLBHennebergLitigation@morganlewis.com&gt;
**Cc:** Troy Radunsky &lt;tradunsky@devoreradunsky.com&gt;; Jason DeVore &lt;jdevore@devoreradunsky.com&gt;; Law Clerks &lt;LawClerks@devoreradunsky.com&gt;
**Subject:** RE: Henneberg | 2017-2019 Grievance Materials - Review of Originals

Zach,

Following up on my July 31, 2024 email (below), given the volume of documents, plaintiff has been exploring the option of having a third-party vendor scan/image all of the hard copy grievance documents from 2017-19. Without knowing what exactly is contained in each of the boxes, we asked for cost estimates based on certain assumptions, noted below, and have a rough ballpark estimate of $20,000 to $25,000. Again, this is a rough estimate and could fluctuate up or down depending on the contents of each of the boxes. Because we know this expense will be shared equally by the parties, we tried to explore the most cost-conscious options and believe this is the most efficient and effective path forward. Let us know if you're open to this proposal and we can work out the specific logistics of date, time, location, etc.

**Assumptions:**
- 50 boxes
- 2,500 pages/box

- 125,000 pages
- No glasswork, color or over-sized originals

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com



**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Wednesday, July 31, 2024 7:52 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Henneberg | 2017-2019 Grievance Materials - Review of Originals

Zach,

We appreciate the information provided in your July 16, 2024, email (below) regarding the 48 boxes containing approximately 50,000 grievances from 2017-19. We are evaluating various options given the large quantity of documents and are currently trying to assess the most efficient, cost-effective approach. We will respond with our suggested proposal once our assessment is complete.

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com



**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Thursday, July 25, 2024 11:32 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>

**Subject:** Re: Henneberg | 2017-2019 Grievance Materials - Review of Originals

Good Morning,

Just following up regarding the correspondence below.

Please get back to us at your earliest convenience regarding the requested details so we can figure out a mutually agreeable time and plan logistically for the review to occur.

Thank you,
Zach



### Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Tuesday, July 16, 2024 9:48 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Henneberg | 2017-2019 Grievance Materials - Review of Originals

Good Morning,

We have spoken with our clients and convinced them to allow review of the original grievance materials, with costs then split for reproduction of those materials identified as relevant.

As has been stated previously, we have the precise location for these boxes, and they can be moved promptly for review when the time comes.

**There are 20,579 grievances for 2017, contained within 17 boxes. 15,670 grievances for 2018, contained within 17 boxes. 13,667 grievances for 2019, contained within 14 boxes.**

Before we do take any action with regard to these materials, please confirm that you are interested in doing a review for relevant materials for reproduction. We will then also need an estimate of how many individuals would be sent to review, and the expected time necessary to complete said review. These details will help to determine the size of the space needed to be prepared, as well as how long such space will need to be reserved.

Once we have those details and discuss the same with our clients, we can start to figure out actual dates for the review to occur.

Thank you,
Zachary



### Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Thursday, July 11, 2024 9:40 AM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Henneberg - Plaintiff's Third Set of Interrogatories to Defendants Dart and Cook County

> Some people who received this message don't often get email from john.guyette@morganlewis.com. Learn why this is important

Zach, Troy, Jason –

Pursuant to the Court's July 9, 2024, order (Dkt. 189), please find the attached third set of interrogatories for defendants Dart and Cook County.

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com

