# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg

                       Plaintiff,

v.                                                Case No.: 1:19–cv–07380

                                                      Honorable Jeremy C. Daniel

Tom Dart, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff has identified a vendor that will collect, digitize, and return the 2017–2019 inmate grievances at an estimated cost of $20,000 to $25,000. For the reasons stated on the record, the Court finds this to be the most cost–effective means of producing these records and orders the parties to split the costs (not to exceed $12,500 per side). The Court enters and continues the plaintiff's objections to the defendants' interrogatory responses outlined in Dkt. No. [193]. Status hearing set for 9/12/2024 at 9:30 a.m. The parties shall submit a status report one week prior to the next status hearing. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.