UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, | |
| Plaintiff, | Case Nos. 19-cv-07380 |
| | 19-cv-07382 |
| v. | 19-cv-07883 |
| TOM DART, et al. | Honorable Jeremy C. Daniel |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Donald Henneberg and Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Correctional Officer Jorge Arias, and Cook County, Illinois, by their respective attorneys, submit this Joint Status Report pursuant to this Court's August 15, 2024, Order. (ECF No. 194.) The Parties therefore set forth below the requested status report:

**I.    Status of Ongoing Fact Discovery**

**A.    Digital Production of 2017-2019 Grievance Materials**

Defendants have signed the Scope of Work Agreement with Plaintiff's scanning vendor and will be working shortly to arrange for the pick-up of the materials. Defendants are in compliance with all court orders and discovery deadlines at this time.

**B.    Plaintiff's Ongoing Review of Documents**

Plaintiff continues to review and evaluate the roughly 300,000 pages of documents Defendants produced in May 2024, as noted in Plaintiff's last status update on August 8, 2024 (Dkt. 191). Although Plaintiff has identified certain questions about this production, Plaintiff expects to resolve these issues with Defendants without need for Court involvement. As noted above, the parties have engaged a third-party vendor to facilitate the collection and review of grievances related to phone-related assaults during the period of 2017 through 2019, as reflected in the Court's July 9, 2024 order (Dkt. 189). That process remains ongoing.

**C.    Other Outstanding Issues**

Upon completing the discovery that is currently outstanding or pending review, the Parties anticipate additional follow-up discovery demands and depositions may be necessary relating to incidents reflected in reports, grievances and other documents produced by Defendants, relevant policies, the identification of responsible personnel, and potential third-party discovery, among other things.

Respectfully submitted,

By: */s/ Philip A. Miscimarra*
    PHILIP A. MISCIMARRA
    MARIA E. DOUKAS
    MORGAN, LEWIS & BOCKIUS LLP
    110 N. Wacker Drive, Suite 2800
    Chicago, Illinois 60606-1511
    Phone: 312.324.1000
    Fax: 312.324.1001
    philip.miscimarra@morganlewis.com
    maria.doukas@morganlewis.com

    *Attorneys for Plaintiff*

    Dated: September 5, 2024

By: */s/ Jason Edward DeVore*
    JASON E. DEVORE ARDC No. 6242782
    TROY S. RADUNSKY ARDC No. 6269281
    DEVORE RADUNSKY LLC
    230 W Monroe St, Ste 230
    Chicago, IL 60606
    Phone: (312) 300-4479
    Fax: (312) 674-7423
    tradunsky@devoreradunsky.com
    jdevore@devoreradunsky.com

    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on September 5, 2024 upon all counsel of record.

/s/ *Zachary G. Stillman*
Zachary G. Stillman