# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donald Henneberg

                     Plaintiff,

v.                                       Case No.: 1:19–cv–07380
                                                   Honorable Jeremy C. Daniel

Tom Dart, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The Court has reviewed the parties' status report. Given that the parties are working to scan and review documents, the Court continues the 9/12/24 to 10/10/24 at 9:30 a.m. The parties shall submit a status report on or before 10/3/24 that addresses the status of discovery and identifies any discovery disputes. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.