UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG,<br><br>                      Plaintiff,<br><br>    v.<br><br>TOM DART, et al.<br><br>                      Defendants. | Case Nos. 19-cv-07380<br>             19-cv-07382<br>             19-cv-07883<br><br>Honorable Jeremy C. Daniel |

**JOINT STATUS REPORT**

Plaintiff Donald Henneberg and Defendants Sheriff Thomas Dart, Susan Shebel, R.N., Correctional Officer Jorge Arias, and Cook County, Illinois, by their respective attorneys, submit this Joint Status Report pursuant to this Court's August 15, 2024, Order. (Dkt. 194.) The Parties therefore set forth below the requested status report:

**I.    Status of Ongoing Fact Discovery**

    **A.    Digital Production of 2017-2019 Grievance Materials**

The Parties engaged Plaintiff's scanning vendor, who recently collected and is in the process of scanning approximately 50 boxes of materials.

    **B.    Ongoing Discovery**

Plaintiff continues to review and evaluate the roughly 300,000 pages of documents Defendants produced in May 2024, as noted in Plaintiff's August 8, 2024 update (Dkt. 191). As noted above, the parties have engaged a third-party vendor who has collected and is in the process of scanning grievances related to phone-related assaults during the period of 2017 through 2019, as reflected in the Court's July 9, 2024 order (Dkt. 189). That process remains ongoing.

On September 6, 2024, Plaintiff served a Rule 30(b)(6) notice of deposition upon Defendants Sheriff Dart and Cook County outlining 11 deposition topics ("Plaintiff's Deposition Notice"). The parties met and conferred on September 26, 2024 to discuss further Plaintiff's Deposition Notice and anticipate that they will be able to resolve any potential issues without Court involvement.

Defendants provided a formal written response on October 2, 2024. Defendants also informed Plaintiff that because counsel for Defendants has a 3-4-week trial in another matter in November, they do not anticipate being able to schedule and conduct any depositions related to designated 30(b)(6) witnesses until early December. Plaintiff indicated his willingness to work with Defendants on scheduling and do not anticipate any issues.

### C. Other Outstanding Issues

Upon completing the discovery that is currently outstanding or pending review, Plaintiff anticipates additional follow-up discovery demands and depositions may be necessary relating to incidents reflected in reports, grievances and other documents produced by Defendants, relevant policies, the identification of responsible personnel, and potential third-party discovery, among other things.

Defendants do not feel any further discovery is necessary.

Respectfully submitted,

By: */s/ John P. Guyette*
    PHILIP A. MISCIMARRA
    MARIA E. DOUKAS
    JOHN P. GUYETTE (ADMITTED PRO HAC VICE)
    MORGAN, LEWIS & BOCKIUS LLP
    110 N. Wacker Drive, Suite 2800
    Chicago, Illinois 60606-1511
    Phone: 312.324.1000
    Fax: 312.324.1001
    philip.miscimarra@morganlewis.com
    maria.doukas@morganlewis.com
    john.guyette@morganlewis.com

    *Attorneys for Plaintiff*

Dated: October 3, 2024

By: */s/ Jason Edward DeVore*
    JASON E. DEVORE ARDC No. 6242782
    TROY S. RADUNSKY ARDC No. 6269281
    DEVORE RADUNSKY LLC
    230 W Monroe St, Ste 230
    Chicago, IL 60606
    Phone: (312) 300-4479
    Fax: (312) 674-7423
    tradunsky@devoreradunsky.com
    jdevore@devoreradunsky.com

    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on October 3, 2024 upon all counsel of record.

*/s/ John P. Guyette*
John P. Guyette
