**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2**
**Eastern Division**

Donald Henneberg

                       Plaintiff,

v.                                         Case No.: 1:19–cv–07380
                                              Honorable Jeremy C. Daniel

Tom Dart, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 4, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The Court has reviewed the parties' status report and appreciates the parties working to resolve issues. The parties should be prepared to discuss a discovery schedule at the upcoming status hearing. The Court intends to set a date for the close of fact discovery at that status hearing. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.