# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Donald Henneberg
                              Plaintiff,

v.                                                        Case No.: 1:19–cv–07380
                                                              Honorable Jeremy C. Daniel

Tom Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. Fact discovery now closes April 30, 2025. The parties shall submit a status report concerning fact discovery on or before January 31, 2025. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.