# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Donald Henneberg
                         Plaintiff,

v.                                                 Case No.: 1:19–cv–07380
                                                             Honorable Jeremy C. Daniel

Tom Dart, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Telephone status hearing held. Rule to show cause hearing set for April 9, 2025, at 1:00 p.m. The plaintiff shall identify any outstanding discovery issues, including issues related to his prior motion to compel, on or before March 26, 2025. The plaintiff shall denote which issues related to the Court's prior rulings, which are the subject of the rule to show cause. The defendants shall respond to those issues on or before April 2, 2025. Each party's filing shall be in letter format and shall not exceed five pages. At the hearing, to the extent that the defendants contend no records exist, the defendants shall produce a witness who can testify as to the steps taken to locate documents and the results of any searches for documents. As the Court noted during the status hearing, one purpose of this hearing is to determine whether the parties have substantially complied with the Court's prior orders. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.