**Exhibit 3**

*Plaintiff's 3/18/2025 Email Reply to Defendants' 3/18/2025 Response*

| | |
|---|---|
| **From:** | Miscimarra, Philip A. |
| **Sent:** | Tuesday, March 18, 2025 12:02 PM |
| **To:** | Troy Radunsky; Jason DeVore; Zachary Stillman |
| **Cc:** | Doukas, Maria E.; Guyette, John; Hawkins, Brent A.; Hill, Melissa D.; Russell, Matthew A.; Gordon, Tim |
| **Subject:** | Henneberg v. Dart, Cook County et al. – Plaintiff's Disagreement with Your Letter Sent Today |
| **Attachments:** | 03.13.25 LPA (Response to 2.25.25 email discovery issues)(407436.1).pdf |

Dear Troy (and Jason and Zach):

It appears that your letter just sent today (copy attached) was timed to coincide with the status hearing before Judge Daniel that is scheduled for tomorrow. We believe the points raised in your letter are without merit, and the items raised in my February 25, 2025 email were, in fact, encompassed within existing discovery requests. The existence of some responses by Defendants that purported to address particular discovery responses does not mean those responses were adequate and, as you know, there was extensive briefing regarding the insufficiency of Defendants' responses which resulted in the rulings by Judge Daniel which, in part, are referenced in my February 25, 2025 email. Our failure to respond more fully to other matters addressed in your letter should not be construed as any suggestion that we agree with them.

I hope that all else remains well with you.

Regards,

Phil Miscimarra

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com

