**<u>Exhibit 6</u>**

*Defendants' Counsel's 3/4/2025 Email Canceling Don Beachem Deposition*

**Archived:** Tuesday, March 25, 2025 8:26:42 PM
**From:** Troy Radunsky
**Mail received time:** Tue, 4 Mar 2025 10:35:18
**Sent:** Tue, 4 Mar 2025 15:34:59
**To:** Gordon, Tim
**Cc:** Jason DeVore Hill, Melissa D.
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues: Topics 10-11
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]
Good morning Tim,

Our chain regarding the scheduling of Mr. Beachum's dep is below. My apologies. I somehow confused the dates and times of his dep. Cant recall the last time I did that? Its embarrassing and should not have happened. None of this is your fault. We docketed his dep for March 5 and his dep prep for today. Illinois has a state holiday on March 3 (Casmir Pulaski Day). He was off work due to the holiday which is why we moved his initial dep date from March 3. When we asked you to move the date, I should have requested the deposition to proceed on March 5, not on March 4, so that we could meet with our client on March 4. It was inadvertent and unintentional. Like you, we have no interest in delaying the dep. We want to get it done. As mentioned, we have the deposition scheduled for tomorrow at 10:00 AM Central Standard Time, but if another time tomorrow is more convenient, we will discuss it with our witness and it shouldn't be an issue. If you want us to produce on another date, perhaps later this week, let us know. Again, we apologize for the inconvenience and will work together to get this done.


Thanks,


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*


[Preceding Email Chain Omitted]