# Morgan Lewis

**Peter M. Fay**
101 Park Avenue | New York, NY 10178-0060
+1.212.309.6000
Peter.fay@morganlewis.com

March 28, 2025

**<u>Filed and Served via ECF System</u>**

Clerk of Court for The Honorable Jeremy C. Daniel
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: Request for the Clerk of Court to Refund Filing Fee – Henneberg v. Dart et al. Case No. 1:19-cv-07380

To whom it may concern:

I respectfully request that the filing fee of $150.00 bearing receipt no. AILNDC-23254968 be refunded to the charged credit card. This filing fee was made in error and is a duplicate payment. The separate $150.00 filing fee bearing receipt no. AILNDC-23255014 corresponds to the March 25, 2025 Motion for Leave to Appear Pro Hac Vice (Dkt. 210) and was the intended payment. Payment confirmations for both receipt nos. are attached to this request as Exhibit 1.

Thank you for your time and assistance in resolving this matter.

Sincerely,

*[signature]*

Peter M. Fay