# **EXHIBIT 1**

**Fay, Peter M.**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, March 25, 2025 12:42 PM |
| **To:** | Fay, Peter M. |
| **Subject:** | Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT |

[EXTERNAL EMAIL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

  Account Number: 8345881
  Court: ILLINOIS NORTHERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: AILNDC-23254968
  Approval Code: 06782D
  Card Number: ************0879
  Date/Time: 03/25/2025 12:42:25 ET

NOTE: This is an automated message. Please do not reply

**Fay, Peter M.**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, March 25, 2025 12:47 PM |
| **To:** | Fay, Peter M. |
| **Subject:** | Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT |

[EXTERNAL EMAIL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

  Account Number: 8345881
  Court: ILLINOIS NORTHERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: AILNDC-23255014
  Approval Code: 09069D
  Card Number: ************0879
  Date/Time: 03/25/2025 12:46:35 ET

NOTE: This is an automated message. Please do not reply