EXHIBIT A

Page 1

1        IN THE UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF ILLINOIS

2             EASTERN DIVISION

3

  DONALD HENNEBERG,         )

4                   )

          Plaintiff,    )

5                   )

     v.              )   1:19-cv-07380

6                   )

  TOM DART, et al.,       )

7                   )

         Defendants.   )

8  _____)

9

10

11  The deposition of ROBERT BARKER, taken on behalf

12  of the defendant in the above-entitled case before

13  Debra L. Kleszyk, a Certified Shorthand Reporter

14  within and for the State of Illinois, taken

15  remotely via videoconference on April 19, 2024,

16  commencing at 10:58 a.m., pursuant to the Federal

17  Rules of Civil Procedure.  The witness was located

18  at Illinois River Correctional Center, Canton,

19  Illinois.

20

21

22

23

24

25

EXHIBIT A

Page 2

1                    A P P E A R A N C E S
2
3    MORGAN, LEWIS & BOCKIUS, LLP
     BY:  MR. MATTHEW A. RUSSELL
4    110 North Wacker Drive, Suite 2800
     Chicago, Illinois 60606
5    (312) 324-1000
     matthew.russell@morganlewis.com
6
        Appeared via videoconference on behalf of
7       the plaintiff
8
9
     DeVORE RADUNSKY, LLC
10   BY:  MR. TROY S. RADUNSKY
          MR. JASON E. DeVORE
11        MR. ZACHARY STILLMAN
          MS. ERIN WRIGHT
12   230 West Monroe Street, Suite 230
     Chicago, Illinois 60606
13   (312) 300-4479
     tradunsky@devoreradunsky.com
14
        Appeared via videoconference on behalf of
15      the defendants
16
17
18
19
20
21
22
23
24
25

EXHIBIT A

Page 26

1      Q.    -- that you can think of that there's

2    arguments and altercations over use of -- using

3    the phone?

4      A.    There probably was.  I just know that

5    -- I know the main thing was people was getting

6    cheated and they wasn't even touching the phones

7    like they should be and, you know.  So that's what

8    was going on, you know.  People was getting

9    cheated, so there was fights happening 'cuz they

10    can't call and check on their family and kids and

11    loved ones.

12      Q.    Back in 2019, Rob, in June were you

13    affiliated with any gang member?  It doesn't sound

14    like you were.

15      A.    No.

16      Q.    Okay.  Do you -- did you, yourself,

17    while you were at the jail back in 2019 get

18    involved in altercations over using the phone --

19      A.    Of course.

20      Q.    -- that you can recall?

21      A.    Of course.  Mostly all those cases

22    involved the phone.

23      Q.    Most of the altercations that you had

24    were related to use of the phone?

25      A.    Yes.