# EXHIBIT B

## Henneberg Discovery Timeline

11.14.21 – Cook County Responses to 1st Set RFP, ROG (CCSAO 000001 – 001719)

11.24.21 – Shebel Responses to 1st Set RFP, ROG (CCSAO 000001-001719)

12.21.21 – Dart Responses to 1st Set RFP, ROG (000001 – 000372, 001720 – 001761)

3.28.22 – Dart Supplemental Responses to 1st Set ROG, RFP (CCSAO 001762 – 001770, 001774, DIV10-2019-8189 Footage)

4.15.22 – Shebel Supplementary Responses to 1st Set RFP (Production of Shebel related materials CCSAO 001771-001773, 001775 – 001864)

**JUNE 2022 = Our Entry to Case**

7.22.22 – Plaintiff's 1st Set RFP, ROG to Arias

8.10.22 – Arias Responses to 1st Set RFP, ROG (Production of CCSAO 001834 - 001921)

1.4.23 Discovery Hearing – Plaintiff's first motion to compel granted re: incident reports related to phone assaults and glasses documentation

2.2.23 – 2015 to 2019 Telephone related Incident Report Spreadsheet Production (2178 Incidents)

2.27.23 – Jan to October 2015 Incident Report Spreadsheet Production

4.4.23 – Amended + Supplemental Production – Amended 001830 – 001921, Supplemental production of 001922-001996)

4.14.23 – TSR production of spreadsheet of CCOMs Incident Categories

5.5.23 – Plaintiff's 2nd Set ROG (13-30), 2nd Set RFP (21-38) to Cook County

      Plaintiff's 2nd Set ROG (20-24), 2nd Set RFP (32-43) to Arias

      Plaintiff's 2nd Set ROG (23-31), 2nd Set RFP (40-57) to Dart

      Plaintiff's 2nd Set ROG (15-19), 2nd Set RFP (24-33) to Shebel

5.23.23 – ZGS production of formal CCOMs incident Categories document (CCSAO 001998)

1

# EXHIBIT B

6.5.23 – Arias Answers to 2nd Sets ROG, RFP.

    Shebel Answers to 2nd Sets ROG, RFP

9.8.23 – Defendant Cook County Responses to 2nd Sets ROG, RFP

    Defendant Dart Responses to 2nd Set ROGS

9.16.23 – Defendant Dart Responses to 2nd Set RFP

9.21.23 – Production of expanded CCOMS incidents spreadsheet (https://devoreradunsky-mobility.imanage.work/work/link/f/ACTIVE!66114)

11.20.23 – Plaintiff Email re: objections to Dart/County Discovery and deficiencies in production

12.19.23 – Defs' Motion for Protective Order (Incident Report Production, Scott Jakubowski Deposition)

1.12.24 – Plaintiff's Opposed cross Motion to Compel Discovery and in Opposition to Defs' Motion for Protective Order

1.24.24 Supplemental Production of Video Footage from DIV10-2019-8189

2.2.24 – Defs' Response in Opposition to Cross Motion to Compel and Reply in Support of Defs' Motion for Protective Order

2.9.24 – Plaintiff's First Set of RFP to all Defendants re: Barker

2.21.24 – ORDER on MTC and MPO:

1. **Grievance reports (2017–2019):** Ordered produced.
2. **Incident/grievance reports (2010–2014):** Ordered to produce *summary spreadsheet* (similar to 2015–2019).
3. **Vision-related documents:** Ordered to produce *only* optometrist request records (other vision-related requests excluded).
4. **Deposition of Scott Jakubowski:** Ordered.

3.12.24 – Defendants' Response to Plaintiff's Barker RFP (Production of Barker Materials CCSAO 002030 – 002137)

6.7.24 – ZGS Production of 2.21.24 Order Materials https://devoreradunsky-mobility.imanage.work/work/link/d/ACTIVE!407651.1

- (1) 2017-2019 Grievances
    - CCSAO 233101 – 236638
- (2) 2010-2014 Incident Reports & Grievances
    - CCSAO 002385 – 233100
    - 2024-05-28 Copy of IMACs Henneberg Incidents - Exported results 2024-05-28_14-29-55_1.1.10-10.26.14.xlsx
    - 2024-05-28 Copy of CCSO_BIU_Henneberg_05222024_DRAFT_v1.0_10.26.14-12.31.14 Spreadsheet.xlsx
- (3) Optometrist Requests
    - Cermak_Health_Services_Optometry_Referral_Orders_2015_2019.xlsx
- (7) Training Policy and Procedure Materials
    - CCSAO 002138 – 002377
- This Certificate of Service

6.21.24 – Plaintiff's 3rd Set of RFP to Defendants

7.3.24 – Plaintiff Discovery Dispute Letter filed with Court

8.13.24 – Plaintiff Discovery Dispute Letter filed with Court

7.11.24 – Plaintiff's 3rd Set of ROGs to Cook County and Dart

7.30.24 – Defendants' Responses to Plaintiff's 3rd Set RFP (Production of Intake Health Screening Policies CCSAO 236639 – 236655)

8.8.24 – Cook County and Dart Responses to 3rd Set ROGs

    ALSO PRODUCED: Hospital and Specialty Care Policy CCSAO 236656 - 236658

10.3.24 Status report re discovery and disputes

10.11.24 Receipt of Scanned 2017-2019 grievances from complete legal by both parties

2.25.25 – Supplemental Production of Inmate Disciplinary Policies (CCSAO 236683 – 236762)

2.25.25 – Email from Plaintiff re: Outstanding Discovery

> Plaintiff identified major deficiencies in Defendants' discovery, alleging missing or incomplete responses across 11 categories related to:
>
> (1) telephone-related assaults (internal comms, policy changes, benchmarking, acknowledgment of issue, etc.) and
>
> (2) vision care (optometry referrals, appointment data, delays, contracts, costs, and internal comms).
>
> Plaintiff demanded full supplementation by 3.14.25 and warned of an impending motion for adverse inference and policy/practice findings.

# EXHIBIT B

2.28.25 – status report re outstanding discovery and discovery issues

3.19.25 – Production of Plaintiff Phone Calls

3.22.25 – Plaintiff's 4th Set RFP to Dart and County

> Formalized prior deficiency allegations from 2.25.25 email. Reasserted document demands in 11 areas concerning phone-related assaults (2010–2019) and vision care (2015–2019), including policies, internal comms, benchmarking, contracts, costs, and acknowledgement of issues.