# EXHIBIT C

*Defendant's Discovery Production*

*Bates Index*

| Bates # | Content |
|---|---|
| 000001 – 000131 | Housing, Grievances |
| 000001 - 000002 | P's Division Assignments 11/29/2018 - 11/19/2019 |
| 000003 | Booking Card |
| 000004 – 000006 | Housing, Grievances |
| 000007 - 000008 | Inmate Disciplinary Report 1.17.2019 |
| 000009 - 000011 | Inmate Disciplinary Report 1.21.2019 |
| 000012 - 000014 | Inmate Disciplinary Report 1.22.2019 |
| 000015 - 000016 | Inmate Disciplinary Report – 1/29/2019 |
| 000017 - 000018 | Inmate Disciplinary Report 2.18.19 |
| 000019 - 000021 | Inmate Disciplinary Report 4.24.19 |
| 000022 - 000024 | Inmate Disciplinary Report 5.7.19 |
| 000025 | List of Grievances |
| 000026 | List of non compliance grievances v officers |
| 000027 | inVize DA Grievance search results (consistent with 000026) |
| 000028 - 000029 | Inmate Grievance and Response 12.18.19 |
| 000030 - 000031 | Inmate Grievance and Response 01.09.19 |
| 000032 - 000033 | Inmate Grievance and Response 01.08.19 |
| 000034 - 000035 | Inmate Grievance and Response 01.14.19 |
| 000036 - 000037 | Inmate Grievance and Response 01.27.19 |
| 000038 – 000039 | Inmate Grievance and Response 01.26.19 |
| 000040 – 000041 | Inmate Grievance and Response 02.19.19 |
| 000042 – 000043 | Inmate Grievance and Response 02.04.19 |
| 000044 - 000045 | Inmate Grievance and Response 01.27.19 |
| 000046 – 000047 | Inmate Grievance and Response 02.21.19 |
| 000048 | Email re 2.21.19 grievance |
| 000049 - 000050 | Inmate Grievance and Response 03.05.19 |
| 000051 – 000052 | Inmate Grievance and Response 03.30.19 |
| 000053 – 000054 | Inmate Grievance and Response 04.14.19 |
| 000055 - 000057 | Inmate Grievance and Response 04.28.19 |
| 000058 – 000059 | Inmate Grievance and Response 04.28.19 |
| 000060 – 000061 | Inmate Grievance and Response 05.15.19 |
| 000062 – 000063 | Inmate Grievance and Response 07.02.2019 |
| 000064 – 000065 | Inmate Grievance and Response 6.29.19 |
| 000066 – 000067 | Inmate Grievance and Response 7.01.19 |
| 000068 | Inmate Grievance 6.30.19 |
| 000069 | Inmate Grievance and Response 6.29.19 |
| 000070 – 000072 | Inmate Grievance and Response 7.16.19 |
| 000073 – 000074 | Inmate Grievance and Response 8.25.19 |

# EXHIBIT C

| | |
|---|---|
| 000075 – 000078 | Inmate Grievance and Response 11.06.19 |
| 000079 – 000081 | Inmate Grievance and Response 11.12.19 |
| 000082 – 000085 | Inmate Grievance and Response 11.12.19 |
| 000086 – 000090 | Shows active status, type and alert |
| 000091 – 000102 | Incidents, involvement type/status |
| 000103 – 000109 | Movement Records |
| 000110 – 000111 | Inmate Grievance and Response 12.9.19 |
| 000112 – 000115 | Inmate Grievance and Response |
| 000116 – 000117 | Inmate Grievance and Response |
| 000118 – 000119 | Inmate Grievance and Response |
| 000120 – 000121 | Inmate Grievance and Response |
| 000122 – 000123 | Inmate Grievance and Response |
| 000124 – 000125 | Inmate Grievance and Response |
| 000126 – 000131 | Inmate Questionnaire |
| 000132 – 000332 | Rosters, Tier maps and Jail Policies, |
| 000333 – 000370 | Cermak Policies |
| 000371 – 001719 | Medical Records, Inmate Handbook, Incident reports |
| 001720 | 06.17.19 Incident Report (ARIAS assault phones) |
| 001721 – 001761 | Inmate Handbook 2018-06 to 2019-06-21 |
| 001762 – 001770 | CCDOC Policies Security and Safety |
| 001771 – 001773 | Job Description Clinical Performance Improvement Analyst |
| 001774 | No OPR Investigations 12.22.21 Letter |
| 001775 – 001829 | Shebel Personnel File Pt. 1 |
| 001830 | CC Gang Ordinance |
| 001831 | 5.31.19 Incident Report |
| 001832 | 5.23.19 Incident Report |
| 001833 | 2019-01-08 Mugshot(s) for CB No. 019753043 |
| 001834 – 001899 | Arias Disciplinary File |
| 001900 – 001934 | Shebel Personnel File Pt. II |
| 001935 – 001956 | Arias LMS Training Transcript |
| 001957 – 001976 | Certified Criminal Records |
| 001977 – 001981 | 2018-01-08 AR 019752961_Redacted |
| 001982 | 2018-01-08 Mugshot(s) for CB No. 019752961 VOOP |
| 001983 – 001987 | 2018-11-28 res burg AR IL016SABOJ20220526091506_Redacted |
| 001988 – 001992 | 2019-01-08 AR CB No. 019753043 VOOP in front of the officer Redacted |
| 001993 – 001994 | Henneberg IDOC Photo No Glasses |
| 001995 | Mugshot(s) 2 for CB No. 019753043 |
| 001996 | 01.30.23 Incident Reports Fights Over The Phone 2015-2019 |
| 001997 | Incident Category Advanced Find View 4-13-2023 12-18-10 PM) |

# EXHIBIT C

| | |
|---|---|
| 001998 | 2023-05-22 IT-Copy of Drop Downs - Exported results 2023-05-22_15-10-27 |
| 001999 - 002029 | Incident Report Test Pull / Group Exhibit 5 |
| 002030 | Alert History (20210328118) |
| 002031 | Bed Assignments (20210328118) |
| 002032 | Classification (20210328118) |
| 002033 | Inmate Mail (20210328118) |
| 002034 | Movement History (20210328118) |
| 002035 | Transportation Pass (20210328118) |
| 002036 | Incident Report Summary (20210328118) (Excel doc) |
| 002037 | Booking Card - Barker, Robert (20180410194) |
| 002038 | Bed Assignment History - Barker, Robert (20180410194) |
| 002039 | Movement History - Barker, Robert (20180410194) |
| 002040 | Transportation Pass - Barker, Robert (20180410194) |
| 002041 | Visit History - Barker, Robert (20180410194) |
| 002042 | Alert History - Barker, Robert (20180410194) |
| 002043 | Mail History - Barker, Robert (20180410194) |
| 002044 | Classification History - Barker, Robert (20180410194) |
| 002045 - 002048 | CRW _ IIC Grievance -Overview-Barker, Robert (20180410194) |
| 002049 - 002073 | Grievances-Barker, Robert (20180410194) |
| 002074 - 002088 | NC Grievances-Barker, Robert (20180410194) |
| 002089 - 002135 | Disciplinary Reports - Barker, Robert (20180410194) |
| 002136 | Incident Report Summary - Barker, Robert (20180410194) (Excel doc) |
| 002137 | Disciplinary Report History - Barker, Robert (20180410194) (Excel doc) |
| 002138 - 002170 | Handout - Outline for Criminal Offenses in Illinois |
| 002171 - 002227 | Americans with Disabilities Act January 2023 |
| 002228 - 002250 | Assault and Aggravated Assault - PowerPoint |
| 002251 - 002275 | Assault and Aggravated Assault – PowerPoint w Notes |
| 002276 - 002377 | CCDOC Officer Inservices Slides 1-102 Updated 4-17-2023 |
| 002378 - 002384 | Barker SH-19-00172726 |
| 002385 - 002444 | Record Retention Schedule |
| 002445 - 002526 | IL State Records Management Manual |
| 002527 - 002533 | 16023c (4) |
| 002534 - 002543 | Disposal Notification CRW,Law Library, Div. 2, 3, 4, 6, 9, 10, 165 Boxes, February 2021 |

# EXHIBIT C

| | |
|---|---|
| 002544 - 002557 | Disposal Notification, Drug Treatment Unit, CRW, Law Library, Gateway, West Care, Program Services, June 2021 |
| 002558 - 008059 | 2011 Grievances (2180x) |
| 008060 - 012779 | 2012 Grievances (1970x) |
| 012780 - 017096 | 2013 Grievances Part 1 (1589x) |
| 017097 - 020177 | 2013 Grievances Part 2 (1050x) |
| 020178 - 025630 | 2013 Grievances Part 3 (823x) |
| 025631 - 033090 | 2013 Grievances Part 4 (667x) |
| 033091 - 043615 | 2013 Grievances Part 5 (1079x) |
| 043616 - 057141 | 2014 Grievances Part 1 (1026x) |
| 057142 - 073823 | 2014 Grievances Part 2 (1132x) |
| 073824 - 093727 | 2014 Grievances Part 3 (1127x) |
| 093728 - 116267 | 2014 Grievances Part 4 (922x) |
| 116268 - 141597 | 2014 Grievances Part 5 (968x) |
| 141598 - 169448 | 2014 Grievances Part 6 (900x) |
| 169449 - 200160 | 2014 Grievances Part 7 (983x) |
| 200161 - 233100 | 2014 Grievances Part 8 (800x) |
| 233101 - 234261 | 2015-2019 Grievances Pt 1 (168x IICs) |
| 234262 - 235083 | 2015-2019 Grievances Pt 2 (110x IICs) |
| 235084 - 235963 | 2015-2019 Grievances Pt 3 (75x IICs) |
| 235964 - 236638 | 2015-2019 Grievances Pt 3 (115x IICs) |
| 236639 - 236642 | CERMAK POLICY Intake Health Screening - E-02 - 02_24 |
| 236643 - 236646 | CERMAK POLICY Intake Health Screening - E-02 - Appendix A - 02_24 |
| 236647 | CERMAK POLICY Intake Health Screening - E-02 - Appendix B - 02_24 |
| 236648 - 236652 | CERMAK POLICY Intake Mental Health Screening and Evaluation - E-05 - 02_24 |
| 236653 - 236655 | CERMAK POLICY Intake Mental Health Screening and Evaluation - E-05 - Appendix A - 02_24 |
| 236656 – 236658 | D-08 Hospital and Specialty Care |
| 236659 - 236663 | DOC Policy 146 - Medical Aid and Response ReIssued Dec. 2018 |
| 236664 - 236665 | DOC Policy 147 - Individual First Aid Kits Eff. Dec. 2018 |
| 236666 - 236670 | DOC Policy 147- Medical Aid and Response Issued Sept. 2017 |
| 236671 - 236673 | DOC Procedure 1301 - Health Inquiry Eff. Dec. 2018 |
| 236674 - 236676 | DOC Procedure 1301- Health Inquiry Eff. Sept. 2017 |
| 236677 - 236678 | DOC Procedure 1302- Emergency Response and Medical Call Codes eff. Sept. 2017 |

# EXHIBIT C

| | |
|---|---|
| 236679 - 236682 | Dr. Andrew de Funiak Curriculum Vitae |
| 236683 - 236684 | CCDOC General Order 14.8: Disciplinary Reports |
| 236685 - 236691 | CCDOC General Order 14.8A: Detainee Disciplinary Hearing and Detention |
| 236692 - 236698 | CCDOC Policy 704: Inmate Discipline Procedure (Issued 11/01/2017) |
| 236699 - 236705 | CCDOC Policy 704: Inmate Discipline Procedure (Issued 02/01/2018) |
| 236706 - 236748 | CCSO Order: Inmate Discipline: Disciplinary Reports and Hearing Procedures |