**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Donald Henneberg | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 19 CV 07380 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Judge Jeremy C. Daniels |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that on April 3, 2025, Special Assistant Cook County State's Attorney Zachary G. Stillman withdrew their appearance for Defendants Correctional Officer Jorge Arias, Susan Shebel, R.N., Thomas Dart, Sheriff of Cook County and Cook County, Illinois and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jorie R. Johnson., substituted her appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By:      */s/ Jorie R. Johnson*
         Jorie R. Johnson (6325695)
         Special Assistant State's Attorney
         230 W Monroe St, Ste 230
         Chicago, IL 60606
         312-300-4479
         Email: jjohnson@devoreradunsky.com

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** The **WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **April 3, 2025**.

/s/*Jorie R. Johnson*