UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Donald Henneberg
                     Plaintiff,

v.                                                   Case No.: 1:19–cv–07380
                                                       Honorable Jeremy C. Daniel

Tom Dart, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

         MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. The Court addressed the parties' remaining fact discovery disputes identified in docket nos. 211 and 214. This minute entry is a summary; the parties should refer to the transcript of the discovery conference for a complete accounting of the Court's rulings. With respect to the eleven topics identified by the plaintiff, (R. 211 at 3–4), the Court considers topics 1–5, 7–8, and 11 closed. With respect to topic 5, after receiving testimony concerning the method in which the defendants would obtain the requested documents, the Court orders the plaintiff to consider ways to narrow the scope of the requests to reduce the burden on the defendants. The parties shall confer and the plaintiff shall identify its proposed method on or before April 16, 2025. The defendants shall produce documents responsive to the narrowed request on or before May 7, 2025. Similarly, the defendants shall produce documents responsive to topics 9 and 10 on or before May 7, 2025. The deposition of Scott Jakubowski shall take place on or before May 7, 2025. With respect to the parties' 30(b)(6) dispute, the plaintiff's letter, not to exceed 5 pages, is due on or before April 17, 2025; any response, in the same format, is due on or before April 24, 2025. Status hearing is set for June 11, 2025, at 9:30 a.m. At that status hearing, the Court anticipates setting schedules for expert discovery and dispositive motions. The Court also anticipates setting a trial date; the parties should be prepared to address the anticipated length of trial and their availability for trial in the first quarter of 2026. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.