**Exhibit 4**

Defendants' Counsel's Email Regarding Topics 10 & 11 (Feb. 28, 2025)

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 28, 2025 10:51 AM
**To:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Delaney, Aidan M. <aidan.delaney@morganlewis.com>; Kaufman, M. Greta <greta.kaufman@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues: Topics 10-11

[EXTERNAL EMAIL]
Good morning Tim,

We are making good progress on the 30(b)(6) deps and I have more information below about the final Topics 10-11.

**Topic No. 10:** For the sake of clarity with respect to Topic 10, Kim Hoffsteadter testified about "the use of the Inmate telephone system by Inmates during the Relevant Period." So we think that issue has been resolved. Do you agree? The other half of Topic 10 is "Preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" ? When you spoke to Khara it seemed like everyone agreed this was a Cermak/Cook County issue, right? We want to clarify that you are asking us to produce someone who drafted and has knowledge of certain Cermak policies about how inmates receive medical care generally? If you have specific polices already that you intend to reference, let me know and we can try to identify someone from Cook Co to testify about them? If not, we just want to ensure we are on the same page so we can produce the proper rep.

**Topic No. 11.** The topic is "Disciplinary Action involving Sheriff Dart or any other employees, staff, officials, managers, agents, contractors, or related parties tasked with enforcing Inmate telephone usage Rules, or otherwise ensuring the fair, uninhibited, and safe usage by all Inmates of the Inmate telephone system during the Relevant Period. During the meeting with Khara she indicated that she had interpreted this as simply asking about the employee disciplinary process, and in particular whether we would discipline someone for failing to enforce telephone usage rules." Based on that understanding, we intend to produce Peter Kramer. He can testify about the OPR process – giving an outline to the existence of the employee disciplinary process, and making it clear that we would both investigate and address complaints about office misconduct, including refusing to enforce tier rules.

Peter is out of pocket next week, so we are probably looking to schedule his dep in 2 weeks. Can you provide us with a few dates and times?

Have a pleasant weekend to all.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
[tradunsky@devoreradunsky.com](mailto:tradunsky@devoreradunsky.com)
[www.devoreradunsky.com](http://www.devoreradunsky.com)
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

[***Email Chain Omitted***]