## **Exhibit 5**

Defendants' Counsel's Email Regarding Topic 11 (April 1, 2025)

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Tuesday, April 1, 2025 11:34 AM
**To:** Fay, Peter M. <peter.fay@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Doukas,
Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>;
Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John
<john.guyette@morganlewis.com>; MLB Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>; Delaney, Aidan M. <aidan.delaney@morganlewis.com>;
Kaufman, M. Greta <greta.kaufman@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Peter Kramer Dep (Topic 11)

[EXTERNAL EMAIL]
Peter,

It does.

Please send link when you have a chance.

As a reminder, his testimony relates to Topic 11, and he will testify, as Khara had noted
in our Rule 37 discussion following Jones' dep, the OPR process – giving an outline to
the existence of the employee disciplinary process, and making it clear that we would
both investigate and address complaints about office misconduct, including refusing to
enforce tier rules. We also mentioned this in our 2.28 correspondence.

Thanks,


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or
otherwise confidential. If you are not an intended recipient, use and disclosure of this message are
prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete
the message and any attachments.*

**From:** Fay, Peter M. <peter.fay@morganlewis.com>
**Sent:** Tuesday, April 1, 2025 10:19 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Delaney, Aidan M. <aidan.delaney@morganlewis.com>; Kaufman, M. Greta <greta.kaufman@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Peter Kramer Dep (Topic 11)

Troy,

The Court granted my Pro Hac Vice motion.  Please let me know if 11:00 am CST (noon EST) on April 8, 2025, still works for you and Mr. Kramer.

Best,
Peter

**Peter M. Fay**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6345 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
peter.fay@morganlewis.com | www.morganlewis.com



**[\*\*\*REMAINDER OF EMAIL CHAIN OMITTED\*\*\*]**