**Exhibit 9**

Plaintiff's Counsel's Email Regarding Topics 10 & 11 (April 2, 2025)

| | |
|---|---|
| **From:** | Miscimarra, Philip A. |
| **Sent:** | Wednesday, April 2, 2025 2:33 PM |
| **To:** | Troy Radunsky |
| **Cc:** | Jason DeVore; Hill, Melissa D.; Doukas, Maria E.; Hawkins, Brent A.; Russell, Matthew A.; Guyette, John; Delaney, Aidan M.; Kaufman, M. Greta; Fay, Peter M.; Gordon, Tim |
| **Subject:** | Additional Follow Up re Scope of Plaintiff's Rule 30(b)(6) Topics 10 and 11 - Henneberg v. Dart, et al 19-cv-07380 |
| **Attachments:** | RE: Follow Up re Scope of Plaintiff's Rule 30(b)(6) Topics 10 and 11 - Henneberg v. Dart, et al 19-cv-07380; RE: Follow Up re Scope of Plaintiff's Rule 30(b)(6) Topics 10 and 11 - Henneberg v. Dart, et al 19-cv-07380; RE: Follow Up re Scope of Plaintiff's Rule 30(b)(6) Topics 10 and 11 - Henneberg v. Dart, et al 19-cv-07380; Plaintiff's Rule 30(b)(6) Deposition Notice for Sheriff Dart and Cook County (9-6-2024).pdf |

Dear Troy:

Respectfully, there is no merit in the matters addressed in your two most recent emails (both attached), which you sent in quick succession – apparently as different arguments occurred to you as purported reasons for deviating from the scope of Plaintiff's Rule 30(b)(6) Notice in relation to topics 10 and 11.

The Federal Rules of Civil Procedure provide for issuance of a written Rule 30(b)(6) notice so that everybody will understand the scope of what must be addressed, and what witnesses would be produced. In addition, whenever there has been any agreed upon modification of the original 30(b)(6) topics, the modified topics were explicitly agreed upon, and both sides confirmed the modified wording, and both sides have advised the Court of any modified wording.

As you know, the 30(b)(6) topics were set forth, with *no change* in Rule 30(b)(6) topics 10 and 11, in the Joint Status Reports filed on January 31, 2025 (Dkt. 202) and on February 28, 2025 (Dkt. 206). Also, your statements that Plaintiff has been "moving the goal posts" and that Plaintiff "never raise[d] this objection until now" are contradicted by the discovery document that governs this issue – specifically, the Rule 30(b)(6) notice which was issued – more than six months ago – on September 26, 2024. For your ease of reference, a copy of the Plaintiff's original Rule 30(b)(6) Notice is the third attachment to this email. As indicated above, the wording of our Rule 30(b)(6) topics 10 and 11 has not changed, which was confirmed (twice) in the two Joint Status Reports filed with the Court.

Plaintiff does *not* consent to the postponement or cancellation of any scheduled depositions. Rather, consistent with the Rule 30(b)(6) Notice in relation to topics 10 and 11, we expect that Defendants will produce witnesses whose testimony reflects knowledge of those topics as stated in the Rule 30(b)(6) Notice, which was also the basis for my April 1, 2025 email.

Regards,

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com