**Archived:** Thursday, April 24, 2025 3:53:42 PM
**From:** Jason DeVore
**Sent:** Tuesday, February 4, 2025 1:23:06 PM
**To:** John Guyette (john.guyette@morganlewis.com)
**Cc:** philip.miscimarra@morganlewis.com Troy Radunsky Zachary Stillman maria.doukas@morganlewis.com Hawkins, Brent A. Russell, Matthew A. Gordon, Timothy R.
**Subject:** Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues
**Importance:** Normal
**Sensitivity:** None

---

John,

Please advise regarding these issues raised in my 1/28/25 email to you in advance of the 2/5/25 deposition (see below). The entirety of my 1/28/25 email is included in this email string.

Also, as a reminder Natasha Jones is testifying only about the inmate services grievance process generally and not about responses to any particular grievances. As we previously mentioned, despite consolidating topics 7-9, the amended notice does not cure the issues we raised. Notably, the grievance policy issue in topic 9 differs significantly from topics 7, 8 and the other portion of topic 9.

Please provide a response to the following issues that I outlined in my 1/28/25 email. We need clarity so we can identify an appropriate witness(es).

> **Topic 7** appears to seek several types of information: (1) information generally regarding how the phone system works (duplicative of #10); (2) the inmate "penalties" process; and (3) phone call recording/monitoring
>
> The second subtopic, "monitoring or recording" Inmate calls by Defendants "for the purpose of discovering improper telephone usage" is unclear. We need to know, so we can produce the correct witness, if are you asking who can (a) discuss the process of how phones are monitored and calls recorded generally, or (b) what is heard on the phone call or (c) who's monitoring the inmates while making calls on a certain tier?
>
> The third subtopic, "issuance of penalties" (i.e-discipline) would be someone from the Discipline Department and that individual would address inmate discipline generally, as opposed to discipline related specifically to the manner in which the telephone was used.
>
> **Topic 8**, relates to inmate phone usage, but again, it is unclear if plaintiff is seeking information regarding "improper usage" based upon the subject matter of phone calls or plaintiff seeks information regarding actions by inmates seeking to use phones the tier (i.e. dialing a code). Topic 7-8 appear to be duplicative. Please advise regarding plaintiff's position and explain how they are different.
>
> **Topic 9**: CCSO has identified Natasha Jones who can testify regarding grievances generally. However, does this topic also relate to who might respond to an issue on the tier involving the phone?
>
> **Topic 10** has two topics. The first topic, "preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" relates to providing medical services and appears to be a Cook/Cermak issue.          Please confirm the bates documents from which this topic derives - medical or CCSO documents so we can produce the proper witness. The second topic within Topic 10 relates to "use of the inmate telephone system" and, as mentioned above, appears to be duplicative of Topics 7-8. How is it different?

**Topic 11** references "disciplinary action involving Sheriff Dart". However, no specific disciplinary issue has been identified or plead in this litigation. If we are incorrect, can you direct us to the documents, since it may help clarify this issue. For example, does plaintiff       seek information regarding access to the phone (i.e. Policy 1209) **OR** does want to explore how officers are disciplined? These are two very different questions with different potential witnesses. Policy 1209 does not relate to issues involving officer discipline. Please advise which one of the topics is intended by plaintiff so we can produce the correct witness.

We look forward to hearing from you regarding the issues outlined above. Also, please advise if you have any preference regarding the order of depositions.

Jason

Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Jason DeVore
**Sent:** Tuesday, January 28, 2025 12:18 PM
**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Subject:** RE: Henneberg Litigation - Plaintiff's Updated Rule 30(b)(6) Notice, and Need to Identify All Defendants' Witnesses by Monday, Feb. 3, 2025

Phil and John,

Thank you for your email. There has been a fair amount of difficulty clarifying the topics, but we have made some progress.

Based upon plaintiff's original 30(b)(6) notice, a witness has been identified by the Sheriff and another witness has been identified by Cook/Cermak. Some topic issues still need to be clarified. Thank you for providing an amended 30(b)(6) notice, pursuant to our requests. As discussed below, issues remain.

Importantly, we must reiterate that CCSO cannot agree to produce anyone who will testify beyond the scope (2017-2019) of what we have outlined in our prior correspondence. As we discussed previously, although CCSO has produced voluminous grievances dating back to 2011, we do not have policies prior

to Fall 2017 when the Lexipol system was implemented. Thus, there is no opportunity for a CCSO witness to adequately prepare for questions regarding policies prior to Fall 2017.

Topics 1 through 5 relate to issues for a Cook/Cermak witness. Topic 6 is the stipulation for Susan Shebel that we are currently reviewing.

Topic 3 is comprised of four subtopics and appears to be directed at Cook Co in relation to medical requests and something Dr. DeFuniak can address. The subtopic of "providing notice to inmate on how to request medical care" appears to be related to information in the inmate handbook related to Health Request Service Forms. CCJ is unaware of other methods of providing "notice on how to request medical care".

Topic 7 appears to seek several types of information: (1) information generally regarding how the phone system works (duplicative of #10); (2) the inmate "penalties" process; and (3) phone call recording/monitoring

The second subtopic, "monitoring or recording" Inmate calls by Defendants "for the purpose of discovering improper telephone usage" is unclear. We need to know, so we can produce the correct witness, if are you asking who can (a) discuss the process of how phones are monitored and calls recorded generally, or (b) what is heard on the phone call or (c) who's monitoring the inmates while making calls on a certain tier?

The third subtopic, "issuance of penalties" (i.e-discipline) would be someone from the Discipline Department and that individual would address inmate discipline generally, as opposed to discipline related specifically to the manner in which the telephone was used.

Topic 8, relates to inmate phone usage, but again, it is unclear if plaintiff is seeking information regarding "improper usage" based upon the subject matter of phone calls or plaintiff seeks information regarding actions by inmates seeking to use phones the tier (i.e. dialing a code). Topic 7-8 appear to be duplicative. Please advise regarding plaintiff's position and explain how they are different.

Topic 9: CCSO has identified Natasha Jones who can testify regarding grievances generally. However, does this topic also relate to who might respond to an issue on the tier involving the phone?

As an aside, we note that in your 12.17.24 letter you agreed to consolidate Topics #7-9 into the following single issue:

*The general regulation of the inmate telephone system, including (a) the process by which an Inmate is penalized for improper usage of the telephone system (b) any monitoring or recording of Inmate telephone calls by Defendants* **for the purpose of discovering improper telephone** *and (c) Defendants general process in responding to inmate grievances regarding physical violence surrounding telephone usage, during the Relevant Period.*

Despite consolidating topics 7-9, the amended notice does not cure the issues we raised.

Topic 10 has two topics. The first topic, "preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" relates to providing medical services and appears to be a Cook/Cermak issue. Please confirm the bates documents from which this topic derives - medical or CCSO documents so we can produce the proper witness. The second topic within Topic 10 relates to "use of the inmate telephone system" and, as mentioned above, appears to be duplicative of Topics 7-8. How is it different?

Topic 11 references "disciplinary action involving Sheriff Dart". However, no specific disciplinary issue has been identified or plead in this litigation. If we are incorrect, can you direct us to the documents,

since it may help clarify this issue. For example, does plaintiff seek information regarding access to the phone (i.e. Policy 1209) **OR** does want to explore how officers are disciplined? These are two very different questions with different potential witnesses. Policy 1209 does not relate to issues involving officer discipline. Please advise which one of the topics is intended by plaintiff so we can produce the correct witness.

Once plaintiff confirms the foregoing, we will be able to proceed accordingly. Please advise if you would like to have another Rule 37 conference to discuss this issue or if we need to continue depositions to another date.

Thanks,
Jason


Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com
<image001.png>
<image002.png>
This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Monday, January 27, 2025 7:18 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>
**Subject:** Henneberg Litigation - Plaintiff's Updated Rule 30(b)(6) Notice, and Need to Identify All Defendants' Witnesses by Monday, Feb. 3, 2025

Dear Troy, Jason and Zach:

For the benefit of both sides, this email summarizes the current status of Defendants' compliance with Plaintiff's Rule 30(b)(6) Notice (served on Sept. 6, 2024). As indicated below, the original notice only identified 11 deposition topics, and Defendants have yet to identify any witnesses regarding several important issues. In addition, we want to reiterate the importance of having witnesses who are not only knowledgeable regarding the listed topics, Defendants must identify and produce witnesses whose knowledge collectively spans the ten-year period from January 1, 2010 through December 31, 2019.

Plaintiff's Rule 30(b)(6) Notice was served more than four months ago on September 6, 2024. Based on the need to have these matters addressed, we ask that the Defendants – no later than <u>Monday, February 3, 2025</u> – identify all additional witnesses whose knowledge is sufficient to address <u>all</u> of the above areas reflected in Topics 1 through 11 (as described in the above chart). Once those witnesses are identified, we request a commitment from Defendants to cooperate with scheduling so that all Rule 30(b)(6) Notice depositions will be taken <u>no later than Friday, March 7</u>.

We have made some progress addressing the matters encompassed by the Plaintiff's Rule 30(b)(6) Notice. As indicated below, Defendants' October 2, 2024 response letter identified Dr. (Andrew) DeFuniak as the witness to address Topics 1 and 2, and Dr. DeFuniak's deposition is scheduled to occur on January 29, 2025 at 11:15 am CT. Defendants have not identified a witness or witnesses to address Topic 3, nor have Defendants identified a witness or witnesses to address Topics 4 and 5 (which Plaintiff, as a compromise, agreed to combine and shorten as stated below and in John Guyette's December 17, 2024 letter). We have agreed that the deposition of Susan Shebel will be deemed the response of Defendants Dart and Cook County to Topic 6 in the original notice, and a draft stipulation to this effect was transmitted to you by my co-counsel, John Guyette, on January 24, 2025. In addition, Defendants' October 2, 2024 response letter identified John Mueller as the witness to testify "about the grievance process generally" in response to Topics 7, 8 and 9 (which Plaintiff, as a compromise, agreed to combine and shorten as stated below and in John Guyette's December 17, 2024 letter); and your January 13, 2025 email stated Mr. Mueller was retiring and Defendants were substituting Supervisor Natasha Jones instead, and Ms. Jones deposition is scheduled to occur on February 5, 2025 at 10 am CT. However, Defendants have not identified a witness or witnesses to address Topics 10 and 11. More generally, it remains unclear whether the identified witnesses will have sufficient knowledge to address all topics for the timeframe encompassed by the Rule 30(b)(6) Notice, which cannot be determined until the depositions have been taken.

Here is a summary of where everything stands in relation to Plaintiff's Rule 30(b)(6) Notice served on Sept. 6, 2024:

| Topic # | Topic as Originally Stated | Topic as Combined & Shortened (or No Change) | Identified Witnesses | Deposition Scheduled or Taken | Comments |
|---|---|---|---|---|---|
| 1 | The intake and mental health screening processes at the time of initial booking and any Policies pertaining to these processes at Cook County Jail during the Relevant Period. | No Change | Dr. Andrew DeFuniak | Jan. 29, 2025 at 11:15 am CT | |
| 2 | Collecting, managing, storing, updating, processing, and review of Inmates' medical records obtained at the time of booking during the Relevant Period. | No Change | Dr. Andrew DeFuniak | Jan. 29, 2025 at 11:15 am CT | |
| 3 | The administration of medical care to Inmates, including providing notice to Inmates on how to request medical care, receiving medical requests from Inmates, and processing Inmates' medical requests during the Relevant Period. | No Change | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |
| 4 | The provision of medical or vision care to Inmates, including contacting medical or vision care providers, and scheduling medical or vision care appointments with providers within or outside of Cook County Jail during the Relevant | 4 and 5. Any information and knowledge regarding the facilitation or procurement of medical or vision care services for Inmates by employees of Cook County Jail and | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |

| | | | | | |
|---|---|---|---|---|---|
| | Period. | medical service providers outside of Cook County Jail during the Relevant Period. | | | |
| 5 | The facilitation or procurement of medical or vision care services for Inmates from sources external to Cook County Jail (i.e., not from within Cook County Jail) during the Relevant Period. | | | | |
| 6 | Collecting, addressing, resolving, denying, or approving of Inmates' medical grievances during the Relevant Period. | No Change | Susan Shebel (prior Feb. 14, 2024 deposition) | Susan Shebel (prior Feb. 14, 2024 deposition) | Stipulation to be finalized. |
| 7 | Inmates' telephone system usage, including the monitoring or recording of telephone calls, and the issuance of penalties for violations of Inmate telephone usage Rules during the Relevant Period. | 7, 8 and 9. The general regulation of the inmate telephone system, including the process by which an Inmate is penalized for improper usage of the telephone system, any monitoring or recording of Inmate telephone calls by Defendants for the purpose of discovering improper telephone usage, and Defendants general process in responding to inmate grievances regarding physical violence surrounding telephone usage, during the Relevant Period. | Natasha Jones (substitute for John Mueller) | Feb. 25, 2025 at 10 am CT | Defendants Oct. 2, 2024 response letter stated that Mr. Mueller would testify "about the grievance process generally." The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |
| 8 | The regulation of the Inmate telephone system, including Cook County Jail's efforts to maintain or reclaim control over the Inmate telephone system, the enforcement of Rules governing Inmate telephone system usage, intervention in instances of physical violence or threats related to Inmate telephone system usage, and response to Inmates' safety concerns regarding the Inmate telephone system during the Relevant Period. | | | | |
| 9 | Collecting, maintaining, investigating addressing, and resolving Inmates' grievances regarding the Inmate telephone system and reports of violence or threats of violence related to Inmates' telephone system usage during the Relevant Period. | | | | |
| 10 | Preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates and the use of the Inmate telephone system by Inmates during the Relevant Period. | No Change | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |
| 11 | Disciplinary Action | No Change | No | No | The designated |

| involving Sheriff Dart or any other employees, staff, officials, managers, agents, contractors, or related parties tasked with enforcing Inmate telephone usage Rules, or otherwise ensuring the fair, uninhibited, and safe usage by all Inmates of the Inmate telephone system during the Relevant Period. | witness(es) identified | witness(es) identified | witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |
| --- | --- | --- | --- |

At this point, although we have made progress, it is extremely important for Defendants to identify the witnesses who are fully knowledgeable, for the 2010-2019 time period, regarding <u>Topic 3</u>, <u>Topics 4 and 5</u> (as combined above), <u>Topics 7, 8 and 9</u> (as combined above), Topic 10, and Topic 11. As indicated above, we also understand that, in relation to <u>Topics 7, 8 and 9</u> (as combined above), Natasha Jones has been substituted for John Mueller, who was described in Defendants' October 2, 2024 response letter as a witness who could testify "about the grievance process generally." However, it will be important for Ms. Jones – along with whatever additional witness(es) who may be necessary – to be knowledgeable about the <u>entire</u> combined Topics 7, 9 and 9, which consists of the following for the 2010-2019 period:

> The <u>general regulation of the inmate telephone system</u>, including the <u>process by which an Inmate is penalized</u> for <u>improper usage of the telephone system</u>, any <u>monitoring or recording of Inmate telephone calls</u> by Defendants for the purpose of <u>discovering improper telephone usage</u>, and Defendants <u>general process in responding to inmate grievances</u> regarding <u>physical violence surrounding telephone usage</u>, during the Relevant Period.

Again, in the interest of getting these matters addressed, we ask that the Defendants – no later than <u>Monday, February 3, 2025</u> – identify all additional witnesses whose knowledge is sufficient to address <u>all</u> of the above areas reflected in Topics 1 through 11 (as described in the above chart). Once those witnesses are identified, we request a commitment from Defendants to cooperate with scheduling so that all Rule 30(b)(6) Notice depositions will be taken <u>no later than Friday, March 7</u>.

There has been no uncertainty regarding the scope of the Rule 30(b)(6) topics since they were served on September 6, 2024, and since Plaintiff offered to shorten and combine Topics 4 and 5 (as described above) and Topics 7, 8 and 9 (as described above) in the December 17, 2024 letter from my co-counsel, John Guyette. However, in the interest of maintaining a clear record, we have attached "Plaintiff's Updated Rule 30(b)(6) Notice of Deposition to Defendants Sheriff Dart and Cook County," which is substantively identical to the original Rule 30(b)(6) Notice except it combines Topics 4 and 5, and Topics 7, 8 and 9, as described above.

Regards,

Phil

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com
110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com
philip.miscimarra@morganlewis.com | www.morganlewis.com

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>

**Sent:** Friday, January 24, 2025 2:47 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
Thank you. We will take a look.

Do you intend to send a revised 30b6 dep notice as I requested last week following our conversation?

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

> On Jan 24, 2025, at 10:58 'a0AM, Guyette, John <john.guyette@morganlewis.com> wrote:
>
> Troy,
>
> As discussed, attached is a proposed stipulation regarding Susan Shebel and topic number 6 from Plaintiff's September 6, 2024, 30(b)(6) deposition notice.
>
> Please advise.
>
> Thanks,
>
> John
>
> **John Guyette**
> **Morgan, Lewis & Bockius LLP**
> 101 Park Avenue | New York, NY 10178-0060
> Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
> john.guyette@morganlewis.com | www.morganlewis.com
> <image001.jpg>

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Thursday, January 16, 2025 2:15 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A.

<philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB
Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
Good afternoon John,

Thank you for taking time to talk to us yesterday about our concerns. We thought it
was productive.

To avoid confusion, we would appreciate your sending us a revised 30(b)(6) notice
consistent with your December 17, 2024 letter. For instance, you have now combined
topics 4-5 and 7-9. (see your letter p.2).We would appreciate that in the next 7 days.

You also indicated we can expect a draft stip with respect to issue #6 by the end of next
week.

As mentioned, we will contact our clients about the scope concerns we raised with
respect to the testimony relating from 2010-present. We also understand your
position. Ultimately, that may be an issue we need Judge Daniel to resolve if we are at
an impasse.

Finally, we appreciate your sending us the draft of the JSR by 1/28, or earlier. As
promised, we should be able to get our comments back to you at noon on 1/30.

Please let us know if we missed anything. We look forward to your response.


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product
or otherwise confidential. If you are not an intended recipient, use and disclosure of this message
are prohibited. If you received this transmission in error, please notify the sender by reply e-mail
and delete the message and any attachments.*

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Monday, January 13, 2025 2:02 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>;
Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB
Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Thanks, Troy. Let me check on the 2/5 deposition date for Supervisor Jones and revert back. In terms of discussing the other topics, would any of the following dates/times (EST) work on your end? Thanks.

1. Wed. 1/15: 11-12:30; 2-3; 4 on
2. Thurs. 1/16: after 1
3. Fri. 1/17: 12-1; 1:30 on

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com
<image001.jpg>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Monday, January 13, 2025 2:51 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
John,

Also, we are making a substitution. Dir. Mueller is retiring. We intend to produce Supervisor Natasha Jones instead. We can produce her on Feb 5, 2025 at 10:00 via zoom. We still need to speak to you though this week regarding a few topics.

Let us know when you can meet.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:** 312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Troy Radunsky
**Sent:** Monday, January 13, 2025 11:16 AM

**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>;
Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB
Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

John,

Are you available to meet this week to chat about the 30b6 topics? It will probably
take 20 minutes to try and work this out.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product
or otherwise confidential. If you are not an intended recipient, use and disclosure of this message
are prohibited. If you received this transmission in error, please notify the sender by reply e-mail
and delete the message and any attachments.*

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, January 10, 2025 3:32 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>;
Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB
Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Troy,

Failing to follow or enforce Policy 1209 ("Inmate Telephone Access") is certainly a part, though not
all encompassing, of Topic 11 and our request to designate a 30(b)(6) witness who can testify on
"Disciplinary Action involving Sheriff Dart or any other employees, staff, officials, managers,
agents, contractors, or related parties tasked with enforcing Inmate telephone usage Rules, or
otherwise ensuring the fair, uninhibited, and safe usage by all Inmates of the Inmate telephone
system during the Relevant Period." By way of example only, Policy 1209 itself references other
potential areas of inquiry including, "telephone usage rules", an "Inmate Reception Policy", as well
as other rules requiring certain postings and documentation, all of which we view as potentially
relevant and encompassed by Topic 11.

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com
<image001.jpg>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, January 8, 2025 5:27 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
John,

Re: Topic 11: To clarify, are you asking us about how the CCDOC discipline a sworn officer for failing to follow or enforce Policy 1209, regarding detainee telephone usage or telephone policies?"

We should have dates for you next week for Mueller.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Jan 7, 2025, at 8:01 'a0AM, Guyette, John <john.guyette@morganlewis.com> wrote:

Troy, Zach, Jason – we hope you all had an enjoyable holiday and happy new year.

Now that we have confirmed Dr. DeFuniak's remote deposition for January 29 at 11:15 a.m. CST, do you have some potential dates for the depositions of John Mueller and Scott Jakubowski? Perhaps during the weeks of February 3-7 or February 17-21?

Best regards,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com
<image001.jpg>

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, December 20, 2024 12:39 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

That's fine by me. Thanks.

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Friday, December 20, 2024 11:50:26 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
John,

We would not be available until 11:15 that day.

Could we start the deposition at that time?

Thank you,
Zachary

## Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, December 20, 2024 10:41 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Troy – 1/29/25 at 10 a.m. CST works for us for Dr. Defuniak's deposition.  Let's hold that date.  We'll send the Zoom details separately.

Do you also have some potential dates for John Mueller?

Thanks, and have a wonderful holiday.

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, December 18, 2024 4:17 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>

**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
Roger that.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Dec 18, 2024, at 3:16 'a0PM, Guyette, John <john.guyette@morganlewis.com> wrote:

1/29/25 should work for Dr. DeFuniak but let me just confirm that internally and get back this week.

Thanks,

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, December 18, 2024 4:14 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]

Thanks for getting back to me. Sorry if I was a little aggressive there!

Did we ever lock down a date for Dr Defuniak? I think we mentioned January 29? 10:00 am start? Let us know if you haven't already.

Finally, as mentioned yesterday, in response to your letter, we will contact you to discuss further steps after we speak to our clients.


*Troy S. Radunsky*
**DeVore Radunsky LLC**
*230 W. Monroe, Suite 230*
*Chicago, Illinois 60606*
**O:** *312-300-4479 |* **D:***312-300-4484 |* **C:** *312-968-7837*
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*


*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*


On Dec 18, 2024, at 3:09 'a0PM, Guyette, John <john.guyette@morganlewis.com> wrote:

Troy – we are agreeable to Zoom depositions for these witnesses. Thanks.

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Tuesday, December 17, 2024 2:52 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg

Litigation <MLBHennebergLitigation@morganlewis.com>;
Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa
D. <melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
John,

Received. Thanks.

We will contact you after we have considered your
correspondence and spoken to our clients.

Also, are you agreeing to zoom depositions for these
witnesses? Ive raised this 3x and don't think I
received the response?

Have a pleasant afternoon.


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-
7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image001.png>

*This message may contain information that is attorney-
client privileged, attorney work product or otherwise
confidential. If you are not an intended recipient, use and
disclosure of this message are prohibited. If you received
this transmission in error, please notify the sender by reply
e-mail and delete the message and any attachments.*

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Tuesday, December 17, 2024 10:35 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>;
Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.

<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>;
Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa
D. <melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Troy – please find attached Plaintiff's letter on the other
topics set forth in Plaintiff's September 6, 2024, 30(b)(6)
deposition notice and in further response to Defendants'
October 2, 2024, letter.

Let us know if you have any questions or would like to
discuss.

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax:
+1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, December 6, 2024 12:22 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>;
Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>;
Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa
D. <melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]
Thank you. We will contact our client and get back to you
next week. Are you going to address the other issues we

raised in our correspondence back in October relative to the other topics?

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Dec 6, 2024, at 11:11 'a0AM, Guyette, John <john.guyette@morganlewis.com> wrote:

Thanks, Troy – we further discussed this morning our schedules and possible dates and believe the weeks of January 20-24 or January 27-31 are feasible. Would there be 2-3 dates in that 2-week window that would work for Dr. Funiak and Director Mueller and your office?

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com |
www.morganlewis.com

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Monday, December 2, 2024 11:23 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell,

Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice
Response

[EXTERNAL EMAIL]
Good morning John,

Hope you had a good holiday.

In reviewing the correspondence we sent
on October 1, we did identify a potential
witness with respect to #9 (Dir. Mueller).
In light of our issues with respect to #3-5,
7,8,10-11, we feel those require a more
robust response from plaintiff before we
can pin those down.

In the meantime, let us know about
possible zoom dep dates for Dr. Funiak,
and Dir. Mueller. We should try and get
these done before the holidays, if
possible.

We look forward to your response.


Thanks,


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:**
312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image001.png>

*This message may contain information that is
attorney-client privileged, attorney work
product or otherwise confidential. If you are
not an intended recipient, use and disclosure of
this message are prohibited. If you received*

*this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Troy Radunsky
**Sent:** Tuesday, November 26, 2024 1:20 PM
**To:** Guyette, John <john.guyette@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Thanks John.

Why don't you propose some dates for Dr. Funiak next month and we will try to set something up on a mutually convenient date and time? Can we agree to a zoom dep please since they are not parties!!

I have a good idea of who the other witness is on the phone topics but I will need to confirm with my client again after the holidays. I'll get back to you next week on that one and we can tee that witness up also.

Thank you for letting us know about Susan Shebel and a potential stipulation.

Happy holidays to all.


*Troy S. Radunsky*
**DeVore Radunsky LLC**

230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:**
312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image001.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Guyette, John
<john.guyette@morganlewis.com>
**Sent:** Tuesday, November 26, 2024 11:30 AM
**To:** Troy Radunsky
<tradunsky@devoreradunsky.com>; Zachary
Stillman <zstillman@devoreradunsky.com>;
Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell,
Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice
Response

Troy, thanks for your November 20, 2024,
email.

First, we are preparing a written response to
your October 2, 2024 letter (Defendants' Letter)
and will provide shortly.

In the meantime, we understand from
Defendants' Letter and our September 26, 2024,
meet and confer that Defendants have
identified Dr. DeFuniak to testify on topics 1

and 2 in Plaintiff's attached 30(b)(6) deposition notice. We are happy to proceed with Dr. DeFuniak's deposition on these topics while we attempt to come to an agreement on the other topics. To that end, are there dates in December that work for you and Dr. DeFuniak?

Second, notwithstanding your objections on the other topics, do Defendants intend to identify 30(b)(6) witnesses to testify on topics 3-5 and 7-11? If so, can you please identify who these witnesses are and availability in December/January?

Finally, as to topic 6 and your proposal to designate Susan Shebel's February 14, 2024, deposition testimony as 30(b)(6) testimony on this topic, we are still reviewing this proposal including her testimony to determine whether we would be willing to agree. We will respond in writing separately.

Thanks, and have a wonderful Thanksgiving all,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com | www.morganlewis.com

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, November 20, 2024 9:56 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation

<MLBHennebergLitigation@morganlewis.com>

**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]

Good morning John,

Please let us know how you would like to proceed on the 30(b)(6) issues following our correspondence below on 10.2.24.

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:** 312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image001.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Guyette, John
<john.guyette@morganlewis.com>
**Sent:** Wednesday, October 2, 2024 10:58 AM
**To:** Zachary Stillman
<zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.

<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice
Response

Thanks, Zach.  We will review and get back to
you with any questions.

Additionally, I'm attaching a draft joint status
report for review due to be filed by tomorrow
10/3.

Please get us any comments or edits back by
end of day today.

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 |
Fax: +1.212.309.6001
john.guyette@morganlewis.com |
www.morganlewis.com
<image002.jpg>

---

**From:** Zachary Stillman
<zstillman@devoreradunsky.com>
**Sent:** Wednesday, October 2, 2024 11:11 AM
**To:** Guyette, John
<john.guyette@morganlewis.com>; Troy
Radunsky <tradunsky@devoreradunsky.com>;
Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell,
Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** Henneberg | Rule 30(b)(6) Notice
Response

[EXTERNAL EMAIL]
Good Morning,

See attached formal response letter from
Defendants to Plaintiff's Rule 30(b)(6)
Deposition Notice.

Please do not hesitate to let us know if you
have any questions or issues.

Thank you,
Zach

<image003.jpg>

## Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Zachary Stillman
<zstillman@devoreradunsky.com>
**Sent:** Friday, September 27, 2024 1:48 PM
**To:** Guyette, John
<john.guyette@morganlewis.com>; Troy
Radunsky <tradunsky@devoreradunsky.com>;
Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell,
Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg - Joint Status Report
10/3

John,

Thank you for the offer to draft the status report in your client's case again. We are okay.

Please get us a draft by the end of the day 10/2 noting the items you referenced.

Thanks!
Zach

<image004.jpg>

## Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, September 27, 2024 1:28 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg - Joint Status Report 10/3

Zach – following our call yesterday, I realize we

also have a joint status report due next week on **Thursday, 10/3**.

I imagine this one will be similar to the last joint status report (attached), noting that the parties have moved forward with collection and processing of the 2017-19 grievances, met and conferred this week about a 30(b)(6) deposition, and are discussing scheduling which will account for defense counsel's anticipated trial in November on another matter.

Do you all plan to take the pen on the first draft and circulate early next week?

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 |
Fax: +1.212.309.6001
john.guyette@morganlewis.com |
www.morganlewis.com
<image002.jpg>

---

**From:** Guyette, John
<john.guyette@morganlewis.com>
**Sent:** Wednesday, September 4, 2024 6:33 PM
**To:** Zachary Stillman
<zstillman@devoreradunsky.com>; Troy
Radunsky <tradunsky@devoreradunsky.com>;
Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell,
Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg - Joint Status Report 9/5

Thanks, Zach.  Our additions are reflected in redline in the attached draft.  Let us know if

you have any further comments to the draft
prior to filing tomorrow.


**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 |
Fax: +1.212.309.6001
john.guyette@morganlewis.com |
www.morganlewis.com
<image002.jpg>

---

**From:** Zachary Stillman
<zstillman@devoreradunsky.com>
**Sent:** Tuesday, September 3, 2024 5:30 PM
**To:** Guyette, John
<john.guyette@morganlewis.com>; Troy
Radunsky <tradunsky@devoreradunsky.com>;
Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell,
Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg - Joint Status Report
9/5

[EXTERNAL EMAIL]
John,

See attached draft Joint Status Report.

Thanks,
Zach


<image005.jpg>

# Zachary G. Stillman

**Associate Attorney • DeVore Radunsky LLC**

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, August 30, 2024 10:37 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg - Joint Status Report 9/5

Adding the correct Zach this time, my apologies.


**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
john.guyette@morganlewis.com |
www.morganlewis.com
<image002.jpg>

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, August 30, 2024 11:13 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Smith <zachary.smith@flatiron.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A.

<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** Henneberg - Joint Status Report 9/5

Troy, Zach, Jason – as you know, our next status
conference with the Court is on 9/12, with the
parties' joint status report due a week in
advance, on 9/5.

Since we took the pen last time, can you please
send us a draft this time by **5 p.m. CST Tuesday
9/3** to allow sufficient time to review in
advance of the filing deadline.

In the meantime, have a nice long holiday
weekend.

Thanks,

John

**John Guyette**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6107 | Main: +1.212.309.6000 |
Fax: +1.212.309.6001
john.guyette@morganlewis.com |
www.morganlewis.com
<image002.jpg>

CONFIDENTIALITY AND PRIVACY
NOTICE: This email is from a law firm and may
contain information that is confidential,
privileged, and/or attorney work product. This
email may also contain personal data, which we
process in accordance with applicable data
protection laws and our Privacy Policies and
Notices. If you are not the intended recipient,
you may not review, copy, or distribute this
message. If you have received this email in error,
please contact the sender immediately and delete
all copies from your system.

<09708454_#154474360v1_Henneberg - Stipulation Designating Susan Shebel Testimony as 30(b)(6)
Deposition Testimony.docx>