**Archived:** Thursday, April 24, 2025 4:05:14 PM
**From:** Troy Radunsky
**Sent:** Friday, February 28, 2025 9:51:10 AM
**To:** Gordon, Tim
**Cc:** Jason DeVore, Zachary Stillman, Miscimarra, Philip A., Hill, Melissa D., Doukas, Maria E., Hawkins, Brent A., Russell, Matthew A., Guyette, John, MLB Henneberg Litigation, Delaney, Aidan M., Kaufman, M. Greta
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues: Topics 10-11
**Importance:** Normal
**Sensitivity:** None

---

Good morning Tim,

We are making good progress on the 30(b)(6) deps and I have more information below about the final Topics 10-11.

**Topic No. 10:**     For the sake of clarity with respect to Topic 10, Kim Hoffsteadter testified about "the use of the Inmate telephone system by Inmates during the Relevant Period." So we think that issue has been resolved. Do you agree? The other half of Topic 10 is "Preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" ? When you spoke to Khara it seemed like everyone agreed this was a Cermak/Cook County issue, right? We want to clarify that you are asking us to produce someone who drafted and has knowledge of certain Cermak policies about how inmates receive medical care generally? If you have specific polices already that you intend to reference, let me know and we can try to identify someone from Cook Co to testify about them? If not, we just want to ensure we are on the same page so we can produce the proper rep.

**Topic No. 11.**     The topic is "Disciplinary Action involving Sheriff Dart or any other employees, staff, officials, managers, agents, contractors, or related parties tasked with enforcing Inmate telephone usage Rules, or otherwise ensuring the fair, uninhibited, and safe usage by all Inmates of the Inmate telephone system during the Relevant Period. During the meeting with Khara she indicated that she had interpreted this as simply asking about the employee disciplinary process, and in particular whether we would discipline someone for failing to enforce telephone usage rules." Based on that understanding, we intend to produce Peter Kramer. He can testify about the OPR process – giving an outline to the existence of the employee disciplinary process, and making it clear that we would both investigate and address complaints about office misconduct, including refusing to enforce tier rules.

Peter is out of pocket next week, so we are probably looking to schedule his dep in 2 weeks. Can you provide us with a few dates and times?

Have a pleasant weekend to all.


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Sent:** Friday, February 14, 2025 2:22 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>; Delaney, Aidan M. <aidan.delaney@morganlewis.com>; Kaufman, M. Greta
<greta.kaufman@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

Thanks, Troy.

**Tim Gordon**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
timothy.gordon@morganlewis.com | www.morganlewis.com



**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 14, 2025 3:21 PM
**To:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>; Delaney, Aidan M. <aidan.delaney@morganlewis.com>; Kaufman, M. Greta
<greta.kaufman@morganlewis.com>
**Subject:** Re: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]
Tim,

As Khara noted, all of the witnesses are being produced by the CCSO. The CCSO doesn't control any Cermak/County
witnesses.

We will advise you as soon as we have names, dates, and times for the remaining witnesses regarding topics #10-11.
We are also hopeful that it will be by the end of next week.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Feb 14, 2025, at 2:15 'a0PM, Gordon, Tim <timothy.gordon@morganlewis.com> wrote:

Troy,

I'm following up on the request below regarding the 30(b)(6) witnesses. Which Defendant is producing which witness?

Also, please let us know your progress on who will be produced by Defendants to testify to Topics 10 and 11. We're hoping to have those identified no later than the end of next week.

Thanks,
Tim

**Tim Gordon**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
timothy.gordon@morganlewis.com | www.morganlewis.com

<image001.jpg>

**From:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Sent:** Thursday, February 13, 2025 8:54 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

Troy,

That date and time works for us. I'll schedule a court reporter for February 27 at 10am CT.

Can you confirm which Defendants will be producing this witness and the other two witnesses related to the inmate phone system?

Thanks,
Tim

**Tim Gordon**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

timothy.gordon@morganlewis.com | www.morganlewis.com

Pronouns: He/Him/His

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, February 12, 2025 9:23 AM
**To:** Tim Gordon <timothy.gordon@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Philip A. Miscimarra <philip.miscimarra@morganlewis.com>; Melissa D. Hill <melissa.hill@morganlewis.com>; Maria E. Doukas <maria.doukas@morganlewis.com>; Brent A. Hawkins <brent.hawkins@morganlewis.com>; Matthew A. Russell <matthew.russell@morganlewis.com>; John Guyette <john.guyette@morganlewis.com>; Henneberg Litigation MLB <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]
Tim,

Sorry for that tiny font in that last email. Not sure why that happened on my phone. Let me try that again.

For the inmate discipline process, we can produce Hearing Manager David Hugar on Feb 27 at 10:00 CST. Are you available that day for his zoom deposition?

Thanks,


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image004.png>
<image005.jpg>


*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Troy Radunsky
**Sent:** Wednesday, February 12, 2025 8:21 AM
**To:** Tim Gordon <timothy.gordon@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Philip A. Miscimarra <philip.miscimarra@morganlewis.com>; Melissa D. Hill <melissa.hill@morganlewis.com>; Maria E. Doukas <maria.doukas@morganlewis.com>; Brent A. Hawkins <brent.hawkins@morganlewis.com>; Matthew A. Russell <matthew.russell@morganlewis.com>; John Guyette <john.guyette@morganlewis.com>; Henneberg Litigation MLB <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

Tim,

For the inmate discipline process, we can produce Hearing Manager David Hugar on Feb 27 at 10:00 CST. Are you available that day for his zoom deposition?

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Feb 12, 2025, at 8:15 'a0AM, Gordon, Tim <timothy.gordon@morganlewis.com> wrote:

Troy,

Thank you for the confirmation. I will schedule a court reporter for March 4th at 10am CT.

Best regards,
Tim

**Tim Gordon**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

timothy.gordon@morganlewis.com | www.morganlewis.com

Pronouns: He/Him/His

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Tuesday, February 11, 2025 5:51:49 PM
**To:** Tim Gordon <timothy.gordon@morganlewis.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Philip A. Miscimarra <philip.miscimarra@morganlewis.com>; Melissa D. Hill <melissa.hill@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Maria E. Doukas <maria.doukas@morganlewis.com>; Brent A. Hawkins <brent.hawkins@morganlewis.com>; Matthew A. Russell <matthew.russell@morganlewis.com>; John Guyette <john.guyette@morganlewis.com>; Henneberg Litigation MLB <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]

Tim,

We are all set for 3/4 at 10:00 CST.

Thanks.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Feb 11, 2025, at 9:56 'a0AM, Gordon, Tim <timothy.gordon@morganlewis.com> wrote:

Jason,

We can do March 4 at 10am CT (11am ET).

Thanks,
Tim

**Tim Gordon**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

timothy.gordon@morganlewis.com | www.morganlewis.com

<image001.jpg>

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, February 11, 2025 9:54 AM
**To:** Gordon, Tim <timothy.gordon@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>

**Subject:** Re: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]
Good morning counsel,

We need to make a slight adjustment to the upcoming schedule to move Director Beachem's deposition away from March 3. Please advise if you are available to proceed on a day from March 4-7 at 10:00 a.m. (Central).

Thanks,
Jason


Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com

<image003.png>
<image004.png>

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Sent:** Friday, February 7, 2025 1:46 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

Troy,

Thank you. I will schedule the court reporters for those dates and times.

**Tim Gordon**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

timothy.gordon@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 7, 2025 2:40 PM
**To:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]
Tim,

Those 2 dates and times work.


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image005.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Sent:** Friday, February 7, 2025 12:42 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

Troy:

Thank you for providing witnesses and dates for the remaining subject matter in Topics 7-9. We would like to schedule Kiim Hofsteadter's deposition on February 24, 2025 at 1:00pm CST (2:00pm EST) and Director Don Beachem's deposition on March 3, 2025 at 10:00am CST (11:00am EST). Please let us know if these work for you.

I want to reiterate what was stated on record during Natasha Jones's 30(b)(6) deposition this past Wednesday.  Namely, that we reserve all rights to seek fees and costs associated with Ms. Jones's deposition and any further efforts to enforce defendants' compliance with the Rule 30(b)(6) notice.  Further, we request that there are no further attempts to limit a witness's scope of testimony and subject matter immediately prior to or during the deposition.  Any such disruption will be brought to the attention of the court.

This has been a month's long process, and we appreciate the clarity and communication Khara Coleman was able to finally provide us regarding the remaining topics and witnesses.  We understand that there is no longer any ambiguity as to the remaining topics and the testimony for each witness.  Please provide us dates and witnesses as soon as possible for the remaining Topics 10 and 11.

Best regards,
Tim

**Tim Gordon**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

timothy.gordon@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, February 7, 2025 12:03 PM
**To:** Gordon, Tim <timothy.gordon@morganlewis.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]
Tim,

Following our meet and confer after Natasha Jones' dep with your team and our client, Khara Coleman, please be advised:

**Topic 7-9**: We are able to produce **Kiim Hofsteadter from the Video Monitoring Unit** for her dep on **Feb 24, 27 or March 3-7. Start time would be 1:00 p.m. CST**. As Khara noted, she will testify about the technical operation of the detainee phone system and any related rules for use and access (i.e-"The general regulation of the inmate telephone system" and "any monitoring or recording of Inmate telephone calls by Defendants for the purpose of discovering improper telephone usage")

We are also able to produce **Director Don Beachem** any time **between March 3-7, starting no earlier than 10 am CST**.   As Khara mentioned, he will testify about how he expected officers to monitor phone use and handler conflicts over the phone, in addition to what the Supt. might do with grievances referred from IIC Services about phone use on the tier. (i.e"supervision of detainee phone use by sworn officers on the tier, responding to inmate grievances regarding physical violence surrounding telephone usage.)

Please advise which dates work for these witnesses. We will be in touch once we have confirmed dates and times for the remaining witnesses.


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<image005.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Gordon, Tim <timothy.gordon@morganlewis.com>
**Sent:** Tuesday, February 4, 2025 6:12 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

Jason,

We have addressed your concerns in our December 17, 2024 Response Letter ("Letter") and you have accepted the changes based on the joint status report that was filed last Friday. However, the answers to your questions are below:

> **Topic 7** appears to seek several types of information: (1) information generally regarding how the phone system works (duplicative of #10); (2) the inmate "penalties" process; and (3) phone call recording/monitoring

> The second subtopic, "monitoring or recording" Inmate calls by Defendants "for the purpose of discovering improper telephone usage" is unclear. We need to know, so we can produce the correct witness, if are you asking who can (a) discuss the process of how phones are monitored and calls recorded generally, or (b) what is heard on the phone call or (c) who's monitoring the inmates while making calls on a certain tier?

> The third subtopic, "issuance of penalties" (i.e-discipline) would be someone from the Discipline Department and that individual would address inmate discipline generally, as opposed to discipline related specifically to the manner in which the telephone was

used.

**Topic 8**, relates to inmate phone usage, but again, it is unclear if plaintiff is seeking information regarding "improper usage" based upon the subject matter of phone calls or plaintiff seeks information regarding actions by inmates seeking to use phones the tier (i.e. dialing a code). Topic 7-8 appear to be duplicative. Please advise regarding plaintiff's position and explain how they are different.

**Topic 9**: CCSO has identified Natasha Jones who can testify regarding grievances generally. However, does this topic also relate to who might respond to an issue on the tier involving the phone?

We have addressed these concerns in our Letter response, and, at your request, have combined these topics to the following:

"The general regulation of the inmate telephone system, including the process by which an Inmate is penalized for improper usage of the telephone system, any monitoring or recording of Inmate telephone calls by Defendants for the purpose of discovering improper telephone usage, and Defendants general process in responding to inmate grievances regarding physical violence surrounding telephone usage, during the Relevant Period."

This topic is clear on its face. You were given notice of this topic, the parties met and conferred and exchanged multiple emails on the topic, and you designated Natasha Jones to testify regarding this topic. If you would like to designate an additional witness to testify as to certain facts covered within this topic as well, let us know immediately.

**Topic 10** has two topics. The first topic, "preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" relates to providing medical services and appears to be a Cook/Cermak issue. Please confirm the bates documents from which this topic derives - medical or CCSO documents so we can produce the proper witness. The second topic within Topic 10 relates to "use of the inmate telephone system" and, as mentioned above, appears to be duplicative of Topics 7-8. How is it different?

As stated in our Letter, this topic is "asking about the process for adopting/incorporating such rules, policies, and procedures (i.e., who drafts the rules, who reviews the rules, and who ultimately approves the rules) surrounding Inmate medical care and Inmate telephone usage." This is different than the above combined Topics 7-9, which relates to the telephone usage itself, as opposed to the policies and procedures governing it.

**Topic 11** references "disciplinary action involving Sheriff Dart". However, no specific disciplinary issue has been identified or plead in this litigation. If we are incorrect, can you direct us to the documents, since it may help clarify this issue. For example, does plaintiff seek information regarding access to the phone (i.e. Policy 1209) **OR** does want to explore how officers are disciplined? These are two very different questions with different potential witnesses. Policy 1209 does not relate to issues involving officer

discipline. Please advise which one of the topics is intended by plaintiff so we can produce the correct witness.

Again, as stated in our Letter, we have asked you for documents related to disciplinary action against Sheriff Dart. You have not provided us with documents of that nature, so we cannot direct you to a document. We are seeking a corporate representative who can address questions regarding how, if at all, Sheriff Dart and any other employee who is tasked with enforcing the Inmate telephone usage rules are disciplined.

We remain concerned that you continue to raise issues with these topics despite the parties' multiple discussions and filing a joint status report. Plaintiff's Rule 30(b)(6) Notice was served more than four months ago, and we have reduced and refined the 11 topics considerably to address your concerns. We intend to move forward with the deposition tomorrow of Ms. Jones on topics 7-9 as agreed.

Best regards,
Tim

**Tim Gordon**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6348 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

timothy.gordon@morganlewis.com | www.morganlewis.com

<image001.jpg>

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, February 4, 2025 2:23 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Gordon, Tim <timothy.gordon@morganlewis.com>
**Subject:** Henneberg v. Dart, et al 19-cv-07380 | Rule 30(b)(6) Notice and deposition issues

[EXTERNAL EMAIL]
John,

Please advise regarding these issues raised in my 1/28/25 email to you in advance of the 2/5/25 deposition (see below). The entirety of my 1/28/25 email is included in this email string.

Also, as a reminder Natasha Jones is testifying only about the inmate services grievance process generally and not about responses to any particular grievances. As we previously mentioned, despite consolidating topics 7-9, the amended notice does not cure the issues we raised. Notably, the grievance policy issue in topic 9 differs significantly from topics 7, 8 and the other portion of topic 9.

Please provide a response to the following issues that I outlined in my 1/28/25 email. We need clarity so we can identify an appropriate witness(es).

**Topic 7** appears to seek several types of information: (1) information generally regarding how the phone system works (duplicative of #10); (2) the inmate "penalties" process; and (3) phone call recording/monitoring

The second subtopic, "monitoring or recording" Inmate calls by Defendants "for the purpose of discovering improper telephone usage" is unclear. We need to know, so we can produce the correct witness, if are you asking who can (a) discuss the process of how phones are monitored and calls recorded generally, or (b) what is heard on the phone call or (c) who's monitoring the inmates while making calls on a certain tier?

The third subtopic, "issuance of penalties" (i.e-discipline) would be someone from the Discipline Department and that individual would address inmate discipline generally, as opposed to discipline related specifically to the manner in which the telephone was used.

**Topic 8**, relates to inmate phone usage, but again, it is unclear if plaintiff is seeking information regarding "improper usage" based upon the subject matter of phone calls or plaintiff seeks information regarding actions by inmates seeking to use phones the tier (i.e. dialing a code). Topic 7-8 appear to be duplicative. Please advise regarding plaintiff's position and explain how they are different.

**Topic 9**: CCSO has identified Natasha Jones who can testify regarding grievances generally. However, does this topic also relate to who might respond to an issue on the tier involving the phone?

**Topic 10** has two topics. The first topic, "preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" relates to providing medical services and appears to be a Cook/Cermak issue. Please confirm the bates documents from which this topic derives - medical or CCSO documents so we can produce the proper witness. The second topic within Topic 10 relates to "use of the inmate telephone system" and, as mentioned above, appears to be duplicative of Topics 7-8. How is it different?

**Topic 11** references "disciplinary action involving Sheriff Dart". However, no specific disciplinary issue has been identified or plead in this litigation. If we are incorrect, can you direct us to the documents, since it may help clarify this issue. For example, does plaintiff       seek information regarding access to the phone (i.e.

Policy 1209) **OR** does want to explore how officers are disciplined? These are two very different questions with different potential witnesses. Policy 1209 does not relate to issues involving officer discipline. Please advise which one of the topics is intended by plaintiff so we can produce the correct witness.

We look forward to hearing from you regarding the issues outlined above. Also, please advise if you have any preference regarding the order of depositions.

Jason

Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Jason DeVore
**Sent:** Tuesday, January 28, 2025 12:18 PM

**To:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>

**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>

**Subject:** RE: Henneberg Litigation - Plaintiff's Updated Rule 30(b)(6) Notice, and Need to Identify All Defendants' Witnesses by Monday, Feb. 3, 2025

Phil and John,

Thank you for your email. There has been a fair amount of difficulty clarifying the topics, but we have made some progress.

Based upon plaintiff's original 30(b)(6) notice, a witness has been identified by the Sheriff and another witness has been identified by Cook/Cermak. Some topic issues still need to be clarified. Thank you for providing an amended 30(b)(6) notice, pursuant to our requests. As discussed below, issues remain.

Importantly, we must reiterate that CCSO cannot agree to produce anyone who will testify beyond the scope (2017-2019) of what we have outlined in our prior correspondence. As we discussed previously, although CCSO has produced voluminous grievances dating back to 2011, we do not have policies prior to Fall 2017 when the Lexipol system was implemented. Thus, there is no opportunity for a CCSO witness to adequately prepare for questions regarding policies prior to Fall 2017.

Topics 1 through 5 relate to issues for a Cook/Cermak witness. Topic 6 is the stipulation for Susan Shebel that we are currently reviewing.

Topic 3 is comprised of four subtopics and appears to be directed at Cook Co in relation to medical requests and something Dr. DeFuniak can address. The subtopic of "providing notice to inmate on how to request medical care" appears to be related to information in the inmate handbook related to Health Request Service Forms. CCJ is unaware of other methods of providing "notice on how to request medical care".

Topic 7 appears to seek several types of information: (1) information generally regarding how the phone system works (duplicative of #10); (2) the inmate "penalties" process; and (3) phone call recording/monitoring

The second subtopic, "monitoring or recording" Inmate calls by Defendants "for the purpose of discovering improper telephone usage" is unclear. We need to know, so we can produce the correct witness, if are you asking who can (a) discuss the process of how phones are monitored and calls recorded generally, or (b) what is heard on the phone call or (c)

who's monitoring the inmates while making calls on a certain tier?

The third subtopic, "issuance of penalties" (i.e-discipline) would be someone from the Discipline Department and that individual would address inmate discipline generally, as opposed to discipline related specifically to the manner in which the telephone was used.

Topic 8, relates to inmate phone usage, but again, it is unclear if plaintiff is seeking information regarding "improper usage" based upon the subject matter of phone calls or plaintiff seeks information regarding actions by inmates seeking to use phones the tier (i.e. dialing a code). Topic 7-8 appear to be duplicative. Please advise regarding plaintiff's position and explain how they are different.

Topic 9: CCSO has identified Natasha Jones who can testify regarding grievances generally. However, does this topic also relate to who might respond to an issue on the tier involving the phone?

As an aside, we note that in your 12.17.24 letter you agreed to consolidate Topics #7-9 into the following single issue:

*The general regulation of the inmate telephone system, including (a) the process by which an Inmate is penalized for improper usage of the telephone system (b) any monitoring or recording of Inmate telephone calls by Defendants* **for the purpose of discovering improper telephone** *and (c) Defendants general process in responding to inmate grievances regarding physical violence surrounding telephone usage, during the Relevant Period.*

Despite consolidating topics 7-9, the amended notice does not cure the issues we raised.

Topic 10 has two topics. The first topic, "preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies pertaining to the provision of medical services to Inmates" relates to providing medical services and appears to be a Cook/Cermak issue. Please confirm the bates documents from which this topic derives - medical or CCSO documents so we can produce the proper witness. The second topic within Topic 10 relates to "use of the inmate telephone system" and, as mentioned above, appears to be duplicative of Topics 7-8. How is it different?

Topic 11 references "disciplinary action involving Sheriff Dart". However, no specific disciplinary issue has been identified or plead in this litigation.

If we are incorrect, can you direct us to the documents, since it may help clarify this issue. For example, does plaintiff seek information regarding access to the phone (i.e. Policy 1209) **OR** does want to explore how officers are disciplined? These are two very different questions with different potential witnesses. Policy 1209 does not relate to issues involving officer discipline. Please advise which one of the topics is intended by plaintiff so we can produce the correct witness.

Once plaintiff confirms the foregoing, we will be able to proceed accordingly. Please advise if you would like to have another Rule 37 conference to discuss this issue or if we need to continue depositions to another date.

Thanks,

Jason

Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com

<image001.png>

<image002.png>

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Monday, January 27, 2025 7:18 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A.

<brent.hawkins@morganlewis.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>
**Subject:** Henneberg Litigation - Plaintiff's Updated Rule 30(b)(6) Notice,
and Need to Identify All Defendants' Witnesses by Monday, Feb. 3, 2025

Dear Troy, Jason and Zach:

For the benefit of both sides, this email summarizes the current status of
Defendants' compliance with Plaintiff's Rule 30(b)(6) Notice (served on
Sept. 6, 2024). As indicated below, the original notice only identified 11
deposition topics, and Defendants have yet to identify any witnesses
regarding several important issues. In addition, we want to reiterate the
importance of having witnesses who are not only knowledgeable regarding
the listed topics, Defendants must identify and produce witnesses whose
knowledge collectively spans the ten-year period from January 1, 2010
through December 31, 2019.

Plaintiff's Rule 30(b)(6) Notice was served more than four months ago on
September 6, 2024. Based on the need to have these matters addressed,
we ask that the Defendants – no later than <u>Monday, February 3, 2025</u> –
identify all additional witnesses whose knowledge is sufficient to address
<u>all</u> of the above areas reflected in Topics 1 through 11 (as described in the
above chart). Once those witnesses are identified, we request a
commitment from Defendants to cooperate with scheduling so that all Rule
30(b)(6) Notice depositions will be taken <u>no later than Friday, March 7</u>.

We have made some progress addressing the matters encompassed by
the Plaintiff's Rule 30(b)(6) Notice. As indicated below, Defendants'
October 2, 2024 response letter identified Dr. (Andrew) DeFuniak as the
witness to address <u>Topics 1 and 2</u>, and Dr. DeFuniak's deposition is
scheduled to occur on January 29, 2025 at 11:15 am CT. Defendants have
not identified a witness or witnesses to address <u>Topic 3</u>, nor have
Defendants identified a witness or witnesses to address <u>Topics 4 and
5</u> (which Plaintiff, as a compromise, agreed to combine and shorten as
stated below and in John Guyette's December 17, 2024 letter). We have
agreed that the deposition of Susan Shebel will be deemed the response
of Defendants Dart and Cook County to <u>Topic 6</u> in the original notice, and a
draft stipulation to this effect was transmitted to you by my co-counsel, John
Guyette, on January 24, 2025. In addition, Defendants' October 2, 2024
response letter identified John Mueller as the witness to testify "about the
grievance process generally" in response to <u>Topics 7, 8 and 9</u> (which
Plaintiff, as a compromise, agreed to combine and shorten as stated below
and in John Guyette's December 17, 2024 letter); and your January 13,
2025 email stated Mr. Mueller was retiring and Defendants were
substituting Supervisor Natasha Jones instead, and Ms. Jones deposition
is scheduled to occur on February 5, 2025 at 10 am CT. However,
Defendants have not identified a witness or witnesses to address <u>Topics</u>

10 and 11.  More generally, it remains unclear whether the identified witnesses will have sufficient knowledge to address all topics for the timeframe encompassed by the Rule 30(b)(6) Notice, which cannot be determined until the depositions have been taken.

Here is a summary of where everything stands in relation to Plaintiff's Rule 30(b)(6) Notice served on Sept. 6, 2024:

| Topic # | Topic as Originally Stated | Topic as Combined & Shortened (or No Change) | Identified Witnesses | Deposition Scheduled or Taken | Comments |
|---|---|---|---|---|---|
| 1 | The intake and mental health screening processes at the time of initial booking and any Policies pertaining to these processes at Cook County Jail during the Relevant Period. | No Change | Dr. Andrew DeFuniak | Jan. 29, 2025 at 11:15 am CT | |
| 2 | Collecting, managing, storing, updating, processing, and review of Inmates' medical records obtained at the time of booking during the Relevant Period. | No Change | Dr. Andrew DeFuniak | Jan. 29, 2025 at 11:15 am CT | |
| 3 | The administration of medical care to Inmates, including providing notice to Inmates on how to request medical care, receiving medical requests from Inmates, and processing Inmates' medical | No Change | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |

| | | | | | |
|---|---|---|---|---|---|
| | requests during the Relevant Period. | | | | |
| 4 | The provision of medical or vision care to Inmates, including contacting medical or vision care providers, and scheduling medical or vision care appointments with providers within or outside of Cook County Jail during the Relevant Period. | 4 and 5. Any information and knowledge regarding the facilitation or procurement of medical or vision care services for Inmates by employees of Cook County Jail and medical service providers outside of Cook County Jail during the Relevant Period. | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |
| 5 | The facilitation or procurement of medical or vision care services for Inmates from sources external to Cook County Jail (i.e., not from within Cook County Jail) during the Relevant Period. | | | | |
| 6 | Collecting, addressing, resolving, denying, or approving of Inmates' medical grievances during the Relevant Period. | No Change | Susan Shebel (prior Feb. 14, 2024 deposition) | Susan Shebel (prior Feb. 14, 2024 deposition) | Stipulation to be finalized. |
| 7 | Inmates' telephone system usage, including the monitoring or recording of telephone calls, and the issuance of penalties for violations of Inmate telephone usage Rules during the Relevant | 7, 8 and 9. The general regulation of the inmate telephone system, including the process by which an Inmate is penalized for improper usage of the telephone system, any monitoring or recording | Natasha Jones (substitute for John Mueller) | Feb. 25, 2025 at 10 am CT | Defendants Oct. 2, 2024 response letter stated that Mr. Mueller would testify "about the grievance process generally." The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, |

| | | | | | |
|---|---|---|---|---|---|
| | Period. | of Inmate telephone | | | 2010 to Dec. 31, 2019). |
| 8 | The regulation of the Inmate telephone system, including Cook County Jail's efforts to maintain or reclaim control over the Inmate telephone system, the enforcement of Rules governing Inmate telephone system usage, intervention in instances of physical violence or threats related to Inmate telephone system usage, and response to Inmates' safety concerns regarding the Inmate telephone system during the Relevant Period. | calls by Defendants for the purpose of discovering improper telephone usage, and Defendants general process in responding to inmate grievances regarding physical violence surrounding telephone usage, during the Relevant Period. | | | |
| 9 | Collecting, maintaining, investigating addressing, and resolving Inmates' grievances regarding the Inmate telephone system and reports of violence or threats of violence related to Inmates' telephone system usage during the Relevant Period. | | | | |
| 10 | Preparing, adopting, revising, reviewing, or maintaining Cook County Jail's Policies | No Change | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for |

| | | | No Change | | | the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |
|---|---|---|---|---|---|---|
| | | pertaining to the provision of medical services to Inmates and the use of the Inmate telephone system by Inmates during the Relevant Period. | | | | |
| 11 | | Disciplinary Action involving Sheriff Dart or any other employees, staff, officials, managers, agents, contractors, or related parties tasked with enforcing Inmate telephone usage Rules, or otherwise ensuring the fair, uninhibited, and safe usage by all Inmates of the Inmate telephone system during the Relevant Period. | No Change | No witness(es) identified | No witness(es) identified | The designated witness(es) must be knowledgeable about the entire topic for the entire time period (Jan. 1, 2010 to Dec. 31, 2019). |

At this point, although we have made progress, it is extremely important for Defendants to identify the witnesses who are fully knowledgeable, for the 2010-2019 time period, regarding <u>Topic 3</u>, <u>Topics 4 and 5</u> (as combined above), <u>Topics 7, 8 and 9</u> (as combined above), Topic 10, and Topic 11. As indicated above, we also understand that, in relation to <u>Topics 7, 8 and 9</u> (as combined above), Natasha Jones has been substituted for John Mueller, who was described in Defendants' October 2, 2024 response letter as a witness who could testify "about the grievance process generally." However, it will be important for Ms. Jones – along with whatever additional witness(es) who may be necessary – to be knowledgeable about the <u>entire</u> combined Topics 7, 9 and 9, which consists of the following for the 2010-2019 period:

       The <u>general regulation of the inmate telephone system</u>, including the <u>process by which an Inmate is penalized</u> for <u>improper usage of the telephone system</u>, any <u>monitoring or recording of Inmate telephone calls</u> by Defendants for the purpose of <u>discovering improper telephone usage</u>, and Defendants <u>general process in responding to</u>

<u>inmate grievances</u> regarding <u>physical violence surrounding</u> <u>telephone usage</u>, during the Relevant Period.

Again, in the interest of getting these matters addressed, we ask that the Defendants – no later than <u>Monday, February 3, 2025</u> – identify all additional witnesses whose knowledge is sufficient to address <u>all</u> of the above areas reflected in Topics 1 through 11 (as described in the above chart). Once those witnesses are identified, we request a commitment from Defendants to cooperate with scheduling so that all Rule 30(b)(6) Notice depositions will be taken <u>no later than Friday, March 7</u>.

There has been no uncertainty regarding the scope of the Rule 30(b)(6) topics since they were served on September 6, 2024, and since Plaintiff offered to shorten and combine Topics 4 and 5 (as described above) and Topics 7, 8 and 9 (as described above) in the December 17, 2024 letter from my co-counsel, John Guyette. However, in the interest of maintaining a clear record, we have attached "Plaintiff's Updated Rule 30(b)(6) Notice of Deposition to Defendants Sheriff Dart and Cook County," which is substantively identical to the original Rule 30(b)(6) Notice except it combines Topics 4 and 5, and Topics 7, 8 and 9, as described above.

Regards,

Phil

**Philip A. Miscimarra**

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541

Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001

Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606

Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001

Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, January 24, 2025 2:47 PM

**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]

Thank you. We will take a look.

Do you intend to send a revised 30b6 dep notice as I requested last week following our conversation?

*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Jan 24, 2025, at 10:58 'a0AM, Guyette, John <john.guyette@morganlewis.com> wrote:

Troy,

As discussed, attached is a proposed stipulation regarding Susan Shebel and topic number 6 from Plaintiff's September 6, 2024, 30(b)(6) deposition notice.

Please advise.

Thanks,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Thursday, January 16, 2025 2:15 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]

Good afternoon John,

Thank you for taking time to talk to us yesterday about our concerns. We thought it was productive.

To avoid confusion, we would appreciate your sending us a revised 30(b)(6) notice consistent with your December 17, 2024 letter. For instance, you have now combined topics 4-5 and 7-9. (see your letter p.2).We would appreciate that in the next 7 days.

You also indicated we can expect a draft stip with respect to issue #6 by the end of next week.

As mentioned, we will contact our clients about the scope concerns we raised with respect to the testimony relating from 2010-present. We also understand your position. Ultimately, that may be an issue we need Judge Daniel to resolve if we are at an impasse.

Finally, we appreciate your sending us the draft of the JSR by 1/28, or earlier. As promised, we should be able to get our comments back to you at noon on 1/30.

Please let us know if we missed anything. We look forward to your response.

*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Monday, January 13, 2025 2:02 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Thanks, Troy.  Let me check on the 2/5 deposition date for Supervisor Jones and revert back.  In terms of discussing the other topics, would any of the following dates/times (EST) work on your end? Thanks.

1.  Wed. 1/15: 11-12:30; 2-3; 4 on

2.  Thurs. 1/16: after 1

3.  Fri. 1/17: 12-1; 1:30 on

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

<image001.jpg>

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Monday, January 13, 2025 2:51 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A.

matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response


[EXTERNAL EMAIL]

John,


Also, we are making a substitution. Dir. Mueller is retiring. We
intend to produce Supervisor Natasha Jones instead. We can
produce her on Feb 5, 2025 at 10:00 via zoom. We still need
to speak to you though this week regarding a few topics.


Let us know when you can meet.


*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

<image002.png>


*This message may contain information that is attorney-client
privileged, attorney work product or otherwise confidential. If you
are not an intended recipient, use and disclosure of this message are
prohibited. If you received this transmission in error, please notify
the sender by reply e-mail and delete the message and any
attachments.*

---

**From:** Troy Radunsky
**Sent:** Monday, January 13, 2025 11:16 AM

**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

John,

Are you available to meet this week to chat about the 30b6 topics? It will probably take 20 minutes to try and work this out.

*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

<image002.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Guyette, John <john.guyette@morganlewis.com>

**Sent:** Friday, January 10, 2025 3:32 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason
DeVore <jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.com>; Russell, Matthew A.
<matthew.russell@morganlewis.com>; Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>; Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB Henneberg
Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Troy,

Failing to follow or enforce Policy 1209 ("Inmate Telephone
Access") is certainly a part, though not all encompassing, of
Topic 11 and our request to designate a 30(b)(6) witness who
can testify on "Disciplinary Action involving Sheriff Dart or any
other employees, staff, officials, managers, agents, contractors,
or related parties tasked with enforcing Inmate telephone usage
Rules, or otherwise ensuring the fair, uninhibited, and safe
usage by all Inmates of the Inmate telephone system during the
Relevant Period." By way of example only, Policy 1209 itself
references other potential areas of inquiry including, "telephone
usage rules", an "Inmate Reception Policy", as well as other
rules requiring certain postings and documentation, all of which
we view as potentially relevant and encompassed by Topic 11.

Thanks,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, January 8, 2025 5:27 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]

John,


Re: Topic 11: To clarify, are you asking us about how the CCDOC discipline a sworn officer for failing to follow or enforce Policy 1209, regarding detainee telephone usage or telephone policies?"


We should have dates for you next week for Mueller.


*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*




*This message may contain information that is attorney-client*

*privileged, attorney work product or otherwise confidential. If
you are not an intended recipient, use and disclosure of this
message are prohibited. If you received this transmission in
error, please notify the sender by reply e-mail and delete the
message and any attachments.*

On Jan 7, 2025, at 8:01 'a0AM, Guyette, John
<john.guyette@morganlewis.com> wrote:

Troy, Zach, Jason – we hope you all had an
enjoyable holiday and happy new year.

Now that we have confirmed Dr. DeFuniak's remote
deposition for January 29 at 11:15 a.m. CST, do
you have some potential dates for the depositions
of John Mueller and Scott Jakubowski?  Perhaps
during the weeks of February 3-7 or February 17-
21?

Best regards,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax:
+1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Guyette, John
<john.guyette@morganlewis.com>
**Sent:** Friday, December 20, 2024 12:39 PM
**To:** Zachary Stillman

<zstillman@devoreradunsky.com>; Troy Radunsky
<tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>; Hill, Melissa
D. <melissa.hill@morganlewis.com>; Russell,
Matthew A. <matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra,
Philip A. <philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice
Response

That's fine by me. Thanks.

---

**From:** Zachary Stillman
<zstillman@devoreradunsky.com>
**Sent:** Friday, December 20, 2024 11:50:26 AM
**To:** Guyette, John
<john.guyette@morganlewis.com>; Troy Radunsky
<tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>; Hill, Melissa
D. <melissa.hill@morganlewis.com>; Russell,
Matthew A. <matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra,
Philip A. <philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice
Response

[EXTERNAL EMAIL]

John,

We would not be available until 11:15 that day.

Could we start the deposition at that time?

Thank you,

Zachary

<image002.jpg>

**Zachary G. Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Guyette, John
<john.guyette@morganlewis.com>
**Sent:** Friday, December 20, 2024 10:41 AM
**To:** Troy Radunsky
<tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman
<zstillman@devoreradunsky.com>; Jason DeVore
<jdevore@devoreradunsky.com>; Law Clerks
<LawClerks@devoreradunsky.com>; Hill, Melissa
D. <melissa.hill@morganlewis.com>; Russell,
Matthew A. <matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>; Miscimarra,
Philip A. <philip.miscimarra@morganlewis.com>;
Doukas, Maria E.
<maria.doukas@morganlewis.com>; MLB
Henneberg Litigation
<MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice
Response

Troy – 1/29/25 at 10 a.m. CST works for us for Dr.
Defuniak's deposition.  Let's hold that date.  We'll
send the Zoom details separately.

Do you also have some potential dates for John
Mueller?

Thanks, and have a wonderful holiday.


**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, December 18, 2024 4:17 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response


[EXTERNAL EMAIL]

Roger that.


*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

On Dec 18, 2024, at 3:16 'a0PM, Guyette, John <john.guyette@morganlewis.com> wrote:

1/29/25 should work for Dr. DeFuniak but let me just confirm that internally and get back this week.

Thanks,

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 |
Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com |
www.morganlewis.com

---

**From:** Troy Radunsky

<tradunsky@devoreradunsky.com>
**Sent:** Wednesday, December 18, 2024
4:14 PM
**To:** Guyette, John
<john.guyette@morganlewis.com>
**Cc:** Zachary Stillman
<zstillman@devoreradunsky.com>;
Jason DeVore
<jdevore@devoreradunsky.com>; Law
Clerks
<LawClerks@devoreradunsky.com>;
Hill, Melissa D.
<melissa.hill@morganlewis.com>;
Russell, Matthew A.
<matthew.russell@morganlewis.com>;
Hawkins, Brent A.
<brent.hawkins@morganlewis.com>;
Miscimarra, Philip A.
<philip.miscimarra@morganlewis.com>
; Doukas, Maria E.
<maria.doukas@morganlewis.com>;
MLB Henneberg Litigation
<MLBHennebergLitigation@morganlew
is.com>
**Subject:** Re: Henneberg | Rule 30(b)(6)
Notice Response


[EXTERNAL EMAIL]

Thanks for getting back to me. Sorry if I
was a little aggressive there!


Did we ever lock down a date for Dr
Defuniak? I think we mentioned January
29? 10:00 am start? Let us know if you
haven't already.


Finally, as mentioned yesterday, in
response to your letter,  we will contact
you to discuss further steps after we
speak to our clients.



*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-300-4484 |
**C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

> On Dec 18, 2024, at 3:09 'a0PM, Guyette, John <john.guyette@morganlewis.com> wrote:
>
> Troy – we are agreeable to Zoom depositions for these witnesses.  Thanks.

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com |
www.morganlewis.com

---

**From:** Troy Radunsky
<tradunsky@devoreradunsk
y.com>
**Sent:** Tuesday, December
17, 2024 2:52 PM
**To:** Guyette, John
<john.guyette@morganlewis
.com>
**Cc:** Zachary Stillman
<zstillman@devoreradunsky
.com>; Jason DeVore
<jdevore@devoreradunsky.
com>; Law Clerks
<LawClerks@devoreraduns
ky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.
com>; Russell, Matthew A.
<matthew.russell@morganle
wis.com>; Hawkins, Brent A.
<brent.hawkins@morganlew
is.com>; Miscimarra, Philip
A.
<philip.miscimarra@morgan
lewis.com>; Doukas, Maria
E.
<maria.doukas@morganlew
is.com>; MLB Henneberg
Litigation
<MLBHennebergLitigation
@morganlewis.com>; Law
Clerks
<LawClerks@devoreraduns
ky.com>; Hill, Melissa D.
<melissa.hill@morganlewis.
com>; Russell, Matthew A.
<matthew.russell@morganle
wis.com>; Hawkins, Brent A.
<brent.hawkins@morganlew
is.com>; Miscimarra, Philip
A.
<philip.miscimarra@morgan
lewis.com>; Doukas, Maria
E.
<maria.doukas@morganlew
is.com>; MLB Henneberg
Litigation
<MLBHennebergLitigation
@morganlewis.com>
**Subject:** RE: Henneberg |

Rule 30(b)(6) Notice
Response

[EXTERNAL EMAIL]

John,

Received. Thanks.

We will contact you after we have considered your correspondence and spoken to our clients.

Also, are you agreeing to zoom depositions for these witnesses? Ive raised this 3x and don't think I received the response?

Have a pleasant afternoon.

*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Tuesday, December 17, 2024 10:35 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip

A. <[philip.miscimarra@morgan lewis.com](mailto:philip.miscimarra@morganlewis.com)>; Doukas, Maria E. <[maria.doukas@morganlew is.com](mailto:maria.doukas@morganlewis.com)>; MLB Henneberg Litigation <[MLBHennebergLitigation @morganlewis.com](mailto:MLBHennebergLitigation@morganlewis.com)>

**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Troy – please find attached Plaintiff's letter on the other topics set forth in Plaintiff's September 6, 2024, 30(b)(6) deposition notice and in further response to Defendants' October 2, 2024, letter.

Let us know if you have any questions or would like to discuss.

Thanks,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

[john.guyette@morganlewis.com](mailto:john.guyette@morganlewis.com) | [www.morganlewis.com](http://www.morganlewis.com)

---

**From:** Troy Radunsky <[tradunsky@devoreradunsk](mailto:tradunsky@devoreradunsk)

y.com>

**Sent:** Friday, December 6, 2024 12:22 PM
**To:** Guyette, John <john.guyette@morganlewis.com>
**Cc:** Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>; Law Clerks <LawClerks@devoreradunsky.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Re: Henneberg | Rule 30(b)(6) Notice Response


[EXTERNAL EMAIL]

Thank you. We will contact

our client and get back to
you next week. Are you
going to address the other
issues we raised in our
correspondence back in
October relative to the other
topics?

*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-
300-4484 | **C:** 312-968-
7837

*[tradunsky@devoreradunsky.com](tradunsky@devoreradunsky.com)*

*[www.devoreradunsky.com](www.devoreradunsky.com)*

*Recognized by
SuperLawyers*

*This message may contain
information that is attorney-
client privileged, attorney
work product or otherwise
confidential. If you are not
an intended recipient, use
and disclosure of this
message are prohibited. If
you received this
transmission in error,
please notify the sender by
reply e-mail and delete the
message and any
attachments.*

On Dec 6, 2024,
at 11:11 'a0AM,
Guyette, John
<john.guyette@
morganlewis.com
> wrote:

Thanks, Troy —
we further
discussed this
morning our
schedules and
possible dates
and believe the
weeks of
January 20-24 or
January 27-31
are feasible.
Would there be
2-3 dates in that
2-week window
that would work
for Dr. Funiak
and Director
Mueller and your
office?

**John Guyette**

**Morgan, Lewis &
Bockius LLP**

101 Park Avenue |
New York, NY
10178-0060

Direct:
+1.212.309.6107 |
Main: +1.212.309.60
00 | Fax:
+1.212.309.6001

john.guyette@morga
nlewis.com |
www.morganlewis.c
om

---

**From:** Troy
Radunsky
<tradunsky@dev
oreradunsky.com
>
**Sent:** Monday,

December 2, 2024 11:23 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response


[EXTERNAL EMAIL]

Good morning John,

Hope you had a good holiday.

In reviewing the correspondence we sent on October 1, we did identify a potential witness with respect to #9 (Dir. Mueller). In light of our issues with respect to #3-5, 7,8,10-11, we feel those require a more robust response from plaintiff before we can pin those down.

In the meantime, let us know about possible zoom dep dates for Dr. Funiak, and Dir. Mueller. We should try and get these done before the holidays, if possible.

We look forward to your response.

Thanks,

*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:** 312-300-4484 | **C:** 312-968-7837

*tradunsky@devoreradunsky.com*

*www.devoreradunsky.com*

*Recognized by SuperLawyers*

<image001.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Troy Radunsky
**Sent:** Tuesday, November 26, 2024 1:20 PM
**To:** Guyette, John <john.guyette@morganlewis.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice

Response

Thanks John.

Why don't you propose some dates for Dr. Funiak next month and we will try to set something up on a mutually convenient date and time? Can we agree to a zoom dep please since they are not parties!!

I have a good idea of who the other witness is on the phone topics but I will need to confirm with my client again after the holidays. I'll get back to you next week on that one and we can tee that witness up also.

Thank you for letting us know about Susan Shebel and a potential stipulation.

Happy holidays to all.

*Troy S.*

*Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois 60606

**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837

[*tradunsky@devoreradunsky.com*](tradunsky@devoreradunsky.com)

[*www.devoreradunsky.com*](www.devoreradunsky.com)

*Recognized by SuperLawyers*

<image001.png>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Guyette, John

<john.guyette@morganlewis.com>

**Sent:** Tuesday, November 26, 2024 11:30 AM

**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>

**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>

**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response

Troy, thanks for your November 20, 2024, email.

First, we are preparing a written response to your October 2, 2024 letter (Defendants' Letter) and will provide shortly.

In the meantime, we understand from Defendants' Letter and our September 26, 2024, meet and confer that Defendants have identified Dr. DeFuniak to testify on topics 1 and 2 in Plaintiff's attached 30(b)(6) deposition notice. We are happy to proceed with Dr. DeFuniak's deposition on these topics while we attempt to come to an agreement on the other topics. To that end, are there dates in December that work for you and Dr. DeFuniak?

Second, notwithstanding your objections

on the other topics, do Defendants intend to identify 30(b)(6) witnesses to testify on topics 3-5 and 7-11?  If so, can you please identify who these witnesses are and availability in December/January?

Finally, as to topic 6 and your proposal to designate Susan Shebel's February 14, 2024, deposition testimony as 30(b)(6) testimony on this topic, we are still reviewing this proposal including her testimony to determine whether we would be willing to agree.  We will respond in writing separately.

Thanks, and have a wonderful Thanksgiving all,

John

**John Guyette**

Morgan, Lewis &

**Bockius LLP**

101 Park Avenue |
New York, NY
10178-0060

Direct:
+1.212.309.6107 |
Main: +1.212.309.60
00 | Fax:
+1.212.309.6001

john.guyette@morga
nlewis.com |
www.morganlewis.c
om

---

**From:** Troy
Radunsky
<tradunsky@dev
oreradunsky.com
>
**Sent:** Wednesd
ay, November
20, 2024 9:56
AM
**To:** Guyette,
John
<john.guyette@
morganlewis.com
>; Zachary
Stillman
<zstillman@dev
oreradunsky.com
>; Jason
DeVore
<jdevore@devor
eradunsky.com>
; Law Clerks
<LawClerks@de
voreradunsky.com
>
**Cc:** Hill, Melissa
D.
<melissa.hill@m
organlewis.com
>; Russell,
Matthew A.
<matthew.russell
@morganlewis.c
om>; Hawkins,
Brent A.
<brent.hawkins
@morganlewis.c
om>;
Miscimarra,

Philip A.
<[philip.miscimar ra@morganlewi s.com](mailto:philip.miscimarra@morganlewis.com)>; Doukas, Maria E.
<[maria.doukas @morganlewis.c om](mailto:maria.doukas@morganlewis.com)>; MLB Henneberg Litigation
<[MLBHenneber gLitigation@mor ganlewis.com](mailto:MLBHennebergLitigation@morganlewis.com)>
**Subject:** RE: Henneberg | Rule 30(b)(6) Notice Response


[EXTERNAL EMAIL]

Good morning John,


Please let us know how you would like to proceed on the 30(b)(6) issues following our correspondence below on 10.2.24.



Thanks,



*Troy S. Radunsky*

**DeVore Radunsky LLC**

230 W. Monroe, Suite 230

Chicago, Illinois
60606

**O:** 312-300-
4479 | **D:**312-
300-4484 | **C:**
312-968-7837

*tradunsky@dev*
*oreradunsky.com*

*www.devorera*
*dunsky.com*

*Recognized by*
*SuperLawyers*

<image001.png>

*This message may*
*contain*
*information that is*
*attorney-client*
*privileged,*
*attorney work*
*product or*
*otherwise*
*confidential. If*
*you are not an*
*intended*
*recipient, use and*
*disclosure of this*
*message are*
*prohibited. If you*
*received this*
*transmission in*
*error, please*
*notify the sender*
*by reply e-mail*
*and delete the*
*message and any*
*attachments.*

---

**From:** Guyette,
John
<john.guyette@
morganlewis.com
>
**Sent:** Wednesd
ay, October 2,

2024 10:58 AM
**To:** Zachary
Stillman
<[zstillman@dev](mailto:zstillman@devoreradunsky.com)
[oreradunsky.com](mailto:zstillman@devoreradunsky.com)
>; Troy
Radunsky
<[tradunsky@dev](mailto:tradunsky@devoreradunsky.com)
[oreradunsky.com](mailto:tradunsky@devoreradunsky.com)
>; Jason
DeVore
<[jdevore@devor](mailto:jdevore@devoreradunsky.com)
[eradunsky.com](mailto:jdevore@devoreradunsky.com)>
; Law Clerks
<[LawClerks@de](mailto:LawClerks@devoreradunsky.com)
[voreradunsky.com](mailto:LawClerks@devoreradunsky.com)
>
**Cc:** Hill, Melissa
D.
<[melissa.hill@m](mailto:melissa.hill@morganlewis.com)
[organlewis.com](mailto:melissa.hill@morganlewis.com)
>; Russell,
Matthew A.
<[matthew.russell](mailto:matthew.russell@morganlewis.com)
[@morganlewis.c](mailto:matthew.russell@morganlewis.com)
[om](mailto:matthew.russell@morganlewis.com)>; Hawkins,
Brent A.
<[brent.hawkins](mailto:brent.hawkins@morganlewis.com)
[@morganlewis.c](mailto:brent.hawkins@morganlewis.com)
[om](mailto:brent.hawkins@morganlewis.com)>;
Miscimarra,
Philip A.
<[philip.miscimar](mailto:philip.miscimarra@morganlewis.com)
[ra@morganlewi](mailto:philip.miscimarra@morganlewis.com)
[s.com](mailto:philip.miscimarra@morganlewis.com)>; Doukas,
Maria E.
<[maria.doukas](mailto:maria.doukas@morganlewis.com)
[@morganlewis.c](mailto:maria.doukas@morganlewis.com)
[om](mailto:maria.doukas@morganlewis.com)>; MLB
Henneberg
Litigation
<[MLBHenneber](mailto:MLBHennebergLitigation@morganlewis.com)
[gLitigation@mor](mailto:MLBHennebergLitigation@morganlewis.com)
[ganlewis.com](mailto:MLBHennebergLitigation@morganlewis.com)>
**Subject:** RE:
Henneberg |
Rule 30(b)(6)
Notice
Response


Thanks, Zach.
We will review
and get back to

you with any questions.

Additionally, I'm attaching a draft joint status report for review due to be filed by tomorrow 10/3.

Please get us any comments or edits back by end of day today.

Thanks,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.60 00 | Fax: +1.212.309.6001

john.guyette@morga nlewis.com | www.morganlewis.c om

<image002.jpg>

---

**From:** Zachary Stillman <zstillman@dev oreradunsky.com >

**Sent:** Wednesday, October 2, 2024 11:11 AM
**To:** Guyette, John <john.guyette@morganlewis.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>
**Subject:** Henneberg | Rule 30(b)(6) Notice Response

[EXTERNAL EMAIL]

Good Morning,

See attached formal response letter from Defendants to Plaintiff's Rule 30(b)(6) Deposition Notice.

Please do not hesitate to let us know if you have any questions or issues.

Thank you,

Zach

<image003.jpg>

**Zachary G. Stillman**

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Friday, September 27, 2024 1:48 PM
**To:** Guyette, John

<john.guyette@
morganlewis.com
>; Troy
Radunsky
<tradunsky@dev
oreradunsky.com
>; Jason
DeVore
<jdevore@devor
eradunsky.com>
; Law Clerks
<LawClerks@de
voreradunsky.com
>

**Cc:** Hill, Melissa
D.
<melissa.hill@m
organlewis.com
>; Russell,
Matthew A.
<matthew.russell
@morganlewis.c
om>; Hawkins,
Brent A.
<brent.hawkins
@morganlewis.c
om>;
Miscimarra,
Philip A.
<philip.miscimar
ra@morganlewi
s.com>; Doukas,
Maria E.
<maria.doukas
@morganlewis.c
om>; MLB
Henneberg
Litigation
<MLBHenneber
gLitigation@mor
ganlewis.com>
**Subject:** Re:
Henneberg -
Joint Status
Report 10/3


John,


Thank you for the
offer to draft the
status report in

your client's case again. We are okay.

Please get us a draft by the end of the day 10/2 noting the items you referenced.

Thanks!

Zach

<image004.jpg>

## Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, September 27, 2024 1:28 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore

<jdevore@devor
eradunsky.com>
; Law Clerks
<LawClerks@de
voreradunsky.com
>
**Cc:** Hill, Melissa
D.
<melissa.hill@m
organlewis.com
>; Russell,
Matthew A.
<matthew.russell
@morganlewis.c
om>; Hawkins,
Brent A.
<brent.hawkins
@morganlewis.c
om>;
Miscimarra,
Philip A.
<philip.miscimar
ra@morganlewi
s.com>; Doukas,
Maria E.
<maria.doukas
@morganlewis.c
om>; MLB
Henneberg
Litigation
<MLBHenneber
gLitigation@mor
ganlewis.com>
**Subject:** RE:
Henneberg -
Joint Status
Report 10/3


Zach – following
our call
yesterday, I
realize we also
have a joint
status report due
next week on
**Thursday,
10/3**.


I imagine this
one will be
similar to the last

joint status report (attached), noting that the parties have moved forward with collection and processing of the 2017-19 grievances, met and conferred this week about a 30(b)(6) deposition, and are discussing scheduling which will account for defense counsel's anticipated trial in November on another matter.

Do you all plan to take the pen on the first draft and circulate early next week?

Thanks,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

---

**From:** Guyette, John <john.guyette@morganlewis.com>

**Sent:** Wednesday, September 4, 2024 6:33 PM

**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>

**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@mor

ganlewis.com>

**Subject:** RE: Henneberg - Joint Status Report 9/5

Thanks, Zach. Our additions are reflected in redline in the attached draft. Let us know if you have any further comments to the draft prior to filing tomorrow.

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

<image002.jpg>

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Tuesday, September 3, 2024 5:30 PM
**To:** Guyette, John <john.guyette@morganlewis.com>; Troy

Radunsky
<tradunsky@dev
oreradunsky.com
>; Jason
DeVore
<jdevore@devor
eradunsky.com>
; Law Clerks
<LawClerks@de
voreradunsky.com
>
**Cc:** Hill, Melissa
D.
<melissa.hill@m
organlewis.com
>; Russell,
Matthew A.
<matthew.russell
@morganlewis.c
om>; Hawkins,
Brent A.
<brent.hawkins
@morganlewis.c
om>;
Miscimarra,
Philip A.
<philip.miscimar
ra@morganlewi
s.com>; Doukas,
Maria E.
<maria.doukas
@morganlewis.c
om>; MLB
Henneberg
Litigation
<MLBHenneber
gLitigation@mor
ganlewis.com>
**Subject:** Re:
Henneberg -
Joint Status
Report 9/5

[EXTERNAL
EMAIL]

John,

See attached
draft Joint Status
Report.

Thanks,

Zach

<image005.jpg>

## Zachary G. Stillman

**Associate Attorney • DeVore Radunsky LLC**

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Guyette, John <john.guyette@morganlewis.com>
**Sent:** Friday, August 30, 2024 10:37 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell

@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; MLB Henneberg Litigation <MLBHennebergLitigation@morganlewis.com>

**Subject:** RE: Henneberg - Joint Status Report 9/5

Adding the correct Zach this time, my apologies.

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com | www.morganlewis.com

<image002.jpg>

**From:** Guyette,

John
<john.guyette@
morganlewis.com
>
**Sent:** Friday,
August 30, 2024
11:13 AM
**To:** Troy
Radunsky
<tradunsky@dev
oreradunsky.com
>; Zachary Smith
<zachary.smith
@flatiron.com>;
Jason DeVore
<jdevore@devor
eradunsky.com>
; Law Clerks
<LawClerks@de
voreradunsky.com
>
**Cc:** Hill, Melissa
D.
<melissa.hill@m
organlewis.com
>; Russell,
Matthew A.
<matthew.russell
@morganlewis.c
om>; Hawkins,
Brent A.
<brent.hawkins
@morganlewis.c
om>;
Miscimarra,
Philip A.
<philip.miscimar
ra@morganlewi
s.com>; Doukas,
Maria E.
<maria.doukas
@morganlewis.c
om>; MLB
Henneberg
Litigation
<MLBHenneber
gLitigation@mor
ganlewis.com>
**Subject:** Henne
berg - Joint
Status Report
9/5

Troy, Zach, Jason – as you know, our next status conference with the Court is on 9/12, with the parties' joint status report due a week in advance, on 9/5.

Since we took the pen last time, can you please send us a draft this time by **5 p.m. CST Tuesday 9/3** to allow sufficient time to review in advance of the filing deadline.

In the meantime, have a nice long holiday weekend.

Thanks,

John

**John Guyette**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6107 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

john.guyette@morganlewis.com |

www.morganlewis.c
om

<image002.jpg>

CONFIDENTIALI
TY AND
PRIVACY
NOTICE: This
email is from a
law firm and may
contain
information that
is confidential,
privileged,
and/or attorney
work product.
This email may
also contain
personal data,
which we
process in
accordance with
applicable data
protection laws
and our Privacy
Policies and
Notices. If you
are not the
intended
recipient, you
may not review,
copy, or
distribute this
message. If you
have received
this email in
error, please
contact the
sender
immediately and
delete all copies
from your
system.

<09708454_#154474360v1_Henneberg - Stipulation
Designating Susan Shebel Testimony as 30(b)(6) Deposition
Testimony.docx>