| | |
|---|---|
| **From:** | Miscimarra, Philip A. |
| **Sent:** | Thursday, April 17, 2025 10:59 PM |
| **To:** | Troy Radunsky; Jason DeVore |
| **Cc:** | Doukas, Maria E.; Guyette, John; Hawkins, Brent A.; Hill, Melissa D.; Russell, Matthew A.; Fay, Peter M.; Gordon, Tim |
| **Subject:** | Proposal Regarding Details and Documents Concerning Optometry Referral Spreadsheet for 2015-2019 - Henneberg v. Dart, et al 19-cv-07380 |
| **Attachments:** | Cermak_Health_Services_Optometry_Referral_Orders_2015_2019.xlsx |

Dear Troy and Jason:

Consistent with the status hearing held on April 9, 2025 in the above-captioned case, Plaintiff proposes that Defendants produce all records, documents, details and information regarding eyeglasses requests, vision care treatment and referrals to optometry for all inmates identified in the attached spreadsheet previously produced by Defendants who are listed in the spreadsheet as having 5 or more "Referrals to Optometry."  We also request that you confirm in writing that the spreadsheet identifies all Cook County Jail inmates who, during the period commencing on January 1, 2015 through and including December 31, 2019, requested eyeglasses, eyeglasses prescriptions, optometrist appointments and related types of vision care.

We are extending this proposal while reserving and without waiving any and all rights to additional information consistent with Plaintiff's prior document production requests, interrogatories and any additional discovery that Plaintiff may seek prospectively.

Regards,

Phil

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com
110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com

**GLOBAL IMPACT OF THE US ADMINISTRATION**
Visit our resource center