| | |
|---|---|
| **From:** | Troy Radunsky <tradunsky@devoreradunsky.com> |
| **Sent:** | Tuesday, April 22, 2025 11:14 AM |
| **To:** | Miscimarra, Philip A.; Jason DeVore |
| **Cc:** | Doukas, Maria E.; Guyette, John; Hawkins, Brent A.; Hill, Melissa D.; Russell, Matthew A.; Fay, Peter M.; Gordon, Tim; Jorie Johnson |
| **Subject:** | RE: Proposal Regarding Details and Documents Concerning Optometry Referral Spreadsheet for 2015-2019 - Henneberg v. Dart, et al 19-cv-07380 |

[EXTERNAL EMAIL]
Phil,

We considered your proposal and the courts guidance on p.57 of the transcript. We are still gathering some information, be we think your proposal of 5 or more is going to be onerous. We propose that we narrow the list to those who were referred 10 or more times. Your February 25 email states that "more than 1500 entries involved more than 10 referrals for the same person". From that list we are willing to look at a sample of 100 initially and if that is not satisfactory, continue to produce additional records if the court instructs it. Either your team can select those 100 names from that list or we can do it randomly. If we are at an impasse, we may need the court's assistance as Judge Daniel noted in his ruling on p.57.

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Miscimarra, Philip A. <philip.miscimarra@morganlewis.com>
**Sent:** Thursday, April 17, 2025 9:59 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Doukas, Maria E. <maria.doukas@morganlewis.com>; Guyette, John <john.guyette@morganlewis.com>; Hawkins, Brent A. <brent.hawkins@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Russell, Matthew A. <matthew.russell@morganlewis.com>; Fay, Peter M. <peter.fay@morganlewis.com>; Gordon, Tim <timothy.gordon@morganlewis.com>
**Subject:** Proposal Regarding Details and Documents Concerning Optometry Referral Spreadsheet for 2015-2019 - Henneberg v. Dart, et al 19-cv-07380

Dear Troy and Jason:

Consistent with the status hearing held on April 9, 2025 in the above-captioned case, Plaintiff proposes that Defendants produce all records, documents, details and information regarding eyeglasses requests, vision care treatment and referrals to optometry for all inmates identified in the attached spreadsheet previously produced by Defendants who are listed in the spreadsheet as having 5 or more "Referrals to Optometry." We also request that you confirm in writing that the spreadsheet identifies all Cook County Jail inmates who, during the period commencing on January 1, 2015 through and including December 31, 2019, requested eyeglasses, eyeglasses prescriptions, optometrist appointments and related types of vision care.

We are extending this proposal while reserving and without waiving any and all rights to additional information consistent with Plaintiff's prior document production requests, interrogatories and any additional discovery that Plaintiff may seek prospectively.

Regards,

Phil

**Philip A. Miscimarra**
**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Mobile: +1.773.255.7112 | Direct: +1.202.739.5565 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com

110 North Wacker Drive | Chicago, IL 60606
Mobile: +1.773.255.7112 | Direct: +1.312.324.1165 | Main:+1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Karen D. Jackson |+1.312.324.1141 | karen.jackson@morganlewis.com

philip.miscimarra@morganlewis.com | www.morganlewis.com



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.