| | |
|---|---|
| **From:** | Jason DeVore <jdevore@devoreradunsky.com> |
| **Sent:** | Wednesday, May 7, 2025 12:14 AM |
| **To:** | Miscimarra, Philip A. |
| **Cc:** | Doukas, Maria E.; Guyette, John; Hawkins, Brent A.; Hill, Melissa D.; Russell, Matthew A.; Fay, Peter M.; Gordon, Tim; Jorie Johnson; Trivett, Melissa; Troy Radunsky |
| **Subject:** | Re: Follow Up Narrowed Request for Eyeglasses/Vision Care Information for Inmates Having 5 or More Optometry Referrals on Spreadsheet for 2015-2019 - Henneberg v. Dart, et al 19-cv-07380 |

[EXTERNAL EMAIL]
Phil,

Thank you for your email. Please see our responses regarding Topics 6, 9, and 10 in relation to the court order following the April 9, 2025, hearing before Judge Daniel:

**Topic 6**

Your proposal to identify detainees with five or more optometry requests during the 2015–2019 period is overly burdensome and not proportional to the needs of this case. As previously noted, we expressed concern that relying on a "5 or more" threshold would be onerous given the time-intensive nature of the review process, as discussed in testimony by Manny Estrada during the April 9 hearing before Judge Daniel.

Using the "5 or more" threshold would require reviewing records for 728 unique detainees. Assuming an average of 15 minutes per record (which may be conservative), this review would take approximately 10,920 minutes—or 182 hours—to complete. This equates to nearly five full-time work weeks, which we believe is excessive and not justified by the needs of the case.

As an alternative, defendants propose sampling records from the 113 detainees with 10 or more requests. Even this narrower group would require roughly 1,695 minutes—or 28.25 hours—to review, which is disproportionate to the needs of the case. Instead, we propose a random sampling of every fifth record from this group, yielding approximately 23 records. This would take about 345 minutes—or 5.75 hours—to complete. We believe this approach reasonably balances the discovery interests of both parties by providing plaintiffs a fair opportunity to obtain relevant information while avoiding undue burden on the County.

Please let us know if you agree with this alternative. If so, we will promptly initiate the necessary steps to complete the process. If you insist on having a sampling of records from the "5 or more" category, perhaps there could be a combination of 23 records randomly selected from the "5 or more" category coupled with the "10 or more" category.

**Topics 9 & 10**

At this time, our clients have not identified any responsive documents. However, we have submitted a request for records to the Illinois Department of Corrections—specifically to Illinois Correctional Industries at Dixon Correctional Center—and are awaiting a response.

The information requested includes:

1. The quantity of eyeglasses produced for the Cook County Department of Corrections.

2. Any documents detailing the cost of materials and labor associated with producing these eyeglasses.

3. Any receipts, records, invoices, or other documentation from Dixon Correctional Industries or Illinois Correctional Industries related to eyeglasses supplied to the Cook County Department of Corrections.

4. Documents indicating the average length of time between the receipt of eyeglass orders and their delivery to the Cook County Department of Corrections.

5. Policies and procedures governing the production, processing, and delivery of eyeglasses.

6. All contracts in effect during the relevant years concerning the provision of eyeglasses to the Cook County Department of Corrections.

While defendants are not required to obtain third-party records, we are making good-faith efforts to obtain this information in order to facilitate discovery and bring closure to this issue.
We will notify you as soon as we receive a response.

This should address the outstanding issues related to the April 9 hearing. Please advise regarding our proposal for a sampling of documents related to Topic 6.

We look forward to hearing from you.

Jason


Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**[\*\*\*Email Chain has been Omitted\*\*\*]**