UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG, )<br> )<br>          Plaintiff, )<br> )<br>v. )<br> )<br>TOM DART, SUSAN SHEBEL, R.N., )<br>JOHN DOE MEDICAL DEFENDANTS, )<br>JOHN DOE CORRECTIONAL OFFICER )<br>NO. 1, and COOK COUNTY, ILLINOIS, et )<br>al. )<br> )<br>          Defendants. ) | Case Nos. 19-cv-07380<br>                19-cv-07382<br>                19-cv-07883<br><br>Honorable Jeremy C. Daniel |

**JOINT MOTION FOR ONE-MONTH EXTENSION OF DISCOVERY
AND RELATED DEADLINES**

Defendants Sheriff Thomas Dart, Susan Shebel, R.N., and Cook County, Illinois, and Plaintiff Donald Henneberg (collectively the "Parties"), jointly request that the Court extend the close of discovery by one month (to August 31, 2025) to complete the remaining Rule 30(b)(6) deadlines; and that the Court approve corresponding adjustments in related dates, which would (i) move the status hearing following the close of discovery to September 16, 2025), (ii) move the deadlines for the initial and responsive expert reports to October 13, 2025 and November 3, 2025, respectively; and (iii) move the close of expert discovery to December 1, 2025w.. In support of this motion, the Parties state:

      1. On June 11, 2025, this court ordered Defendants to produce multiple Rule 30(b)(6) witnesses, by July 31, 2025. Dkt # 225

      2. Defendants have scheduled a deposition to proceed on July 29, 2025, and identified a total of three witnesses to be deposed.

      3. Due to conflicting schedules, two of the remaining depositions cannot proceed during July, but Defendants have provided the following potential dates: August 4, 13, 14 and 21.

1

4. To complete the remaining Rule 30(b)(6) depositions, the Parties seek a one-month extension of the discovery close deadline to August 31, 2025, to conclude the remaining Rule 30(b)(6) depositions as described above.

5. Consistent with the one-month extension of the close-of-discovery deadline (from July 31, 2025 to August 31, 2025), the parties mutually request the Court's approval of the following corresponding adjustments in related dates, including extensions of expert discovery dates by roughly one-month (to allow each party's expert sufficient time to review and form opinions based on the testimony elicited in the remaining Rule 30(b)(6) depositions). Thus, the Parties seek the Court's approval of the following adjusted dates:

| Description | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Status Hearing Following Close of Fact Discovery | August 12, 2025 at 9:30 am | September 16, 2025 at 9:30 am |
| Initial Expert Reports | September 12, 2025 | October 13, 2025 |
| Responsive Expert Reports | October 1, 2025 | November 3, 2025 |
| Close of Expert Discovery | October 31, 2025 | December 1, 2025 |

6. These requests will not prejudice any party and are not made for any improper purpose. The parties are mindful of the Court's desire for the parties to complete discovery timely, and do not anticipate that the proposed modifications will impede the Court's ability to set timely dates in 2026 for summary judgment briefing and trial.

For the foregoing reasons, the Parties request extensions of roughly one-month in the following dates:

1. An extension of the close of fact discovery to August 31, 2025, so the Parties can complete the remaining Rule 30(b)(6) depositions;

2. An adjustment in the status hearing following the close of fact discovery to September 16, 2025, at 9:30 am;

3. An adjustment in the deadline for exchanging initial expert reports to October 13, 2025;

4. An adjustment in the deadline for exchanging responsive expert reports to November 3, 2025; and

5. An adjustment in the close of expert discovery to December 1, 2025.

Dated: July 23, 2025                Respectfully submitted,

By: */s/ Phil A. Miscimarra*           By: */s/ Jason DeVore*
Philip A. Miscimarra                  Jason E. DeVore ARDC No. 6242782
Maria E. Doukas                       Troy S. Radunsky ARDC No. 6269281
Morgan, Lewis & Bockius LLP        DeVore Radunsky LLC
110 N. Wacker Drive, Suite 2800       27 N. Wacker., Suite 431
Chicago, Illinois 60606-1511            Chicago, IL 60606
Phone: 312.324.1000                  Phone: (312) 300-4484
Fax: 312.324.1001                      Fax: (312) 674-7423
philip.miscimarra@morganlewis.com    tradunsky@devoreradunsky.com
maria.doukas@morganlewis.com       jdevore@devoreradunsky.com
*Attorneys for Plaintiff*                    kmusick@devoreradunsky.com
                                           *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on July 23, 2025, with the Northern District of Illinois ECF System, serving a copy upon all counsel of record.

                                              */s/ Jason E. DeVore*_____
                                                  Jason E. DeVore