**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Donald Henneberg
                         Plaintiff,

v.                                          Case No.: 1:19–cv–07380
                                                 Honorable Jeremy C. Daniel

Tom Dart, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

       MINUTE entry before the Honorable Jeremy C. Daniel: The motion to extend fact discovery [227] is granted. The August 12, 2026, status hearing is reset to September 16, 2025, at 9:30 a.m. Initial expert reports are now due October 13, 2025; responsive reports are now due November 3, 2025; expert discovery closes December 1, 2025. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.