IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HENNEBERG | ) |
| | ) Case No.: 19-cv-07380 |
| | ) |
| Plaintiffs, | ) Judge Jeremy C. Daniel |
| | ) |
| v. | ) |
| | ) |
| THOMAS DART, SUSAN SHEBEL, R.N., | ) |
| JOHN DOE MEDICAL DEFENDANTS, | ) |
| CORRECTIONAL OFFICER JORGE | ) |
| ARIAS, and COOK COUNTY, ILLINOIS, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

PLEASE TAKE NOTICE that on August 12, 2025, Special Assistant Cook County State's Attorneys Jason Edward DeVore, Troy S. Radunsky, Jorie R. Johnson, and Zachary G. Stillman withdraw their appearance for Defendants Sheriff of Cook County Thomas Dart; Cook County, Illinois; Correctional Officer Jorge Arais; and Susan Shebel, RN and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Monica Burkoth, substituted her appearance for said Defendants.

Respectfully Submitted,

JOHNSON & BELL, LTD.

By: /s/: Monica Burkoth
Monica Burkoth
Special Assistant State's Attorney
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
312-372-0770
Email: burkothm@jbltd.com